1  WILLIAM MCGRANE [057761]
   BERNARD S. GREENFIELD [066017]
2  TREPEL MCGRANE GREENFIELD LLP
   150 California Street, Suite 2200
3  San Francisco, CA  94111
   Telephone:    (415) 283-1776
4  Fax:          (415) 283-1777
   Email:        wmcgrane@tmcglaw.com
5
   Attorneys for Petitioning Creditors Give
6  Something Back Inc., Jan Brown & Associates,
   Matura Farrington Staffing Services, Inc., Western
7  Messenger Service, Inc., L.A. Best
   Photocopies, Inc., Kent Daniels and Associates, Inc.

8

9               UNITED STATES BANKRUPTCY COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  In re: | Case No. 11-31376 |
| 14  HOWREY LLP, aka HOWREY SIMON ARNOLD & WHITE LLP, | Chapter 7 |
| 15 | JOINDER OF CREDITOR KENT DANIELS AND ASSOCIATES, INC. |
| 16      Debtor. | |
| 17 | |

1       COMES NOW, Kent Daniels and Associates, Inc., creditor of the alleged
2 debtor, Howrey LLP, holding an unsecured claim that is not contingent as to
3 liability or subject to bona fide dispute as to liability or amount, and joins in the
4 involuntary petition against the alleged debtor pursuant to 11 U.S.C. § 303(c).

5 Dated: April 21, 2011         TREPEL MCGRANE GREENFIELD LLP

7                       By   /s/ William McGrane
                             William McGrane