Alan D. Smith – CSBA #89112
PERKINS COIE LLP
1201 3rd Avenue, Suite 4800
Seattle, WA 98101
Phone: 206-359-8000
Fax: 206-359-9000
adsmith@perkinscoie.com

*Attorneys for Attorneys' Liability Assurance Society, Inc., A Risk Retention Group*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| HOWREY LLP, | Case No. 11-31376 (DM) |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), creditor Attorneys' Liability Assurance Society, Inc., A Risk Retention Group appears in this case by and through the undersigned attorneys.

YOU ARE REQUESTED to serve all notices, including the notices required to be sent to creditors under Fed. R. Bankr. P. 2002, 4001 and 9007, on the undersigned at the address below. The foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, pleadings or papers seeking relief from stay, assumption or rejection of an executory contract or unexpired lease, or abandonment of an asset of the Debtor, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, operating reports, whether directed to parties in interest, generally or specifically. This request applies to documents served both before and after the last date upon which a proof of claim may be filed.

77384-0001/LEGAL20794808.1

Case: 11-31376   Doc# 20   Filed: 05/04/11   Entered: 05/04/11 18:21:55   Page 1 of 4

The Clerk of the Bankruptcy Court is further requested to add the name and address stated below to the master mailing list in this case:

> Alan D. Smith, CSBA 89112
> Perkins Coie LLP
> 1201 3rd Avenue, Suite 4800
> Seattle, WA  98101
> Telephone:  206-359-8000
> Fax:  206-359-9000
> Email:  ADSmith@perkinscoie.com

The undersigned hereby also consents to email service, including ECF service, at the following email addresses:

> ADSmith@Perkinscoie.com

Dated: May 4, 2011                                    Respectfully Submitted,

*/s/ Alan D. Smith*
Alan D. Smith – CSBA #89112
PERKINS COIE LLP
1201 3rd Avenue, Suite 4800
Seattle, WA 98101
Phone: 206-359-8000
Fax:  206-359-9000
adsmith@perkinscoie.com

*Attorneys for Attorneys' Liability Assurance Society, Inc., A Risk Retention Group*

77384-0001/LEGAL20794808.1

Case: 11-31376    Doc# 20    Filed: 05/04/11    Entered: 05/04/11 18:21:55    Page 2 of 4

# PROOF OF SERVICE

I, Corina Rachina, declare:

I am a citizen of the United States and employed in King County, Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1201 3rd Avenue, Suite 4800, Seattle, Washington 98101.

On May 5, 2011, I will serve a copy of the within document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at King County, Washington addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Debtor**
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA 94105

**U.S. Trustee**
Office of the U.S. Trustee / SF
235 Pine St
Suite 700
San Francisco, CA 94104

**Debtor's Counsel**:
Kimberly A. Posin
Law Offices of Latham and Watkins
355 South Grand Avenue, # 100
Los Angeles, CA 90071-1560

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

-3-

motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on May 4, 2011 at King County, Washington.

                                  <u>/s/ Corina Rachina</u>
                                    Corina Rachina, Paralegal