WILLIAM McGRANE [057761]
CHRISTOPHER D. SULLIVAN [148083]
MAUREEN A. HARRINGTON [194606]
KENNETH A. BRUNETTI [156164]
TREPEL McGRANE GREENFIELD LLP
150 California Street, Suite 2200
San Francisco CA 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777
Email: wmcgrane@tmcglaw.com

Attorneys for Petitioning Creditors Give
Something Back Inc., Jan Brown & Associates,
Matura Farrington Staffing Services, Inc., Western
Messenger Service, Inc., L.A. Best Photocopies, Inc.,
Kent Daniels and Associates, Inc. and
Advanced Discovery LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP, aka HOWREY SIMON ARNOLD & WHITE LLP,<br><br>    Debtor. | Case No. 11-31376<br><br>Chapter 7<br><br>PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT AGAINST HOWREY LLP<br><br>Date: Wednesday, June 8, 2011<br>Time: 9:30 AM<br>Place: Honorable Dennis Montali<br>      235 Pine Street, 22nd Floor<br>      San Francisco, CA 94104 |

Petitioning creditors Give Something Back Inc., Jan Brown & Associates, Matura Farrington Staffing Services, Inc., Western Messenger Service, Inc., L.A. Best Photocopies, Inc., Kent Daniels and Associates, Inc. and Advanced Discovery LLC move, pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56 of the Federal Rules of Civil Procedure, for summary judgment against Howrey LLP on the grounds that the Northern District of California is not an improper district under Rule 1014(a)(2), Federal Rules of Bankruptcy Procedure.

Petitioning Creditors' Motion is based upon this Motion, the accompanying Notice of Hearing, Memorandum of Points and Authorities, the Declaration of Gavin McGrane, the record of this case and any evidence or argument presented to the Court prior to its ruling on the Motion.

DATED: May 6, 2011    TREPEL MCGRANE GREENFIELD LLP

By:  /s/ William McGrane
      William McGrane

Attorneys for Petitioning Creditors Give Something Back Inc., Jan Brown & Associates, Matura Farrington Staffing Services, Inc., Western Messenger Service, Inc., L.A. Best Photocopies, Inc., Kent Daniels And Associates, Inc. and Advanced Discovery LLC