WILLIAM MCGRANE [057761]
CHRISTOPHER D. SULLIVAN [148083]
MAUREEN A. HARRINGTON [194606]
KENNETH A. BRUNETTI [156164]
TREPEL McGRANE GREENFIELD LLP
150 California Street, Suite 2200
San Francisco CA 94111
Telephone: (415) 283-1776
Facsimile: (415) 283-1777
Email: wmcgrane@tmcglaw.com

Attorneys for Petitioning Creditors Give
Something Back Inc., Jan Brown & Associates,
Matura Farrington Staffing Services, Inc., Western
Messenger Service, Inc., L.A. Best Photocopies, Inc.,
Kent Daniels and Associates, Inc. and
Advanced Discovery LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP, aka HOWREY SIMON ARNOLD & WHITE LLP,<br><br>    Debtor. | Case No. 11-31376<br><br>Chapter 7<br><br>DECLARATION OF GAVIN H. MCGRANE IN SUPPORT OF PETITIONING CREDITORS' MOTION FOR SUMMARY JUDGMENT AGAINST HOWREY LLP<br><br>Date: Wednesday, June 8, 2011<br>Time: 9:30 AM<br>Place: Honorable Dennis Montali<br>       235 Pine Street, 22nd Floor<br>       San Francisco, CA 94104 |

Gavin H. McGrane declares:

1. I have personal knowledge of the facts stated herein and could testify competently thereto if called upon to do so.[1]

2. As Exhibit 1 demonstrates, Howrey advertised itself over the internet as a premier anti-trust and intellectual property litigation firm.

3. A study which I personally supervised the preparation of, and which is, in turn, derived from (i) a Lexis Report I personally obtained concerning Howrey's participation as counsel in litigation pending in all federal courts between January 1, 2009 and March 15, 2011 (the date Howrey formally dissolved) (Exhibit 2 hereto); (ii) the 2010 Martindale Hubbell listings for Howrey (Exhibit 3 hereto); and (iii) an "Attorney Search" website maintained by the California State Bar (Exhibit 4 hereto); (iv) shows that 33.11% of all Howrey partners listed as such on Exhibit 5 hereto were Members of the State Bar of California; and (v) further shows that 34.18% of all Howrey lawyers listed as such on Exhibit 5 were Members of the State Bar of California.[2]

4. Exhibit 6 hereto, consisting of a separate study I personally supervised the preparation of, and which is, in turn, derived from the same data base as is contained at Exhibit 2 hereto, shows 19% of Howrey's litigation clients have their headquarters in the Northern District of California. This is by far the

---

[1] This declaration adopts all abbreviations previously employed in that certain Memorandum of Points and Authorities in Support of Petitioning Creditors' Motion for Partial Summary Judgment Against Howrey LLP filed herewith.

[2] The yellow highlighting on Exhibit 5 indicates Howrey attorneys present in Exhibit 2 but absent from Exhibit 3. All California State Bar Numbers come from Exhibit 4.

1
Declaration of Gavin H. McGrane in Support of Petitioning Creditors' Motion for Partial Summary Judgment Against Howrey LLP

Case: 11-31376   Doc# 23   Filed: 05/06/11   Entered: 05/06/11 18:51:11   Page 2 of 3

highest Howrey book of litigation business percentage present of any federal district in the United States, with the Central District of California at 7% coming in second and the Eastern District of Virginia (3.5%) ***plus*** the District of Columbia (3%), even considered collectively, only coming in a distant third at 6.5%.

5. Attached hereto as Exhibit 7 is a string of communications between this law office and Latham & Watkins LLP, counsel for Howrey LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 6, 2011 at San Francisco, California.

        /s/ Gavin H. McGrane
        Gavin H. McGrane

2
Declaration of Gavin H. McGrane in Support of Petitioning Creditors' Motion for Partial Summary Judgment Against Howrey LLP

Case: 11-31376    Doc# 23    Filed: 05/06/11    Entered: 05/06/11 18:51:11    Page 3 of 3