H. Jason Gold (Pro Hac Vice Pending)
Valerie P. Morrison (Pro Hac Vice Pending)
Dylan G. Trache (Pro Hac Vice Pending)
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

Kimberly A. Posin (CA Bar No. 223091)
kim.posin@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 91107-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Counsel to Howrey LLP

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Howrey LLP,<br><br>            Alleged Debtor. | Case No. 11-31376-DM<br><br>(Involuntary Chapter 7)<br><br>**STATEMENT OF HOWREY LLP REGARDING STATUS CONFERENCE AND DISCOVERY SERVED BY PETITIONING CREDITORS IN CONNECTION WITH VENUE ISSUES**<br><br>Hearing Date: May 16, 2011<br>Time: 3:00 p.m.<br>Place: Courtroom 22<br>           235 Pine Street, 19th Floor<br>           San Francisco, CA 94104<br>Judge: Hon. Dennis Montali |

Howrey LLP ("Howrey"), through its counsel Wiley Rein LLP, files the following Statement regarding the Request for Production of Documents ("Document Requests") and First Set of Special Interrogatories ("Interrogatories" and with the Document Requests, the

"Discovery") served by the petitioning creditors in this involuntary bankruptcy case with respect to Howrey's Motion To Dismiss Involuntary Petition or, in the Alternative, to Transfer Venue ("Venue Motion").

Much of the Discovery is unduly burdensome and unrelated[1] to the issues to be resolved through the Venue Motion – whether venue is proper in this Court or if venue is proper, whether the case should be transferred for the convenience of the parties or in the interests of justice. Nevertheless, in order to facilitate an expeditious resolution of the Venue Motion, Howrey is committed to providing the following documents[2] in response to the Discovery subject to the entry of a protective order.[3]

1. Monthly Staffing Reports[4] for the 6 months prior to April 11, 2011.
2. Balance Sheets for 6 months prior to April 11, 2011.
3. The current Accounts Payable Register.
4. Gross Monthly Payroll by office.
5. Documents reflecting the Monthly Rent at each location.
6. The current Accounts Receivable Register.
7. Fixed Asset Ledger for Northern California offices.

In addition, Howrey is willing to submit to a Rule 30(b)(6) deposition in the District of Columbia as soon as possible following the production of these documents.

/ / /

/ / /

/ / /

/ / /

---

[1] Howrey will separately file formal objections to the Discovery on relevance, burden and other grounds.

[2] Pursuant to Federal Rule of Civil Procedure 33(d) Howrey intends to respond to the Interrogatories through the production of documents.

[3] Howrey intends to request a protective order prohibiting dissemination of the documents produced and restricting their use to the Venue Motion.

[4] Monthly Staffing Reports provide, among other things, the number of partners (equity and non-equity), counsel, associates and other employees, including the office location where each individual was resident.

Dated: May 16, 2011

Respectfully submitted,

WILEY REIN LLP
H. Jason Gold
Valerie P. Morrison
Dylan G. Trache

and

LATHAM & WATKINS LLP
Kimberly A. Posin

By: /s/ Kimberly A. Posin
Counsel to Howrey LLP