H. JASON GOLD (Pro Hac Vice)
VALERIE P. MORRISON (Pro Hac Vice)
DYLAN G. TRACHE (Pro Hac Vice)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone:   (202) 719-7000
Facsimile:   (202) 719-7049
Email: jgold@wileyrein.com
Email: vmorrison@wileyrein.com
Email: dtrache@wileyrein.com

ROBERT A. FRANKLIN (091653)
CRAIG M. PRIM (077820)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone:  (650) 852-9000; (408) 907-9200
Facsimile:   (650) 852-9244
Email:  rfranklin@murraylaw.com
Email:  cprim@murraylaw.com

Counsel to Howrey LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWREY LLP, <br><br> A District of Columbia Limited Liability Partnership, <br><br> Debtor. <br><br> 1299 Pennsylvania Avenue <br> Washington, D.C. 20004 <br><br> Employer's Tax I.D. No.: 53-0231650 | Case No.  11-31376-DM <br><br> Chapter  7 <br><br> *[NO HEARING REQUIRED]* |

**EX PARTE CONDITIONAL CONSENT TO ENTRY OF ORDER FOR
RELIEF AND MOTION TO CONVERT DEBTOR'S CASE TO CHAPTER 11**

**TO:  THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR'S TWENTY LARGEST UNSECURED CREDITORS, THE DEBTOR'S SECURED LENDERS, THE PETITIONING CREDITORS, AND OTHER PARTIES IN INTEREST:**

Howrey LLP, the debtor and debtor-in-possession in the above-captioned case (the "Debtor") hereby moves (the "Motion") this Court for entry of an order for relief (the "Order"), substantially in the form attached hereto as **Exhibit "A"** pursuant to Section 706(a) of Title 11 of the United States Code (the "Bankruptcy Code") and that the Order convert the Debtor's case to one under Chapter 11 of the Bankruptcy Code.

In support of the Motion, the Debtor respectfully represents the following.

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). The Debtor has filed a motion seeking to transfer the venue of this case, which is currently pending before the Court. By filing this Motion, the Debtor is not consenting to venue in this Court and expressly reserves its arguments that venue in this Court is both improper and inconvenient. No request for the appointment of a trustee or examiner has been made in this case, and no statutory official committees have been appointed or designated by the Office of the United States Trustee.

2. The statutory basis for the relief requested herein is Section 706(a) of the Bankruptcy Code.

## BACKGROUND

3. On April 11, 2011 (the "Petition Date"), certain alleged creditors of the Debtor filed an involuntary petition for relief under chapter 7 of the Bankruptcy Code. Following the Petition Date, the Debtor continued to operate its business in accordance with § 303(f) of the Bankruptcy Code.

4. The Debtor is a limited liability partnership organized under the laws of the District of Columbia, and was founded in 1956.

## BASIS FOR RELIEF

5. The Debtor has elected to consent to the entry of the Order for Relief in this case conditioned upon conversion of the case to a case under chapter 11 of the Bankruptcy Code. Section 706(a) of the Bankruptcy Code grants the Debtor the absolute right to convert a case from Chapter 7 to Chapter 11 if the case has not previously been converted and the Debtor is eligible to be a debtor

under Chapter 11. This case has not previously been converted under Sections 1112, 1208, or 1307 of the Bankruptcy Code, and the Debtor is eligible to be a debtor under Chapter 11 of the Bankruptcy Code.

**NOTICE**

6. The Debtor has provided notice of this Motion to: (a) the Office of the United States Trustee, (b) the creditors listed on the Debtor's list of 20 largest unsecured creditors, (c) counsel to the administrative agent for the lenders under the Debtor's prepetition credit facility, (d) the Internal Revenue Service, (e) the Department of Justice, (f) counsel to the petitioning creditors, and (g) all parties that have filed a Request for Notice in this case. In light of the nature of the relief requested, the Debtor submits that no further notice is required or needed under the circumstances.

**NO PRIOR APPLICATION**

7. No previous request for the relief sought herein has been made to this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtor respectfully request that this Court enter the Order, substantially in the form attached hereto as **Exhibit "A"**,

1. Entering an Order for Relief;
2. Converting this case to one under Chapter 11 of the Bankruptcy Code; and,
3. Granting such other and further relief as this Court deems appropriate.

Dated: June 6, 2011

WILEY REIN LLP
H. Jason Gold
Valerie P. Morrison
Dylan G. Trache

and

MURRAY & MURRAY

By: */s/ Robert A. Franklin*
Robert A. Franklin
Counsel to Howrey LLP