

Signed and Filed: June 06, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

H. JASON GOLD (Pro Hac Vice)
VALERIE P. MORRISON (Pro Hac Vice)
DYLAN G. TRACHE (Pro Hac Vice)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone:   (202) 719-7000
Facsimile:   (202) 719-7049
Email: jgold@wileyrein.com
Email: vmorrison@wileyrein.com
Email: dtrache@wileyrein.com

ROBERT A. FRANKLIN (091653)
CRAIG M. PRIM (077820)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone:  (650) 852-9000; (408) 907-9200
Facsimile:   (650) 852-9244
Email:  rfranklin@murraylaw.com
Email:  cprim@murraylaw.com

Counsel to Howrey LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWREY LLP,<br><br>A District of Columbia Limited Liability Partnership,<br><br>Debtor.<br><br>1299 Pennsylvania Avenue<br>Washington, D.C. 20004<br><br><br>Employer's Tax I.D. No.: 53-0231650 | Case No.  11-31376-DM<br><br>Chapter 11<br><br>[NO HEARING REQUIRED] |

### ORDER FOR RELIEF AND CONVERTING CASE TO ONE UNDER CHAPTER 11

Upon consideration of the Ex Parte Conditional Consent to Entry of Order for Relief and Motion to Convert Debtor's Case to Chapter 11 (the "Motion")[1] filed by the Debtor pursuant to

---
[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

RAF:mw
S:\Howrey\Pldgs\Commence\Mot of Convert\Ord v3.docx
1
ORDER FOR RELIEF AND CONVERTING CASE TO ONE UNDER CHAPTER 11

Case: 11-31376    Doc# 59    Filed: 06/06/11    Entered: 06/06/11 10:34:13    Page 1 of 2

Section 706(a) of Title 11 of the United States Code seeking entry of an Order for Relief and conversion of the Debtor's case to one under Chapter 11 of the Bankruptcy Code; and the Court having considered the Motion; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED.

2. An Order for Relief be, and hereby is, entered against the Debtor, without prejudice to the Debtor's Motion to Dismiss Involuntary Petition or, in the Alternative, to Transfer Venue.

3. The case is hereby converted to a case under Chapter 11 of the Bankruptcy Code.

\*\* End of Order \*\*