H. JASON GOLD (Pro Hac Vice)
VALERIE P. MORRISON (Pro Hac Vice)
DYLAN G. TRACHE (Pro Hac Vice)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: jgold@wileyrein.com
Email: vmorrison@wileyrein.com
Email: dtrache@wileyrein.com

ROBERT A. FRANKLIN (091653)
CRAIG M. PRIM (077820)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: rfranklin@murraylaw.com
Email: cprim@murraylaw.com

Counsel to Howrey LLP

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 11-31376-DM |
| HOWREY LLP, | Chapter 11 |
| A District of Columbia Limited Liability Partnership, | Date: June 8, 2011<br>Time: 9:30 a.m. |
| Debtor(s). | Dept: U.S. Bankruptcy Court<br>235 Pine Street, 22nd Floor<br>San Francisco, CA |
| 1299 Pennsylvania Avenue<br>Washington D.C., 20004 | Judge: Honorable Dennis Montali |
| Employer's Tax I.D. No: 53-0231650 | |

**EXHIBIT "B" TO**

**MOTION OF DEBTOR FOR ORDER: (A) AUTHORIZING USE OF CASH COLLATERAL ON AN INTERIM AND FINAL BASIS; (B) GRANTING ADEQUATE PROTECTION AND RELATED RELIEF; AND (C) SCHEDULING FINAL HEARING ON USE OF CASH COLLATERAL**

# Howrey LLP
# Cash Collateral Budget

| ($000s) | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 12-Weeks Ending |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Twelve Week Cash Flow Projections | | | | | | | | |
| | | | 6/10/11 | 6/17/11 | 6/24/11 | 7/1/11 | 7/8/11 | 7/15/11 | 7/22/11 | 7/29/11 | 8/5/11 | 8/12/11 | 8/19/11 | 8/26/11 | 8/26/11 |
| I. | Cash Receipts | | $ 1,547 | $ 1,097 | $ 1,172 | $ 1,097 | $ 2,322 | $ 2,322 | $ 2,322 | $ 3,397 | $ 1,877 | $ 1,877 | $ 1,877 | $ 1,877 | $ 22,786 |
| II. | Operating Disbursements | | | | | | | | | | | | | | |
| | A. Compensation & Benefits | [1] | 305 | 667 | 141 | 383 | 127 | 309 | 105 | 269 | 88 | 15 | 286 | 0 | 2,695 |
| | B. Operating Costs | [2] | 165 | 15 | 135 | 812 | 15 | 16 | 135 | 1,161 | 40 | 15 | 16 | 155 | 2,679 |
| | C. Direct Litigation Expenses | | 200 | 63 | 25 | 38 | - | 13 | - | - | 13 | - | 13 | - | 363 |
| III. | Total Operating Disbursements | | 670 | 744 | 301 | 1,232 | 142 | 337 | 240 | 1,430 | 141 | 30 | 314 | 155 | 5,737 |
| IV. | Restructuring Expenses | | | | | | | | | | | | | | |
| | A. Debtors' Professionals | | - | - | - | - | - | - | - | 580 | - | - | - | 460 | 1,040 |
| | B. Creditors' Professionals | | - | - | - | - | - | - | - | 120 | - | - | - | 160 | 280 |
| | C. Secured Lender Professionals | | - | - | - | - | 200 | - | - | - | - | 150 | - | - | 350 |
| | D. Noticing Agent / US Trustee Fees | | - | - | - | - | 25 | - | - | - | - | 25 | - | - | 50 |
| | E. Contract Cure/Critical Vendor/Deposit | | - | 120 | - | - | - | - | - | - | - | - | - | - | 120 |
| | F. Retention Bonus | | - | - | - | 29 | - | 50 | - | 54 | - | - | 35 | - | 168 |
| | | | - | 120 | - | 29 | 225 | 50 | - | 754 | 175 | - | 35 | 620 | 2,008 |
| V. | Net Cash Flow Before Principal Payments | | 878 | 233 | 872 | (164) | 1,954 | 1,934 | 2,081 | 1,213 | 1,561 | 1,848 | 1,528 | 1,102 | 15,041 |
| VI. | Paydown of Secured Debt | | - | - | - | 1,386 | - | - | - | 7,183 | - | - | - | 2,539 | 11,108 |
| VII. | Net Change in Cash Flow | | 878 | 233 | 872 | (1,550) | 1,954 | 1,934 | 2,081 | (5,970) | 1,561 | 1,848 | 1,528 | (1,437) | 3,933 |
| VIII. | Cash Position (Domestic Book) | | | | | | | | | | | | | | |
| | A. Beginning Cash Balance | | $ 3,567 | $ 4,445 | $ 4,678 | $ 5,550 | $ 4,000 | $ 5,954 | $ 7,889 | $ 9,970 | $ 4,000 | $ 5,561 | $ 7,409 | $ 8,937 | $ 3,567 |
| | B. Net Change in Cash Flow | | 878 | 233 | 872 | (1,550) | 1,954 | 1,934 | 2,081 | (5,970) | 1,561 | 1,848 | 1,528 | (1,437) | 3,933 |
| | C. Ending Cash Balance | | $ 4,445 | $ 4,678 | $ 5,550 | $ 4,000 | $ 5,954 | $ 7,889 | $ 9,970 | $ 4,000 | $ 5,561 | $ 7,409 | $ 8,937 | $ 7,500 | $ 7,500 |

[1] Includes compensation projected to be paid to members of the Dissolution Committee of approximately $141K in June, $232K in July and $174K in August.
[2] Includes approximately $325K for EPLI insurance in the week ending 7/1/11 and $686K for malpractice insurance in the week ending 7/29/11.