H. JASON GOLD (Pro Hac Vice)
VALERIE P. MORRISON (Pro Hac Vice)
DYLAN G. TRACHE (Pro Hac Vice)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone:    (202) 719-7000
Facsimile:     (202) 719-7049
Email: jgold@wileyrein.com
Email: vmorrison@wileyrein.com
Email: dtrache@wileyrein.com

ROBERT A. FRANKLIN (091653)
CRAIG M. PRIM (077820)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: rfranklin@murraylaw.com
Email: cprim@murraylaw.com

Counsel to Howrey LLP

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP,<br><br>A District of Columbia Limited Liability Partnership,<br><br>        Debtor(s).<br><br>    1299 Pennsylvania Avenue<br>    Washington D.C., 20004<br><br>Employer's Tax I.D. No: 53-0231650 | Case No. 11-31376-DM<br><br>Chapter 11<br><br>Date:      June 8, 2011<br>Time:      9:30 a.m.<br>Dept:      U.S. Bankruptcy Court<br>       235 Pine Street, 22nd Floor<br>       San Francisco, CA<br>Judge:     Honorable Dennis Montali |

### CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISON**

In re:

Howrey LLP,

                 Debtor.

Case No. 11-31376-DM

Chapter 11

<u>**CERTIFICATE OF SERVICE**</u>

I, Elizabeth Vrato, certify as follows:

1.       I am an Assistant Director with The Garden City Group, Inc., our business address is 190 South LaSalle Street, Suite 1520, Chicago, Illinois 60603.

2.       On June 6, 2011, at the direction of Wiley Rein LLP ("Wiley") and Murray & Murray ("Murray"), counsel for the Debtor, I caused a true and correct copy of the following document to be served by facsimile or courtesy e-mail on the parties as set forth on the service lists annexed hereto as Exhibits A and B, respectively:

- Ex Parte Motion to Convert Case to Chapter 11 Conditional Consent to Entry of Order for Relief and Motion to Convert Debtor's Case to Chapter 11 [Docket No. 58].

3.       On June 6, 2011, also at the direction of Wiley and Murray, I caused true and correct copies of the following documents to be served by overnight delivery on the parties as set forth on the service lists annexed hereto as Exhibit C:

- Ex Parte Motion to Convert Case to Chapter 11 Conditional Consent to Entry of Order for Relief and Motion to Convert Debtor's Case to Chapter 11 [Docket No. 58];

- Order for Relief and Granting Motion To Convert Case to Chapter 11 [Docket No. 59];

- Motion of the Debtor for Order (A) Authorizing Continued Use of Cash Management System; and (B) Authorizing Continued Use of the Debtor's Existing Bank Accounts and Business Forms [Docket No. 60];

- Ex Parte Motion to Extend Time Motion of the Debtor for Order Extending Time Within Which the Debtor Must File its Schedules and Statement of Affairs [Docket No. 61];

- Motion of the Debtor for Order: (I) Authorizing the Debtor to (A) Pay Gap Period Employee Obligations and (B) Continue Employee Benefit Plans and Programs; (II) Authorizing the Debtor to Pay Withholding and Payroll-Related Taxes and (III) Directing All Banks to Honor Checks and Transfers for Payment of Employee Obligations [Docket No. 62];

- Motion of the Debtor for Order (I) Authorizing the Rejection of Certain Unexpired Leases and Subleases Effective as of the Date of the Motion and (II) Authority to Abandon Certain Personal Property [Docket No. 63];

- Motion of Debtor for Order: (A) Authorizing Use of Cash Collateral on an Interim and Final Basis; (B) Granting Adequate Protection and Related Relief; and (C) Scheduling Final Hearing on Use of Cash Collateral [Docket No. 64]; and

- Notice of Hearing on First Day Motions [Docket No. 68].

4.  On June 6, 2011, also at the direction of Wiley and Murray, I caused true and correct copies of the following documents to be served by overnight delivery on the Bank parties as set forth on the service lists annexed hereto as Exhibit D:

- Motion of the Debtor for Order (A) Authorizing Continued Use of Cash Management System; and (B) Authorizing Continued Use of the Debtor's Existing Bank Accounts and Business Forms [Docket No. 60];

- Motion of the Debtor for Order: (I) Authorizing the Debtor to (A) Pay Gap Period Employee Obligations and (B) Continue Employee Benefit Plans and Programs; (II) Authorizing the Debtor to Pay Withholding and Payroll-Related Taxes and (III) Directing All Banks to Honor Checks and Transfers for Payment of Employee Obligations [Docket No. 62];

- Motion of Debtor for Order: (A) Authorizing Use of Cash Collateral on an Interim and Final Basis; (B) Granting Adequate Protection and Related Relief; and (C) Scheduling Final Hearing on Use of Cash Collateral [Docket No. 64]; and

2

- Notice of Hearing on First Day Motions [Docket No. 68].

5.    On June 6, 2011, also at the direction of Wiley and Murray, I caused true and correct copies of the following documents to be served by overnight delivery on the Lease Rejection parties as set forth on the service lists annexed hereto as Exhibit E:

- Motion of the Debtor for Order (I) Authorizing the Rejection of Certain Unexpired Leases and Subleases Effective as of the Date of the Motion and (II) Authority to Abandon Certain Personal Property [Docket No. 63]; and

- Notice of Hearing on First Day Motions [Docket No. 68].

6.    On June 6, 2011, also at the direction of Wiley and Murray, I caused a true and correct copy of the following document to be served by facsimile or courtesy e-mail on the parties as set forth on the service lists annexed hereto as Exhibits F and G, respectively:

- Notice of Hearing on First Day Motions [Docket No. 68].

7.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.


Dated: June 7, 2011

                                                /s/ Elizabeth J. Vrato_____
                                                Elizabeth J. Vrato

3

# EXHIBIT A

AD HOC COMMITTEE OF UNSECURED CREDITORS
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 CAPITOL MALL, STE 1450
SACRAMENTO, CA 95814-4434
FAX: 916-329-7435

ADVANCE DIGITAL SYSTEMS INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
8760 BITTERROOT CT
STE 210
LORTON, VA 22079
FAX: 703-991-7590

ADVANCED DISCOVERY LLC
C/O TREPEL MCGRANE GREENFIELD LLP
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
150 CALIFORNIA ST, STE 2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

BANC OF AMERICA LEASING & CAPITAL, LLC
C/O SERLIN & WHITEFORD, LLP
ATTN: MARK A. SERLIN, ESQ.
700 E STREET
SACRAMENTO, CA 95814-1209
FAX: 916-446-0791

BP/CGCENTER I LLC
C/O ALLEN MATKINS LLP
ATTN: IVAN M. GOLD
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO, CA 94111-4015
FAX: 415-837-1516

CA FRANCHISE TAX BOARD
SPECIAL PROCEDURES BANKRUPTCY UNIT
P.O. BOX 2952
SACRAMENTO, CA 95812-2952
FAX: 916-845-9300

CALIFORNIA ATTORNEY GENERAL'S OFFICE
CONSUMER LAW SECTION
ATTN: BANKRUPTCY NOTICES
455 GOLDEN GATE AVE, STE 11000
SAN FRANCISCO, CA 94102-7004
FAX: 916-323-5341

CHRISTOPHER D. SULLIVAN
MCGRANE GREENFIELD
150 CALIFORNIA ST
STE 2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

CITY OF LOS ANGELES
OFFICE OF FINANCE
200 N SPRING ST
LOS ANGELES, CA 90012
FAX: 213-978-0690

CRAIG M. PRIM
LAW OFFICES OF MURRAY AND MURRAY
19400 STEVENS CREEK BLVD
#200
CUPERTINO, CA 95014-2548
FAX: 650-852-9244

DAVID D. PIPER
KEESAL, YOUNG AND LOGAN
450 PACIFIC AVE.
SAN FRANCISCO, CA 94133-4626
FAX: 415-981-0136

DEWEY & LEBOEUF
1301 AVENUE OF THE AMERICAS
ATTN: DIRECTOR OF GLOBAL OPERATIONS
NEW YORK, NY 10019
FAX: 212-259-6333

DIANE MEYERS
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6031
FAX: 212-757-3990

DLA PIPER US LLP
ATTN: ED GOLDMAN
230 N LASALLE ST
STE 1900
CHICAGO, IL 60601
FAX: 312-236-7516

DLR GROUP INC
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
3130 WILSHIRE BLVD
6TH FL
SANTA MONICA, CA 90403
FAX: 310-453-9432

DOUGLAS B. ROSNER
LAW OFFICES OF GOULSTON AND STORRS
400 ATLANTIC AVE
BOSTON, MA 02110-3333
FAX: 617-574-7627

DUNNELLS, DUVALL & PORTER
ATTN: STEPHEN W. PORTER, ESQ.
2100 PENNSYLVANIA AVE
STE 400
WASHINGTON, DC 20037
FAX: 202-942-5999

DYLAN G. TRACHE
WILEY REIN LLP
7925 JONES BRANCH DR
#6200
MCLEAN, VA 22102-3376
FAX: 703-905-2820

EMC CORPORATION
C/O RMS BANKRUPTCY RECOVERY SERVICES
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
P.O. BOX 5126
TIMONIUM, MD 21094-5126
FAX: 484-242-1736

GIVE SOMETHING BACK, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
C/O TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST, STE 2200
SAN FRANCISCO, CA 94111-4547
FAX: 888-461-2619

GIVE SOMETHING BACK, INC.
ATTN: MIKE HANNIGAN, PRESIDENT
7730 PARDEE LN
OAKLAND, CA 94621-1556
FAX: 888-461-2619

H. JASON GOLD
WILEY REIN LLP
1776 K ST NW
WASHINGTON, DC 20006-2304
FAX: 202-719-7049

HEMMING MORSE, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
160 SPEAR ST
STE 1900
SAN FRANCISCO, CA 94105
FAX: 415-777-2062

HINES INTERESTS LIMITED PARTNERSHIP
ATTN: C. KEVIN SHANNAHAN
AND THOMAS J. DANILEK
ONE SOUTH DEARBORN, STE 2000
CHICAGO, IL 60603
FAX: 312-419-1932

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

JAMES D. WOOD
LAW OFFICES OF JAMES D. WOOD
3675 MT. DIABLO BLVD
#250
LAFAYETTE, CA 94549-3775
FAX: 925-283-9663

JAMES FRANCIS ALEXANDER
KEESAL, YOUNG AND LOGAN
450 PACIFIC AVE
SAN FRANCISCO, CA 94133-4626
FAX: 415-981-0136

JAN BROWN & ASSOC, SOLE PROPRIETORSHIP
C/O TREPEL MCGRANE GREENFIELD LLP
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
150 CALIFORNIA ST, STE 2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

JAN BROWN & ASSOCIATES
ATTN: JAN BROWN JONES, OWNER
701 BATTERY ST
3RD FLOOR
SAN FRANCISCO, CA 94111-1542
FAX: 415-433-7956

KELLEY A. CORNISH
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6031
FAX: 212-492-0493

KENT DANIELS AND ASSOCIATES, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
1509 W CAMERON AVE
STE 20
WEST COVINA, CA 91790-2725
FAX: 626-962-3200

KENT DANIELS AND ASSOCIATES, INC.
ATTN: MARK OBRIEN, ESQ.
50 W LEMON AVE
#29
MONROVIA, CA 91016-6152
FAX: 626-301-1167

KENT DANIELS AND ASSOCIATES, INC.
C/O TREPEL MCGRANE GREENFIELD LLP
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
150 CALIFORNIA ST, STE 2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

KNICKERBOCKER PROPERTIES, INC. XXXIII
C/O SEYFARTH SHAW LLP
ATTN: T. J. MASENGA & R. M. JOHNSON
333 S. HOPE ST, STE 3900
LOS ANGELES, CA 90071-3043
FAX: 213-270-9601

L.A. BEST PHOTOCOPIES, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
811 WILSHIRE BLVD
STE 200
LOS ANGELES, CA 90017-2643
FAX: 213-622-2569

L.A. BEST PHOTOCOPIES, INC.
C/O TREPEL MCGRANE GREENFIELD LLP
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
150 CALIFORNIA ST, STE 2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
355 S GRAND AVE
LOS ANGELES, CA 90071-1560
FAX: 213-891-8763

LAWRENCE PEITZMAN
PEITZMAN, WEG AND KEMPINSKY
10100 SANTA MONCIA BLVD
#1450
LOS ANGELES, CA 90067-4115
FAX: 310-552-3101

LEGALINK INC., A MERRILL CO.
MERRILL LAD
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
ONE MERRILL CIR
SAINT PAUL, MN 55108
FAX: 612-333-0403

LEXISNEXIS, A DIV OF REED ELSEVIER INC.
C/O THOMPSON HINE LLP
ATTN: LAWRENCE T. BURICK, ESQ.
PO BOX 8801
DAYTON, OH 45401-8801
FAX: 937-443-6635

MATURA FARRINGTON STAFFING SVCS, INC.
ATTN: KAREN FARRINGTON, OWNER
700 S FLOWER ST
STE 2505
LOS ANGELES, CA 90017-4229
FAX: 213-533-8878

MATURA FARRINGTON STAFFING SVCS, INC.
C/O TREPEL MCGRANE GREENFIELD LLP
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
150 CALIFORNIA ST, STE 2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

MAUREEN A. HARRINGTON
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

MICHAEL S. GREGER
ALLEN, MATKINS, LECK , GAMBLE ET AL
1900 MAIN ST
5TH FL
IRVINE, CA 92614-7321
FAX: 949-553-8354

MIDLAND LOAN SERVICES, INC.
ATTN: ASSET MANAGER/MLS NO. 03-0227019
10851 MASTIN
STE 300
OVERLAND PARK, KS 66210
FAX: 913-253-9001

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
ATTN: STUART A. OFFNER, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
FAX: 617-542-2241

OFFICE OF THE U.S. TRUSTEE
235 PINE ST
STE 700
SAN FRANCISCO, CA 94104-2736
FAX: 415-705-3379

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK, N.A.)
ATTN: DIANE MEYERS, COUNSEL
1286 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
FAX: 212-492-0868

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK, N.A.)
ATTN: KELLEY A. CORNISH, PARTNER
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
FAX: 212-492-0493

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
ATTN: LAWRENCE F. LANDGRAFF
1200 K ST NW
WASHINGTON, DC 20005-4025
FAX: 202-326-4112

RICOH PROFESSIONAL SERVICES CORP.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
2300 PARK LAKE DR, NE
ATLANTA, GA 30345
FAX: 770-493-2211

ROBERT A. FRANKLIN
LAW OFFICES OF MURRAY AND MURRAY
19400 STEVENS CREEK BLVD
#200
CUPERTINO, CA 95014-2548
FAX: 650-852-9244

SALTER AND COMPANY, PLLC
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
4600 EAST WEST HWY
STE 300
BETHESDA, MD 20814
FAX: 301-830-7401

SEYFARTH SHAW LLP
ATTN: SCOTT OLSON, ATTY FOR
KNICKERBOCKER PROPERTIES, INC. XXXIII
560 MISSION ST #3100
SAN FRANCISCO, CA 94105-2930
FAX: 415-839-8965

STEPHANIE LANGLEY
C/O OUTTEN & GOLDEN LLP
ATTN: RENE S. ROUPINIAN & JACK RAISNER
3 PARK AVE, 29TH FL
NEW YORK, NY 10016-5902
FAX: 212-977-4005

SYMANTEC CORPORATION
C/O FOUR CORNERS PROPERTIES, LLC
ATTN: BRUCE BURKARD, MANAGING PARTNER
ONE EMBARCADERO CENTER, 37TH FLOOR
SAN FRANCISCO, CA 94111
FAX: 415-354-3283

SYMANTEC CORPORATION
C/O PROMETHEUS REAL ESTATE GROUP, INC.
ATTN: CHERYL FORSHEE, PROPERTY MGR
20400 STEVENS CREEK BLVD, STE 130
CUPERTINO, CA 95014
FAX: 408-873-0122

THE GARDEN CITY GROUP, INC.
ATTN: ELIZABETH J. VRATO
190 S LASALLE ST
STE 1520
CHICAGO, IL 60603
FAX: 312-499-6999

THE IRVINE COMPANY LLC
ATTN: VP, OPERATIONS - OFFICE PROPERTIES
PO BOX 6370
NEWPORT BEACH, CA 92658-6370
FAX: 949-720-2218

THE IRVINE COMPANY LLC
C/O MICHAEL S. GREGER, ESQ.
ALLEN MATKINS ET AL.
1900 MAIN ST, 5TH FL
IRVINE, CA 92614-7317
FAX: 949-553-8354

THE RITZ CARLTON-TYSONS CORNER
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
1700 TYSONS BLVD
MCLEAN, VA 22102
FAX: 703-506-2694

THOMAS A. WILLOUGHBY
FELDERSTEIN, FITZGERALD ET AL
400 CAPITOL MALL
#1450
SACRAMENTO, CA 95814-4434
FAX: 916-329-7435

THOMSON REUTERS, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
3 TIMES SQUARE
NEW YORK, NY 10036
FAX: 646-223-6049

THOMSON REUTERS, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
500 VICTORY RD
NORTH QUINCY, MA 02171-3145
FAX: 800-543-1983

U.S. ATTORNEY
CIVIL DIVISION
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102-3661
FAX: 415-436-7234

VALERIE P. MORRISON
WILEY REIN LLP
7925 JONES BRANCH DR
#6200
MCLEAN, VA 22102-3376
FAX: 703-905-2820

WARNER INVESTMENTS, L.P.
C/O VORNADO/CHARLES E. SMITH L.P.
ATTN: PRESIDENT & COO
2435 CRYSTAL DR, STE 1000
ARLINGTON, VA 22202
FAX: 703-486-7577

WESTERN MESSENGER SERVICE, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
75 COLUMBIA SQ
SAN FRANCISCO, CA 94103-4099
FAX: 415-864-6238

WESTERN MESSENGER SERVICE, INC.
C/O TREPEL MCGRANE GREENFIELD LLP
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
150 CALIFORNIA ST, STE 2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

WILLIAM F. STEVENS, ESQ.
LONG, ALDRIDGE & NORMAN
TWO CONCOURSE PKWY
STE 750
ATLANTA, GA 30328-5347
FAX: 404-527-4198

WILLIAM MCGRANE
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

WILLIAM W. HUCKINS
ALLEN, MATKINS, LECK, GAMBLE AND MALLORY
3 EMBARCADERO CENTER
12TH FL
SAN FRANCISCO, CA 94111-4015
FAX: 415-837-1516

# EXHIBIT B

ATTORNEYS' LIABILITY ASSURANCE SOCIETY
ATTN: ALAN D. SMITH
C/O PERKINS COIE LLP
1201 3RD AVE, STE 4800
SEATTLE, WA 98101-3266
email: adsmith@perkinscoie.com

BANC OF AMERICA LEASING & CAPITAL, LLC
C/O SERLIN & WHITEFORD, LLP
ATTN: MARK A. SERLIN, ESQ.
700 E STREET
SACRAMENTO, CA 95814-1209
email: mserlin@globelaw.com

CITIBANK, N.A.
ATTN: DAVE ZIMBECK, GENERAL COUNSEL
701 E 60TH STREET N
SIOUX FALLS, SD 57104-0432
email: david.zimbeck@citi.com

JAMES D. WOOD
LAW OFFICES OF JAMES D. WOOD
3675 MT. DIABLO BLVD
#250
LAFAYETTE, CA 94549-3775
email: jdw@jdwoodlaw.com

KIMBERLY A. POSIN
LATHAM AND WATKINS LLP
355 S GRAND AVE
#100
LOS ANGELES, CA 90071-3104
email: kim.posin@lw.com

KNICKERBOCKER PROPERTIES, INC. XXXIII
C/O SEYFARTH SHAW LLP
ATTN: T. J. MASENGA & R. M. JOHNSON
333 S. HOPE ST, STE 3900
LOS ANGELES, CA 90071-3043
email: tmasenga@seyfarth.com, rmjohnson@seyfarth.com

MAUREEN A. HARRINGTON
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547
email: mharrington@tmcglaw.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK, N.A.)
ATTN: DIANE MEYERS, COUNSEL
1286 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: dmeyers@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK, N.A.)
ATTN: KELLEY A. CORNISH, PARTNER
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: kcornish@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
ATTN: LAWRENCE F. LANDGRAFF
1200 K ST NW
WASHINGTON, DC 20005-4025
email: landgraff.larry@pbgc.gov, efile@pbgc.gov

SEYFARTH SHAW LLP
ATTN: SCOTT OLSON, ATTY FOR
KNICKERBOCKER PROPERTIES, INC. XXXIII
560 MISSION ST #3100
SAN FRANCISCO, CA 94105-2930
email: solson@seyfarth.com

STEPHANIE LANGLEY
C/O OUTTEN & GOLDEN LLP
ATTN: RENE S. ROUPINIAN & JACK RAISNER
3 PARK AVE, 29TH FL
NEW YORK, NY 10016-5902
email: rsr@outtengolden.com, jar@outtengolden.com

SYMANTEC CORPORATION
C/O FOUR CORNERS PROPERTIES, LLC
ATTN: BRUCE BURKARD, MANAGING PARTNER
ONE EMBARCADERO CENTER, 37TH FLOOR
SAN FRANCISCO, CA 94111
email: bburkard@fourcornersproperties.com

THE GARDEN CITY GROUP, INC.
ATTN: ELIZABETH J. VRATO
190 S LASALLE ST
STE 1520
CHICAGO, IL 60603
email: elizabeth.vrato@gcginc.com

THE IRVINE COMPANY LLC
C/O MICHAEL S. GREGER, ESQ.
ALLEN MATKINS ET AL.
1900 MAIN ST, 5TH FL
IRVINE, CA 92614-7317
email: mgreger@allenmatkins.com

WILLIAM MCGRANE
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547
email: wmcgrane@tmcglaw.com

# EXHIBIT C

220 SOUTH MAIN INVESTORS LLC
ATTN: BOYD R. MCGEE, GENERAL MANGER
170 S MAIN ST
STE 150
SALT LAKE CITY, UT 84101

2941 FAIRVIEW LLC
ATTN PRESIDENT OR MANAGING/GEN AGT
2941 FAIRVIEW PARK DR
FALLS CHURCH, VA 22042

321 NORTH CLARK REALTY L.L.C.
ATTN: DENNIS KEYES
C/O J.P. MORGAN FLEMING
522 FIFTH AVE
NEW YORK, NY 10036

550 SOUTH HOPE OWNER L.L.C
C/O LBA REALTY
ATTN PRESIDENT OR MANAGING/GEN AGT
17901 VONKARMAN AVE, STE 950
IRVINE, CA 92614

AD HOC COM OF UNSECURED CREDITORS
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 CAPITOL MALL, STE 1450
SACRAMENTO, CA 95814

ADVANCED DISCOVERY LLC
ATTN PRESIDENT OR MANAGING/GEN AGT
611 ANTON BLVD
STE 130
COSTA MESA, CA 92626

ADVANCED DISCOVERY LLC
ATTN: CHAD HOFFMAN
550 KEARNY ST
STE 320
SAN FRANCISCO, CA 94108-2597

AMERICAN EXPRESS
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
PO BOX 981540
EL PASO, TX 79998-1540

ARNOLD & PORTER LLP
ATTN: JENNIFER S. PERKINS
555 12TH ST NW
WASHINGTON, DC 20004-1206

ATTORNEYS' LIABILITY ASSURANCE SOC.
ATTN: ALAN D. SMITH
C/O PERKINS COIE LLP
1201 3RD AVE, STE 4800
SEATTLE, WA 98101

BANC OF AMERICA LEASING & CAPITAL
C/O SERLIN & WHITEFORD, LLP
ATTN: MARK A. SERLIN, ESQ.
700 E STREET
SACRAMENTO, CA 95814

BP/CGCENTER I LLC
C/O ALLEN MATKINS LLP
ATTN: IVAN M. GOLD
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO, CA 94111-4015

CA ATTORNEY GENERAL'S OFFICE
CONSUMER LAW SECTION
ATTN: BANKRUPTCY NOTICES
455 GOLDEN GATE AVE, STE 11000
SAN FRANCISCO, CA 94102

CA FRANCHISE TAX BOARD
SPECIAL PROCEDURES BANKRUPTCY UNIT
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

CARTER HAWLEY HALE STORES, INC.
ATTN: VP, REAL ESTATE
444 S FLOWER ST
34TH FL
LOS ANGELES, CA 90071

CB RICHARD ELLIS, INC.
ATTN: MR. CLAY W. HAMMERSTEIN
& MR. STEPHEN L. BAY
355 S GRAND AVE, 27TH FL
LOS ANGELES, CA 90071

CHIEF TAX COLLECTION SECTION
EMPLOYMENT DEVELOPMENT SECTION
P.O. BOX 826203
SACRAMENT, CA 94230

CITIBANK, N.A.
ATTN: DAVE ZIMBECK, GENERAL COUNSEL
701 E 60TH STREET N
SIOUX FALLS, SD 57104-0432

CITIBANK, N.A.
ATTN: EUGENE MCQUADE, CEO
399 PARK AVE
NEW YORK, NY 10022

CITY OF LOS ANGELES
OFFICE OF FINANCE
200 N SPRING ST
LOS ANGELES, CA 90012

DEWEY & LEBOEUF
1301 AVENUE OF THE AMERICAS
ATTN: DIRECTOR OF GLOBAL OPERATIONS
NEW YORK, NY 10019

DIANE MEYERS
PAUL WEISS RIFKIND WHARTON
& GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DLA PIPER LLP (US)
ATTN: MICHAEL E. MEYER, ESQ.
550 S HOPE ST
STE 2300
LOS ANGELES, CA 90071

DLA PIPER US LLP
ATTN: ED GOLDMAN
230 N LASALLE ST
STE 1900
CHICAGO, IL 60601

DOUGLAS B. ROSNER
LAW OFFICES OF GOULSTON AND STORRS
400 ATLANTIC AVE
BOSTON, MA 02110-3333

DUNNELLS, DUVALL & PORTER
ATTN: STEPHEN W. PORTER, ESQ.
2100 PENNSYLVANIA AVE
STE 400
WASHINGTON, DC 20037

EMC CORPORATION
C/O RMS BANKRUPTCY RECOVERY SERVICES
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
P.O. BOX 5126
TIMONIUM, MD 21094-5126

EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
BENEFIT OVERPAYMENT COLLECTION SECTION
MIC 91  PO BOX 826218
SACRAMENTO, CA 94230-6218

EQUITY OFFICE PROPERTIES TRUST
ATTN: REGIONAL COUNSEL- L.A.REGION
TWO NORTH RIVERSIDE PLAZA
STE 2100
CHICAGO, IL 60606

GIVE SOMETHING BACK, INC.
ATTN: MIKE HANNIGAN, PRESIDENT
7730 PARDEE LN
OAKLAND, CA 94621-1556

HEMMING MORSE, INC.
ATTN PRESIDENT OR MANAGING/GEN AGT
160 SPEAR ST
STE 1900
SAN FRANCISCO, CA 94105

HENNIGAN & MERCER
ATTN: OFFICE MANAGER
444 S FLOWER ST
31ST FL
LOS ANGELES, CA 90071

HINES INTERESTS LIMITED PARTNERSHIP
ATTN: C. KEVIN SHANNAHAN
AND THOMAS J. DANILEK
ONE SOUTH DEARBORN, STE 2000
CHICAGO, IL 60603

INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104-5106

INTERNAL REVENUE SERVICE
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

JAMES D. WOOD
LAW OFFICES OF JAMES D. WOOD
3675 MT. DIABLO BLVD
#250
LAFAYETTE, CA 94549-3775

JAN BROWN & ASSOCIATES
ATTN: JAN BROWN JONES, OWNER
701 BATTERY ST
3RD FLOOR
SAN FRANCISCO, CA 94111-1542

KELLEY A. CORNISH
PAUL WEISS RIFKIND WHARTON
& GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

KENT DANIELS AND ASSOCIATES, INC.
ATTN PRESIDENT OR MANAGING/GEN AGT
1509 W CAMERON AVE
STE 20
WEST COVINA, CA 91790

KENT DANIELS AND ASSOCIATES, INC.
ATTN: MARK OBRIEN, ESQ.
50 W LEMON AVE
#29
MONROVIA, CA 91016-6152

KNICKERBOCKER PROPERTIES INC XXXIII
C/O CUSHMAN & WAKEFIELD OF CA, INC.
ATTN: ROBERT ROBINSON
ONE MARITIME PLAZA, STE 900
SAN FRANCISCO, CA 94111

KNICKERBOCKER PROPERTIES INC XXXIII
C/O JP MORGAN INVEST MANAGEMENT
ATTN: ASSET MGR FOR 525 MARKET ST
522 FIFTH AVE
NEW YORK, NY 10036

KNICKERBOCKER PROPERTIES INC XXXIII
C/O SEYFARTH SHAW LLP
ATTN: T. J. MASENGA & R. M. JOHNSON
333 S. HOPE ST, STE 3900
LOS ANGELES, CA 90071

L.A. BEST PHOTOCOPIES, INC.
ATTN PRESIDENT OR MANAGING/GEN AGT
811 WILSHIRE BLVD
STE 200
LOS ANGELES, CA 90017

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
355 S GRAND AVE
LOS ANGELES, CA 90071-1560

LAWRENCE PEITZMAN
PEITZMAN, WEG AND KEMPINSKY
10100 SANTA MONCIA BLVD
#1450
LOS ANGELES, CA 90067-4115

LEGALINK INC., A MERRILL CO.
MERRILL LAD
ATTN PRESIDENT OR MANAGING/GEN AGT
ONE MERRILL CIR
SAINT PAUL, MN 55108

LEXISNEXIS, A DIV OF REED ELSEVIER INC.
C/O THOMPSON HINE LLP
ATTN: LAWRENCE T. BURICK, ESQ.
PO BOX 8801
DAYTON, OH 45401-8801

LEXISNEXIS, INC.
ATTN PRESIDENT OR MANAGING/GEN AGT
125 PARK AVE
NEW YORK, NY 10017

MARTIN, JAMES W.
[ADDRESS INTENTIONALLY REDACTED]

MATURA FARRINGTON STAFFING SVCS INC
ATTN: KAREN FARRINGTON, OWNER
700 S FLOWER ST
STE 2505
LOS ANGELES, CA 90017

MAUREEN A. HARRINGTON
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547

MICHAEL S. GREGER
ALLEN, MATKINS, LECK , GAMBLE ET AL
1900 MAIN ST
5TH FL
IRVINE, CA 92614-7321

MIDLAND LOAN SERVICES, INC.
ATTN: ASSET MANAGER
MLS NO. 03-0227019
10851 MASTIN, STE 300
OVERLAND PARK, KS 66210

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
ATTN: STUART A. OFFNER, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111

NORO REALTY ADVISORS, INC.
ATTN PRESIDENT OR MANAGING/GEN AGT
2060 MT. PARAN ROAD
PARAN PLACE , STE 200
ATLANTA, GA 30327

OBAYASHI AMERICA CORPORATION
ATTN:  FUMIO HAMADA, VP DEVELOPMENT
420 E THIRD ST
STE 600
LOS ANGELES, CA 90013

OC HOPE STREET, INC.
C/O OBAYASHI AMERICA CORPORATION
ATTN: KUNITSUGU AOTO, SECRETARY
420 E THIRD ST, STE 600
LOS ANGELES, CA 90013

OFFICE OF THE U.S. TRUSTEE
ATTN: MINNIE LOO
235 PINE ST
STE 700
SAN FRANCISCO, CA 94104-2736

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK NA)
ATTN: DIANE MEYERS, COUNSEL
1286 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK NA)
ATTN: KELLEY A. CORNISH, PARTNER
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PEITZMAN, WEG & KEMPINSKY LLP
ATTN: LAWRENCE PEITZMAN
2029 CENTURY PARK EAST
SUITE 3100
LOS ANGELES, CA 90067

PENSION BENEFIT GUARANTY CORP
OFFICE OF THE CHIEF COUNSEL
ATTN: LAWRENCE F. LANDGRAFF
1200 K ST NW
WASHINGTON, DC 20005

POWER RESOURCES LLC
ATTN PRESIDENT OR MANAGING/GEN AGT
1629 K ST NW
STE 300
WASHINGTON, DC 20006

RICOH PROFESSIONAL SERVICES CORP.
ATTN PRESIDENT OR MANAGING/GEN AGT
2300 PARK LAKE DR, NE
ATLANTA, GA 30345

RONALD ROWLAND, ESQ.
AGENT FOR EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIR. STE 270
HUNT VALLEY, MD 21030-1322

SALTER AND COMPANY, PLLC
ATTN PRESIDENT OR MANAGING/GEN AGT
4600 EAST WEST HWY
STE 300
BETHESDA, MD 20814

SEYFARTH SHAW LLP
ATTN: SCOTT OLSON, ATTY FOR
KNICKERBOCKER PROPERTIES INC XXXIII
560 MISSION ST #3100
SAN FRANCISCO, CA 94105

STEPHANIE LANGLEY
C/O OUTTEN & GOLDEN LLP
ATTN: R ROUPINIAN & J RAISNER
3 PARK AVE, 29TH FL
NEW YORK, NY 10016

SYMANTEC CORPORATION
C/O FOUR CORNERS PROPERTIES, LLC
ATTN: BRUCE BURKARD, MANAGING PTNR
ONE EMBARCADERO CENTER, 37TH FLOOR
SAN FRANCISCO, CA 94111

SYMANTEC CORPORATION
C/O PROMETHEUS REAL ESTATE GROUP
ATTN: CHERYL FORSHEE, PROPERTY MGR
20400 STEVENS CREEK BLVD, STE 130
CUPERTINO, CA 95014

THE D&B CORPORATION
ATTN PRESIDENT OR MANAGING/GEN AGT
103 JFK PKWY
SHORT HILLS, NJ 07078

THE GARDEN CITY GROUP, INC.
ATTN: ELIZABETH J. VRATO
190 S LASALLE ST
STE 1520
CHICAGO, IL 60603

THE IRVINE COMPANY LLC
ATTN: VP, OPERATIONS - OFFICE PROPERTIES
PO BOX 6370
NEWPORT BEACH, CA 92658-6370

THE IRVINE COMPANY LLC
C/O MICHAEL S. GREGER, ESQ.
ALLEN MATKINS ET AL.
1900 MAIN ST, 5TH FL
IRVINE, CA 92614-7317

THE RITZ CARLTON-TYSONS CORNER
ATTN PRESIDENT OR MANAGING/GEN AGT
1700 TYSONS BLVD
MCLEAN, VA 22102

THOMAS A. WILLOUGHBY
FELDERSTEIN, FITZGERALD ET AL
400 CAPITOL MALL
#1450
SACRAMENTO, CA 95814-4434

THOMSON REUTERS, INC.
ATTN PRESIDENT OR MANAGING/GEN AGT
3 TIMES SQUARE
NEW YORK, NY 10036

THOMSON REUTERS, INC.
ATTN PRESIDENT OR MANAGING/GEN AGT
500 VICTORY RD
NORTH QUINCY, MA 02171

TORRE AVENUE PROPERTIES
ATTN PRESIDENT OR MANAGING/GEN AGT
920 W FREMONT AVE
SUNNYVALE, CA 94087

U.S. ATTORNEY
CIVIL DIVISION
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102-3661

US DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

WARNER INVESTMENTS, L.P.
C/O VORNADO/CHARLES E. SMITH L.P.
ATTN: PRESIDENT & COO
2435 CRYSTAL DR, STE 1000
ARLINGTON, VA 22202

WESTERN MESSENGER SERVICE, INC.
ATTN PRESIDENT OR MANAGING/GEN AGT
75 COLUMBIA SQ
SAN FRANCISCO, CA 94103

WILLIAM MCGRANE
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547

UNIVERSITY CIRCLE INVESTORS, LLC
C/O CANTRELL, HARRIS & ASSOCIATES
ATTN:  PROPERTY MANAGER
2001 UNION ST, STE 106
SAN FRANCISCO, CA 94123

WARNER INVESTMENTS, L.P.
C/O VORNADO REALTY TRUST
ATTN: CHIEF OPERATING OFFICER
210 RTE 4 E, STE 1000
PARAMUS, NJ 07652

WATT PROPERTIES
ATTN PRESIDENT OR MANAGING/GEN AGT
2716 OCEAN BLVD
STE 3040
SANTA MONICA, CA 90405

WILLIAM F. STEVENS, ESQ.
LONG, ALDRIDGE & NORMAN
TWO CONCOURSE PKWY
STE 750
ATLANTA, GA 30328-5347

WILLIAM W. HUCKINS
ALLEN, MATKINS, LECK
GAMBLE AND MALLORY
3 EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO, CA 94111

# EXHIBIT D

ABN AMRO BANK N.V.
ATTN PRES OR MANAGING/GEN AGENT
POSTBUS 1053
ROTTERDAM 3000 BB NETHERLANDS

CITIBANK, NA
1101 PENN AVE NW
ATTN: SABEEN WASI
WASHINGTON, DC 20004

CITIBANK, NA
153 EAST 53RD STREET
ATTN: SABEEN WASI
NEW YORK, NY 10043

CITIBANK, NA
333 WEST 34TH STREET
3 RD FLOOR
ATTN: SABEEN WASI
NEW YORK, NY 10001

CITIBNAK, NA
787 WEST 5TH STREET
28TH FLOOR
ATTN: SABEEN WASI
LOS ANGELES, CA 90071

DEUTSCHE BANK
ATTN: CAROLA NEGER
MUNCHEN-PROMENADEPLATZ, PROMENAD
MUNICH 80333 GERMANY

FORTIS BANQUE S.A./N.V.
ATTN: JEAN-PHILIPPE PLATTON
ROND-POINT ROBERT SCHUMAN 10
BRUSSELS 1040 BELGIUM

NORTHERN TRUST BANK
50 S LASALLE ST
ATTN: TRISHA MALMQUIST
CHICAGO, IL 60675

NORTHERN TRUST BANK OF TEXAS
600 BERING DRIVE
ATTN: PEGGY VILLAVANA
HOUSTON, TX 77057

WELLS FARGO BANK, NA
1160 DAIRY ASHFORD
STE. 100
ATTN:SARAH LOPEZ
HOUSTON, TX 77079

# EXHIBIT E

200 SOUTH MAIN STREET INVESTORS LLC
C/O ALLEGIS REALTY INVESTORS LLC
ATTN: PRES OR MANAGING/GEN AGENT
455 MARKET ST, STE 1540
SAN FRANCISCO, CA 94105

CUSHMAN AND WAKEFIELD OF CA, INC.
ATTN: ERIC HINKELMAN
2020 MAIN STREET
IRVINE, CA 92614

GREENBERG TRAUIG LLP
ATTN: PRES OR MANAGING/GEN AGENT
1000 LOUISIANA AVE.
18TH AND 19TH FL
HOUSTON, TX 77002

METROPOLITAN TOWER REALTY CO.
C/O LINCOLN PROPERTY COMPANY
ATTN: PRES OR MANAGING/GEN AGENT
1000 LOUISIANA AVE, STE 1400
HOUSTON, TX 77002

SYMANTEC CORP/WW DASC OWNER LLC
C/O WALTON STREET CAPITAL LLC
ATTN: PRES OR MANAGING/GEN AGENT
920 N MICHIGAN AVE, STE 1900
CHICAGO, IL 60611

WHR ARCHITECHTS INC.
ATTN: PRES OR MANAGING/GEN AGENT
1111 LOUISIANA AVE.
26TH FL
HOUSTON, TX 77002

# EXHIBIT F

AD HOC COMMITTEE OF UNSECURED CREDITORS
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 CAPITOL MALL, STE 1450
SACRAMENTO, CA 95814-4434
FAX: 916-329-7435

ARNOLD & PORTER LLP
ATTN: JENNIFER S. PERKINS
555 12TH ST NW
WASHINGTON, DC 20004-1206
FAX: 202-942-5999

BANC OF AMERICA LEASING & CAPITAL, LLC
C/O SERLIN & WHITEFORD, LLP
ATTN: MARK A. SERLIN, ESQ.
700 E STREET
SACRAMENTO, CA 95814-1209
FAX: 916-446-0791

BP/CGCENTER I LLC
C/O ALLEN MATKINS LLP
ATTN: IVAN M. GOLD
THREE EMBARCADERO CENTER, 12TH FL
SAN FRANCISCO, CA 94111-4015
FAX: 415-837-1516

CA FRANCHISE TAX BOARD
SPECIAL PROCEDURES BANKRUPTCY UNIT
P.O. BOX 2952
SACRAMENTO, CA 95812-2952
FAX: 916-845-9300

CALIFORNIA ATTORNEY GENERAL'S OFFICE
CONSUMER LAW SECTION
ATTN: BANKRUPTCY NOTICES
455 GOLDEN GATE AVE, STE 11000
SAN FRANCISCO, CA 94102-7004
FAX: 916-323-5341

CITY OF LOS ANGELES
OFFICE OF FINANCE
200 N SPRING ST
LOS ANGELES, CA 90012
FAX: 213-978-0690

DEWEY & LEBOEUF
1301 AVENUE OF THE AMERICAS
ATTN: DIRECTOR OF GLOBAL OPERATIONS
NEW YORK, NY 10019
FAX: 212-259-6333

DIANE MEYERS
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6031
FAX: 212-757-3990

DLA PIPER US LLP
ATTN: ED GOLDMAN
230 N LASALLE ST
STE 1900
CHICAGO, IL 60601
FAX: 312-236-7516

DOUGLAS B. ROSNER
LAW OFFICES OF GOULSTON AND STORRS
400 ATLANTIC AVE
BOSTON, MA 02110-3333
FAX: 617-574-7627

DUNNELLS, DUVALL & PORTER
ATTN: STEPHEN W. PORTER, ESQ.
2100 PENNSYLVANIA AVE
STE 400
WASHINGTON, DC 20037
FAX: 202-942-5999

EMC CORPORATION
C/O RMS BANKRUPTCY RECOVERY SERVICES
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
P.O. BOX 5126
TIMONIUM, MD 21094-5126
FAX: 484-242-1736

GIVE SOMETHING BACK, INC.
ATTN: MIKE HANNIGAN, PRESIDENT
7730 PARDEE LN
OAKLAND, CA 94621-1556
FAX: 888-461-2619

HEMMING MORSE, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
160 SPEAR ST
STE 1900
SAN FRANCISCO, CA 94105
FAX: 415-777-2062

HINES INTERESTS LIMITED PARTNERSHIP
ATTN: C. KEVIN SHANNAHAN
AND THOMAS J. DANILEK
ONE SOUTH DEARBORN, STE 2000
CHICAGO, IL 60603
FAX: 312-419-1932

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

JAMES D. WOOD
LAW OFFICES OF JAMES D. WOOD
3675 MT. DIABLO BLVD
#250
LAFAYETTE, CA 94549-3775
FAX: 925-283-9663

JAN BROWN & ASSOCIATES
ATTN: JAN BROWN JONES, OWNER
701 BATTERY ST
3RD FLOOR
SAN FRANCISCO, CA 94111-1542
FAX: 415-433-7956

KELLEY A. CORNISH
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6031
FAX: 212-492-0493

KENT DANIELS AND ASSOCIATES, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
1509 W CAMERON AVE
STE 20
WEST COVINA, CA 91790-2725
FAX: 626-962-3200

KENT DANIELS AND ASSOCIATES, INC.
ATTN: MARK OBRIEN, ESQ.
50 W LEMON AVE
#29
MONROVIA, CA 91016-6152
FAX: 626-301-1167

KNICKERBOCKER PROPERTIES, INC. XXXIII
C/O SEYFARTH SHAW LLP
ATTN: T. J. MASENGA & R. M. JOHNSON
333 S. HOPE ST, STE 3900
LOS ANGELES, CA 90071-3043
FAX: 213-270-9601

L.A. BEST PHOTOCOPIES, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
811 WILSHIRE BLVD
STE 200
LOS ANGELES, CA 90017-2643
FAX: 213-622-2569

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
355 S GRAND AVE
LOS ANGELES, CA 90071-1560
FAX: 213-891-8763

LEGALINK INC., A MERRILL CO.
MERRILL LAD
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
ONE MERRILL CIR
SAINT PAUL, MN 55108
FAX: 612-333-0403

LEXISNEXIS, A DIV OF REED ELSEVIER INC.
C/O THOMPSON HINE LLP
ATTN: LAWRENCE T. BURICK, ESQ.
PO BOX 8801
DAYTON, OH 45401-8801
FAX: 937-443-6635

MATURA FARRINGTON STAFFING SVCS, INC.
ATTN: KAREN FARRINGTON, OWNER
700 S FLOWER ST
STE 2505
LOS ANGELES, CA 90017-4229
FAX: 213-533-8878

MAUREEN A. HARRINGTON
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

MICHAEL S. GREGER
ALLEN, MATKINS, LECK , GAMBLE ET AL
1900 MAIN ST
5TH FL
IRVINE, CA 92614-7321
FAX: 949-553-8354

MIDLAND LOAN SERVICES, INC.
ATTN: ASSET MANAGER/MLS NO. 03-0227019
10851 MASTIN
STE 300
OVERLAND PARK, KS 66210
FAX: 913-253-9001

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
ATTN: STUART A. OFFNER, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
FAX: 617-542-2241

OFFICE OF THE U.S. TRUSTEE
ATTN: MINNIE LOO
235 PINE ST
STE 700
SAN FRANCISCO, CA 94104-2736
FAX: 415-705-3379

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK, N.A.)
ATTN: DIANE MEYERS, COUNSEL
1286 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
FAX: 212-492-0868

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK, N.A.)
ATTN: KELLEY A. CORNISH, PARTNER
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
FAX: 212-492-0493

RICOH PROFESSIONAL SERVICES CORP.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
2300 PARK LAKE DR, NE
ATLANTA, GA 30345
FAX: 770-493-2211

SALTER AND COMPANY, PLLC
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
4600 EAST WEST HWY
STE 300
BETHESDA, MD 20814
FAX: 301-830-7401

STEPHANIE LANGLEY
C/O OUTTEN & GOLDEN LLP
ATTN: RENE S. ROUPINIAN & JACK RAISNER
3 PARK AVE, 29TH FL
NEW YORK, NY 10016-5902
FAX: 212-977-4005

SYMANTEC CORPORATION
C/O FOUR CORNERS PROPERTIES, LLC
ATTN: BRUCE BURKARD, MANAGING PARTNER
ONE EMBARCADERO CENTER, 37TH FLOOR
SAN FRANCISCO, CA 94111
FAX: 415-354-3283

SYMANTEC CORPORATION
C/O PROMETHEUS REAL ESTATE GROUP, INC.
ATTN: CHERYL FORSHEE, PROPERTY MGR
20400 STEVENS CREEK BLVD, STE 130
CUPERTINO, CA 95014
FAX: 408-873-0122

THE GARDEN CITY GROUP, INC.
ATTN: ELIZABETH J. VRATO
190 S LASALLE ST
STE 1520
CHICAGO, IL 60603
FAX: 312-499-6999

THE IRVINE COMPANY LLC
ATTN: VP, OPERATIONS - OFFICE PROPERTIES
PO BOX 6370
NEWPORT BEACH, CA 92658-6370
FAX: 949-720-2218

THE IRVINE COMPANY LLC
C/O MICHAEL S. GREGER, ESQ.
ALLEN MATKINS ET AL.
1900 MAIN ST, 5TH FL
IRVINE, CA 92614-7317
FAX: 949-553-8354

THE RITZ CARLTON-TYSONS CORNER
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
1700 TYSONS BLVD
MCLEAN, VA 22102
FAX: 703-506-2694

THOMAS A. WILLOUGHBY
FELDERSTEIN, FITZGERALD ET AL
400 CAPITOL MALL
#1450
SACRAMENTO, CA 95814-4434
FAX: 916-329-7435

THOMSON REUTERS, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
500 VICTORY RD
NORTH QUINCY, MA 02171-3145
FAX: 800-543-1983

U.S. ATTORNEY
CIVIL DIVISION
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102-3661
FAX: 415-436-7234

WARNER INVESTMENTS, L.P.
C/O VORNADO/CHARLES E. SMITH L.P.
ATTN: PRESIDENT & COO
2435 CRYSTAL DR, STE 1000
ARLINGTON, VA 22202
FAX: 703-486-7577

WESTERN MESSENGER SERVICE, INC.
ATTN PRESIDENT OR GENERAL/MANAGING AGENT
75 COLUMBIA SQ
SAN FRANCISCO, CA 94103-4099
FAX: 415-864-6238

WILLIAM F. STEVENS, ESQ.
LONG, ALDRIDGE & NORMAN
TWO CONCOURSE PKWY
STE 750
ATLANTA, GA 30328-5347
FAX: 404-527-4198

WILLIAM MCGRANE
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547
FAX: 415-283-1777

WILLIAM W. HUCKINS
ALLEN, MATKINS, LECK, GAMBLE AND MALLORY
3 EMBARCADERO CENTER
12TH FL
SAN FRANCISCO, CA 94111-4015
FAX: 415-837-1516

# EXHIBIT G

ARNOLD & PORTER LLP
ATTN: JENNIFER S. PERKINS
555 12TH ST NW
WASHINGTON, DC 20004-1206
email: jennifer.perkins@aporter.com

ATTORNEYS' LIABILITY ASSURANCE SOCIETY
ATTN: ALAN D. SMITH
C/O PERKINS COIE LLP
1201 3RD AVE, STE 4800
SEATTLE, WA 98101-3266
email: adsmith@perkinscoie.com

BANC OF AMERICA LEASING & CAPITAL, LLC
C/O SERLIN & WHITEFORD, LLP
ATTN: MARK A. SERLIN, ESQ.
700 E STREET
SACRAMENTO, CA 95814-1209
email: mserlin@globelaw.com

CITIBANK, N.A.
ATTN: DAVE ZIMBECK, GENERAL COUNSEL
701 E 60TH STREET N
SIOUX FALLS, SD 57104-0432
email: david.zimbeck@citi.com

CITIBANK, NA
1101 PENN AVE NW
ATTN: SABEEN WASI
WASHINGTON, DC 20004
email: sabeen.wasi@citi.com

CITIBANK, NA
153 EAST 53RD STREET
ATTN: SABEEN WASI
NEW YORK, NY 10043
email: sabeen.wasi@citi.com

CITIBANK, NA
333 WEST 34TH STREET
3 RD FLOOR
ATTN: SABEEN WASI
NEW YORK, NY 10001
email: sabeen.wasi@citi.com

CITIBNAK, NA
787 WEST 5TH STREET
28TH FLOOR
ATTN: SABEEN WASI
LOS ANGELES, CA 90071
email: sabeen.wasi@citi.com

DEUTSCHE BANK
ATTN: CAROLA NEGER
MUNCHEN-PROMENADEPLATZ, PROMENAD
MUNICH 80333 GERMANY
email: carola.neger@db.com

FORTIS BANQUE S.A./N.V.
ATTN: JEAN-PHILIPPE PLATTON
ROND-POINT ROBERT SCHUMAN 10
BRUSSELS 1040 BELGIUM
email: jean-philippe.platton@fortis.com

JAMES D. WOOD
LAW OFFICES OF JAMES D. WOOD
3675 MT. DIABLO BLVD
#250
LAFAYETTE, CA 94549-3775
email: jdw@jdwoodlaw.com

KNICKERBOCKER PROPERTIES, INC. XXXIII
C/O SEYFARTH SHAW LLP
ATTN: T. J. MASENGA & R. M. JOHNSON
333 S. HOPE ST, STE 3900
LOS ANGELES, CA 90071-3043
email: tmasenga@seyfarth.com, rmjohnson@seyfarth.com

MAUREEN A. HARRINGTON
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547
email: mharrington@tmcglaw.com

MICHAEL S. GREGER
ALLEN, MATKINS, LECK , GAMBLE ET AL
1900 MAIN ST
5TH FL
IRVINE, CA 92614-7321
email: mgreger@allenmatkins.com

NORTHERN TRUST BANK
50 S LASALLE ST
ATTN: TRISHA MALMQUIST
CHICAGO, IL 60675
email: tas2@ntrs.com

NORTHERN TRUST BANK OF TEXAS
600 BERING DRIVE
ATTN: PEGGY VILLAVANA
HOUSTON, TX 77057
email: pss2@ntrs.com

OFFICE OF THE U.S. TRUSTEE
ATTN: MINNIE LOO
235 PINE ST
STE 700
SAN FRANCISCO, CA 94104-2736
email: minnie.loo@usdoj.gov

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK, N.A.)
ATTN: DIANE MEYERS, COUNSEL
1286 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: dmeyers@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP (ATTY FOR CITIBANK, N.A.)
ATTN: KELLEY A. CORNISH, PARTNER
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: kcornish@paulweiss.com

PEITZMAN, WEG & KEMPINSKY LLP
ATTN: LAWRENCE PEITZMAN
2029 CENTURY PARK EAST
SUITE 3100
LOS ANGELES, CA 90067
email: lpeitzman@pwkllp.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE CHIEF COUNSEL
ATTN: LAWRENCE F. LANDGRAFF
1200 K ST NW
WASHINGTON, DC 20005-4025
email: landgraff.larry@pbgc.gov, efile@pbgc.gov

SEYFARTH SHAW LLP
ATTN: SCOTT OLSON, ATTY FOR
KNICKERBOCKER PROPERTIES, INC. XXXIII
560 MISSION ST #3100
SAN FRANCISCO, CA 94105-2930
email: solson@seyfarth.com

STEPHANIE LANGLEY
C/O OUTTEN & GOLDEN LLP
ATTN: RENE S. ROUPINIAN & JACK RAISNER
3 PARK AVE, 29TH FL
NEW YORK, NY 10016-5902
email: rsr@outtengolden.com, jar@outtengolden.com

SYMANTEC CORPORATION
C/O FOUR CORNERS PROPERTIES, LLC
ATTN: BRUCE BURKARD, MANAGING PARTNER
ONE EMBARCADERO CENTER, 37TH FLOOR
SAN FRANCISCO, CA 94111
email: bburkard@fourcornersproperties.com

THE GARDEN CITY GROUP, INC.
ATTN: ELIZABETH J. VRATO
190 S LASALLE ST
STE 1520
CHICAGO, IL 60603
email: elizabeth.vrato@gcginc.com

THE IRVINE COMPANY LLC
C/O MICHAEL S. GREGER, ESQ.
ALLEN MATKINS ET AL.
1900 MAIN ST, 5TH FL
IRVINE, CA 92614-7317
email: mgreger@allenmatkins.com

WELLS FARGO BANK, NA
1160 DAIRY ASHFORD
STE. 100
ATTN:SARAH LOPEZ
HOUSTON, TX 77079
email: Sarah.R.Lopez@wellsfargo.com

WILLIAM MCGRANE
TREPEL MCGRANE GREENFIELD LLP
150 CALIFORNIA ST
#2200
SAN FRANCISCO, CA 94111-4547
email: wmcgrane@tmcglaw.com