H. JASON GOLD (Pro Hac Vice)
VALERIE P. MORRISON (Pro Hac Vice)
DYLAN G. TRACHE (Pro Hac Vice)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: jgold@wileyrein.com
Email: vmorrison@wileyrein.com
Email: dtrache@wileyrein.com

ROBERT A. FRANKLIN (091653)
CRAIG M. PRIM (077820)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: rfranklin@murraylaw.com
Email: cprim@murraylaw.com

Counsel to Howrey LLP

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP,<br><br>A District of Columbia Limited Liability Partnership,<br><br>Debtor(s).<br><br>1299 Pennsylvania Avenue<br>Washington D.C., 20004<br><br>Employer's Tax I.D. No: 53-0231650 | Case No. 11-31376-DM<br><br>Chapter 11<br><br>Date: August 31, 2011<br>Time: 11:30 a.m.<br>Dept: U.S. Bankruptcy Court<br>235 Pine Street, 22nd Floor<br>San Francisco, CA<br>Judge: Honorable Dennis Montali |

**STATEMENT REGARDING AUGUST 31, 2011 HEARING ON MOTION OF DEBTOR FOR ORDER (A) AUTHORIZING THE USE OF CASH COLLATERAL ON AN INTERIM AND FINAL BASIS; (B) GRANTING ADEQUATE PROTECTION AND RELATED RELIEF; AND (C) SCHEDULING FINAL HEARING ON THE USE OF CASH COLLATERAL**

TO: THE HON. DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OTHER PARTIES AFFECTED BY THIS MOTION AND OTHER PARTIES IN INTEREST:

Howrey LLP, the debtor and debtor-in-possession in the above-captioned case (the "Debtor" or "Howrey") hereby files this Statement regarding the August 31, 2011 Hearing on the MOTION OF DEBTOR FOR ORDER (A) AUTHORIZING THE USE OF CASH COLLATERAL ON AN INTERIM AND FINAL BASIS; (B) GRANTING ADEQUATE PROTECTION AND RELATED RELIEF; AND (C) SCHEDULING FINAL HEARING ON THE USE OF CASH COLLATERAL ("Cash Collateral Motion").

The Debtor, the Official Committee of Unsecured Creditors ("Committee") and Citibank, N.A. ("Citibank") have reached an agreement to extend the Debtor's use of cash collateral on an interim basis through September 23, 2011 in accordance with a supplemental budget ("Budget"). Accordingly, the Debtor, the Committee and Citibank intend to request entry of the proposed SUPPLEMENTAL ORDER EXTENDING USE OF CASH COLLATERAL UNDER THE INTERIM ORDER attached hereto as **Exhibit "A"** and approval of the Budget attached hereto as **Exhibit "B"**. The Parties further intend to request that the Final Hearing on the Cash Collateral Motion be continued to September 21, 2011 at 9:30.

Dated: August 30, 2011

WILEY REIN LLP
H. Jason Gold
Valerie P. Morrison
Dylan G. Trache

and

MURRAY & MURRAY

By: /s/ Robert A. Franklin
Robert A. Franklin
Counsel to Howrey LLP

13342687.1