1  H. JASON GOLD (Pro Hac Vice)
   VALERIE P. MORRISON (Pro Hac Vice)
2  DYLAN G. TRACHE (Pro Hac Vice)
   WILEY REIN LLP
3  1776 K Street, N.W.
   Washington, D.C. 20006
4  Telephone: (202) 719-7000
   Facsimile: (202) 719-7049
5  Email: jgold@wileyrein.com
   Email: vmorrison@wileyrein.com
6  Email: dtrache@wileyrein.com

7  ROBERT A. FRANKLIN (091653)
   CRAIG M. PRIM (077820)
8  JENNY LYNN FOUNTAIN (226241)
   MURRAY & MURRAY
9  A Professional Corporation
   19400 Stevens Creek Blvd., Suite 200
10 Cupertino, CA 95014-2548
   Telephone: (650) 852-9000; (408) 907-9200
11 Facsimile: (650) 852-9244
   Email: rfranklin@murraylaw.com
12 Email: cprim@murraylaw.com
   Email: jlfountain@murraylaw.com

14 Counsel to Howrey LLP

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 11-31376-DM |
| HOWREY LLP, | Chapter 11 |
| A District of Columbia Limited Liability Partnership, | *[Hearing Date and Time to be Determined]* |
| Debtor(s). | |
| 1201 Pennsylvania Avenue, Suite 300 Washington D.C., 20004 | |
| Employer's Tax I.D. No: 53-0231650 | |

**DECLARATION OF ROBERT RUYAK IN SUPPORT OF DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES**

JLF:mw
S:\Howrey Pldgs\Mot Ext Exclusivity\Ruyak Dec v2.doc
13348743.1

Case: 11-31376  Doc# 341-2  Filed: 09/15/11  Entered: 09/15/11 16:42:55  Page 1 of 3

1  DECLARATION OF ROBERT RUYAK IN SUPPORT OF DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES

I, Robert Ruyak, hereby declare as follows:

1.  I am a member of the Dissolution Committee of Howrey LLP and have been designated the "responsible individual" for the Debtor pursuant to Local Bankruptcy Rule 4002-1. I submit this Declaration in connection with and in support of the DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES. I have personal knowledge of the facts set forth below, and if called to testify, I would testify competently thereto.

2.  The Debtor has worked with the Official Committee of Unsecured Creditors ("Committee") on a number of issues related to the preparation and filing of a chapter 11 plan. In particular, the Debtor and the Committee are parties to a Memorandum of Understanding ("MOU") certain provisions of which the parties have agreed to incorporate into a plan of liquidation. The MOU also contains various items that the parties have agreed are the subject of negotiation.

3.  The Debtor has regularly met with the Committee and Citibank both in person and telephonically since the entry of the Order for Relief to discuss the various matters related to the MOU and a proposed plan.

4.  In addition, the Debtor is currently analyzing and evaluating the various claims against the estate in order to determine the amount of funds that will be necessary to confirm a plan of liquidation.

5.  The Debtor has a substantial interest in a number of pending matters which it undertook on a contingency fee basis. The Debtor believes that its interest in these cases will result in substantial recoveries to the estate, which may be used to pay its secured obligations and fund a plan of liquidation. However, the Debtor requires additional time to determine with more accuracy the likely proceeds it will receive from these cases.

6.  The Debtor is not requesting an extension of the exclusive periods in order to pressure its creditors. To the contrary, the Debtor is working cooperatively with its creditors and other parties in interest in order to facilitate continued negotiations regarding a plan of liquidation and a fair and equitable resolution of this case.

///

JLF:mw
S:\Howrey\Pldgs\Mot Ext Exclusivity\Ruyak Dec v2.doc
13348743.1

2

DECLARATION OF ROBERT RUYAK IN SUPPORT OF DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES

Case 11-31376  Doc#341-2  Filed: 09/15/11  Entered: 09/15/11 16:42:55  Page 2 of 3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of September, 2011 in Washington D.C.

/s/ Robert Ruyak
Robert Ruyak

JLF:mw
S:\Howrey\Pldgs\Mot Ext Exclusivity\Ruyak Dec v2.doc
13348743.1

3

DECLARATION OF ROBERT RUYAK IN SUPPORT OF DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES