1  H. JASON GOLD (Pro Hac Vice)
   VALERIE P. MORRISON (Pro Hac Vice)
2  DYLAN G. TRACHE (Pro Hac Vice)
   WILEY REIN LLP
3  1776 K Street, N.W.
   Washington, D.C.  20006
4  Telephone:     (202) 719-7000
   Facsimile:      (202) 719-7049
5  Email: jgold@wileyrein.com
   Email: vmorrison@wileyrein.com
6  Email: dtrache@wileyrein.com

7  ROBERT A. FRANKLIN (091653)
   CRAIG M. PRIM (077820)
8  MURRAY & MURRAY
   A Professional Corporation
9  19400 Stevens Creek Blvd., Suite 200
   Cupertino, CA 95014-2548
10 Telephone:  (650) 852-9000; (408) 907-9200
   Facsimile:   (650) 852-9244
11 Email:  rfranklin@murraylaw.com
   Email:  cprim@murraylaw.com
12
   Counsel to Howrey LLP
13

14            **UNITED STATES BANKRUPTCY COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16               **SAN FRANCISCO DIVISION**

17 In re:                              ) Case No. 11-31376-DM
                                       )
18 HOWREY LLP,                         ) Chapter 11
                                       )
19 A District of Columbia Limited Liability )
   Partnership,                        ) Date:       September 21, 2011
20                                      ) Time:       9:30 a.m.
            Debtor(s).                  ) Dept:       U.S. Bankruptcy Court
21                                      )             235 Pine Street, 22nd Floor
       1299 Pennsylvania Avenue         )             San Francisco, CA
22     Washington D.C., 20004           ) Judge:      Honorable Dennis Montali
                                       )
23 Employer's Tax I.D. No:  53-0231650  )

24               **CERTIFICATE OF SERVICE**

25 STATE OF CALIFORNIA          )
                               ) ss.
26 COUNTY OF SANTA CLARA        )

27      I am a citizen of the United States and employed in Santa Clara County.  I am over the age of

28 eighteen years and not a party to the above-entitled action.  My business address is 19400 Stevens

Creek Boulevard, Suite 200, Cupertino, CA 95014-2548.

On September 19, 2011, at my place of business, I served a true and correct copy of the following document(s):

1. **NOTICE OF HEARING ON DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES;**

2. **DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES;**

3. **DECLARATION OF ROBERT RUYAK IN SUPPORT OF DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES; AND**

4. **ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION TO EXTEND EXCLUSIVE PERIODS FOR FILING A CHAPTER 11 PLAN AND SOLICITING ACCEPTANCES.**

in the manner indicated below:

☒ **By Mail** by enclosing said document(s) in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid, addressed as follows:

AS INDICATED ON THE ATTACHED SERVICE LIST

☒ **By Electronic Filing** said document(s) and transmission of the Notification of Electronic Filing by the Clerk to a Registered Participant(s), addressed as follows:

AS INDICATED ON THE ATTACHED SERVICE LIST

☒ **By E-Mail Transmission** by sending a true copy of the said document(s) to the person(s) indicated as follows:

AS INDICATED ON THE ATTACHED SERVICE LIST

This Certificate was executed on September 19, 2011 at Cupertino, Santa Clara County, California.  I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Elizabeth Sierra Garcia*
Elizabeth Sierra Garcia

LIMITED NOTICE SERVICE LIST

**Debtor**

Howrey LLP
525 Market Street, Suite #3600
San Francisco, CA 94105

**Debtor's Responsible Individual**

*Via First Class Mail*
Robert F. Ruyak
Managing Partner and CEO
Howrey LLP
1201 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20004

**Debtor's Counsel**

Wiley Rein LLP
H. Jason Gold
Valerie P. M orrison
Dylan G. Trache
*Email: jgold@wileyrein.com*
*Email: vmorrison@wileyrein.com*
*Email: dtrache@wileyrein.com* **Via Email**

Murray & Murray
Robert A. Franklin
Craig M. Prim
Jenny Lynn Fountain
*Email: rfranklin@murraylaw.com*
*Email: cprim@murraylaw.com*
*Email: jfountain@murraylaw.com*

**United States Trustee:**

Minnie Loo
Office of the US Trustee
235 Pine St. 7th Floor
San Francisco, CA 94104-3484
**Via CM/ECF**

**Counsel to Citibank, N.A.**

Paul Weiss
Kelley A. Cornish
Diane Meyers
Jacob J. Adlerstein
*Email: kcornish@paulweiss.com*
*Email: dmeyers@paulweiss.com*
*Email: jadlerstein@paulweiss.com*
**Via Email**

**Counsel to Citibank, N.A.**

Larry Peitzman, Esq.
Peitzman, Weg & Kempinsky LLP
*Email: lpeitzman@pwkllp.com*

**Via CM/ECF**

**Committee Counsel**

Thomas A. Willoughby
Jason E. Rios
Willoughby & Pascuzzi LLP
***Email:** twilloughby@ffwplaw.com*    ***Via CM/ECF***
***Email:** jrios@ffwplaw.com*    ***Via CM/ECF***
***Email:** kwidder@ffwplaw.com*    ***Via Email***

**Committee Of Unsecured Creditors**

Agnes Olejniczak/Keith Adkins
Hines Reit 321 North Clark Street LLC
***Email:** Agnes.olejniczak@hines.com*
***Email:** keith.adkins@hines.com*

                                        ***Via Email***

***Via First Class Mail***
LexisNexis, Inc.
Attn:  Kermit F. Lowrey/Beth Farnham
9943 Springboro Pike
Miamisburg, OH 45342

***Via First Class Mail***
Dun & Bradstreet
103 JFK Parkway
Short Hills, NJ 07078

LexisNexis, Inc.
c/o Lawrence T. Burick, Esq.
Thompson Hine LLP
***Email:** larry.burick@thompsonhine.com*

                         ***Via Email***

Dun & Bradstreet
c/o Receivable Management Services
Attn:  Steven Sass/Ronald Rowland
***Email:** steven.sass@rmsna.com*
***Email:** Ronald.rowland@rmsna.com*

                         ***Via Email***

Dewey & LeBoeuf LP
Attn:  Bennet G. Young/Benjamin Heuer/Paul S. Jasper
***Email:** byoung@dl.com*
***Email:** bheuer@dl.com*
***Email:** pjasper@dl.com*

                         ***Via Email***

***Via First Class Mail***
EMC Corporation
Attn:  Legal Department
176 South Street
Hopkinton, MA 01748

EMC Corporation
c/o Receivable Management Services
Attn:  Steven Sass/Ronald Rowland
***Email:** steven.sass@rmsna.com*
***Email:** Ronald.rowland@rmsna.com*

                         ***Via Email***

Matura Farrington Staffing Services, Inc.
Attn:  Karen Farrington
***Email:** Karen@matfar.com*

                         ***Via Email***

Matura Farrington Staffing Services, Inc.
McGrane LLP
c/o William McGrane
***Email:** william.mcgrane@mcgranellp.com*

                         ***Via Email***

Stephanie Y. Langley
***Email:** sylang@22gmail.com*

                         ***Via Email***

Stephanie Y. Langley
c/o Jack A. Raisner/Rene S. Roupinian
Outten & Golden LLP
*Email*: *jar@outtengolden.com*
*Email*: *rsr@outtengolden.com*
*Via Email*

Stephanie Y. Langley
c/o James D. Wood
Offices of James D. Wood
*Email*: *jdw@jdwoodlaw.com*
*Via Email*

**Parties Requesting Special Notice**

*Via First Class Mail*
IKON Office Services
Attn: Olivia Moody
Recovery & Bankrupty Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

Oracle America, Inc.
c/o Shawn M. Christianson
Buchalter Nemer A PC
*Email*: *schristianson@buchalter.com*
*Via Email*

Knickerbocker Properties, Inc. XXXIII
c/o Scott H. Olson
Seyfarth Shaw LLP
*Email*: *solson@seyfarth.com*
*Via Email*

Knickerbocker Properties, Inc. XXXIII
c/o Thomas J. Masenga
Seyfarth Shaw LLP
*Email*: *tmasenga@seyfarth.com*
*Email*: *rmjohnson@seyfarth.com*
*Via Email*

*Via First Class Mail*
Ronald Rowland Agent for EMC Corp.
c/o Receivable Management Services
307 International Circle, Suite 270
Hunt Valley, MD 21030

Pension Benefit Guaranty Corporation
c/o Lawrence Landgraff
Allen Matkins Leck Gamble et al.
*Email*: *Landgraff.larry@pbgc.gov*
*Email*: *efile@pbgc.gov*
*Via Email*

Banc of America Leasing & Capital LLC
c/o Mark A. Serlin
Serlin & Whiteford
*Email*: *mserlin@globelaw.com*
*Via Email*

Attorney's Liability Assurance Society
c/o Alan D. Smith
Perkins Coie LLP
*Email*: *adsmith@perkinscoie.com*
*Via Email*

The Irvine Company LLC
c/o Michael S. Greger
Allen Matkins Leck Gamble et al.
*Email*: *mgreger@allenmatkins.com*
*Via Email*

The Irvine Company LLC
c/o Ivan M. Gold
William W. Huckins
*Email*: *igold@allenmatkins.com*
*Email*: *whuckins@allenmatkins.com*
*Via Email*

Ballard Spahr LLP
Attn: Matthew Moncur
*Email*: *moncurm@ballardspahr.com*
*Via Email*

# LIMITED NOTICE SERVICE LIST

Gregg S. Kleiner
Luce Forward
***Email:*** *gkleiner@luce.com*

*Via Email*

Kent Daniels and Associates, Inc.
Attn: Mark O'Brien
***Email:*** *mobrien@obrienlawcorp.com*

*Via Email*

Seyfarth Shaw LLP
Attn: Scott H. Olson
***Email:*** *solson@seyfarth.com*

*Via Email*

***Via First Class Mail***
Advanced Discovery LLC
Attn: Chad Hoffman
550 Kearny St., Suite 320
San Francisco, CA  94108

John H. MacConaghy
Monique Jewett-Brewster
MacConaghy & Barnier, PLC
***Email:*** macclaw@macbarlaw.com
***Email:*** mjewett-brewster@macbarlaw.com

*Via Email*

***Top Twenty***

***Via First Class Mail***
Warner Theatre Associates Limited Partnership
**[See below for bad address]**

***Via First Class Mail***
EMC Corporation
c/o RMS Bankruptcy Recovery Services
Attn: President or General/Managing Agent
PO Box 5126
Timonium MD  21094-5126

Seyfarth Shaw LLP
Attn: Robert M. Johnson
Thomas Masenga
***Email:*** *rmjohnson@seyfarth.com*
***Email:*** *tmasenga@seyfarth.com*

*Via Email*

***Via First Class Mail***
Ricoh Business Solutions
Attn: Shaundolyn Robertson
3920 Arkwright Road, Suite 400
Macon, GA 31210

S. Christian Mullgardt
Senior Counsel
Olin Corporation
190 Carondelet Plaza, Suite 1530
Clayton, MO  63105
***Email:*** *scmullgardt@olin.com*

*Via Email*

***Via First Class Mail***
550 South Hope Street Associates
Attn General/Managing Agent
17901 Vonkarman Ave., Suite 950
Irvine, CA 92614

## LIMITED NOTICE SERVICE LIST

***Via First Class Mail***
Hines Reit 321 North Clark Realty LLC
Attn Mark C. Anderson
321 N. Clark St.
Chicago, IL 60610

***Via First Class Mail***
2941 Fairview LLC
Attn Tara Berger
2941 Fairview Park Dr.
Falls Church, VA 22042

***Via First Class Mail***
Knickerbocker Properties, Inc. XXXIII
C/O Cushman & Wakefield Of CA, Inc.
Attn Richard Robinson
One Maritime Plaza, Suite 900
San Francisco, CA 94111

***Via First Class Mail***
The Irvine Company, LLC
5 Park Plaza, Suite 100
Attn Doug Holte
Irvine, CA 92614

***Via First Class Mail***
Lexis Nexis, Inc.
Attn Account Manager
125 Park Ave.
New York, NY 10017

***Via First Class Mail***
BP-CGCenter LLC
Attn Robert E. Selsam, Senior VP
599 Lexington Ave
New York, NY10022

***Via First Class Mail***
University Circle Investors, LLC
C/O Wells Reit II
Attn: Property Manager
6200 The Corners Parkway
Norcross, GA 30092

***Via First Class Mail***
Ricoh Professional Services Corp.
Attn Allen A. Hans
2300 Park Lake Dr., NE
Atlanta, GA 30345

***Via First Class Mail***
Dewey Ballantine LLP
Attn Loise C. White
1301 Avenue Of The Americas
New York, NY10019

***Via First Class Mail***
Symantec Corporation
C/O Four Corners Properties, LLC
Attn Bruce Burckard, Esq.
One Embarcadero Ctr., 37th Floor
San Francisco, CA94111

***Via First Class Mail***
James W. Martin
2801 New Mexico Ave., NW
Apt 904
Washington, DC, 20007

***Via First Class Mail***
Thomson Reuters, Inc.
Attn General/Managing Agent
3 Times Square
New York, NY 10036

***Via First Class Mail***
American Express
Attn Jerry S. Young
PO Box 981540
El Paso, TX 79998

***Via First Class Mail***
Watt Properties
Attn Christopher Chase
2716 Ocean Blvd., Suite 3040
Santa Monica, CA 90405

### LIMITED NOTICE SERVICE LIST

***Via First Class Mail***
The D&B Corporation
Attn Jeff Hochmiller
103 JFK Pkwy
Short Hills, NJ 07078-2708

***Via First Class Mail***
Hemming Morse, Inc.
Attn General/Managing Agent
Hemming Morse, Inc.
160 Spear St., Suite 1900
San Francisco, CA 94015

***Via First Class Mail***
Torre Avenue Properties
Attn General/Managing Agent
920 W. Fremont Ave.
Sunnyvale, CA 94087

***Via First Class Mail***
200 South Main Street Investors LLC
Attn Boyd R. Mcgee, General Manager
170 S. Main Street, Suite 150
Salt Lake City, UT 84101

**BAD ADDRESSES LIST:**
**Mailings to the following addresses have been returned to Murray &**
**Murray by the United States Postal Service as undeliverable. Murray**
**& Murray has made reasonable efforts to obtain current addresses**
**and, if successful, the parties are listed above at their new addresses.**
**Mailings will no longer be sent to the addresses listed below.**

**Fed. Ex Returned**
Warner Theatre Associates Limited Partnership
Attn Mitchell N. Schear
1150 18th St., NW, Suite 1000
Washington, DC, 20036