THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: twilloughby@ffwplaw.com

Attorneys for The Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 11-31376 |
| HOWREY LLP, | Chapter 11 |
| Debtor. | **[NO HEARING REQUIRED]** |

**APPLICATION OF FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP TO APPROVE WITHDRAWAL AS BANKRUPTCY COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Felderstein Fitzgerald Willoughby & Pascuzzi LLP ("FFWP") as bankruptcy counsel for the Official Committee of Unsecured Creditors in the Howrey, LLP Chapter 11 case (the "Committee"), respectfully requests that the Court approve the withdrawal of FFWP as bankruptcy counsel to the Committee effective upon the Committee's selection of replacement bankruptcy counsel (the "Application"), and in support of this application respectfully represents:

1. FFWP has requested that the Committee approve its withdrawal as bankruptcy counsel for the Committee;

2. The Committee has knowingly and freely assented to termination of the employment of FFWP;

3. A client's knowing and free assent to termination of the employment constitutes grounds for withdrawal of counsel pursuant to California Rule of Professional Conduct 3-700(C)(5); and

-1-

1. 4. Should the court require additional information in support of this application, FFWP will provide additional information.

WHEREFORE, based upon the foregoing, the Committee requests that the Court enter an order authorizing:

1. FFWP's withdrawal effective upon selection of replacement bankruptcy counsel, and

2. For such other relief as is just and appropriate in the circumstances of this case.

Dated: October 3, 2011
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By _/s/ Thomas A. Willoughby_____
THOMAS A. WILLOUGHBY
Attorneys for the Official Committee
of Unsecured Creditors