Entered on Docket
October 21, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Bradford F. Englander (Ca. Bar # 122108)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
E-mail: benglander@wtplaw.com

Signed and Filed: October 20, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

- and -

Martin T. Fletcher (pro hac vice motion to be filed)
Whiteford Taylor and Preston, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD 21202
(410) 347-8700
(410) 347-8792 (facsimile)
mfletcher@wtplaw.com

Proposed Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | * | Case No.: 11-31376 |
| HOWREY LLP, | * | Chapter 11 |
| Debtor. | * | [No hearing requested] |

\* \* \* \* \* \* \*

**ORDER GRANTING APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING SUBSTITUTION OF COUNSEL**

The Official Committee of Unsecured Creditors (the "Committee") having submitted its application (the "Application") for an order authorizing the substitution of the law firm of Whiteford Taylor & Preston, LLP ("WTP"), including Bradford F. Englander, Esq., a member in good standing of the bar of California, as counsel for the Committee in the above-captioned case,

IT IS HEREBY ORDERED that:

1. The Application is granted.

-1-

2. For purposes of B.L.R. 1001-2(a) and Civil L.R. 11-3, from and after the entry of this Order, (a) Bradford F. Englander and Whiteford Taylor & Preston, LLP ("WTP"), whose address is 3190 Fairview Park Drive, Suite 300, Falls Church, Virginia 22042 and whose phone number is (703) 280-9081, shall be substituted for Felderstein Fitzgerald Willoughby & Pascuzzi LLP and Thomas Willoughby (together, "Willoughby"), as designated counsel for the Committee in the above-captioned case, (b) service of papers upon and communication with WTP, as designated counsel, shall constitute notice to the Committee, and (c) Willoughby shall no longer act as counsel for the Committee in the above-captioned case.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Office of the U.S. Trustee / SF |
| 3 | 235 Pine St<br>Suite 700 |
| 4 | San Francisco, CA 94104 |
| 5 | |
| 6 | |
| 7 | *41936* |