# HARTFORD FIRE INSURANCE COMPANY

### Hartford Plaza, Hartford, Connecticut 06115

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**     **Bond Number 10BSBFZ6052**

|  |  |
|---|---|
| In re:<br><br>**HOWREY LLP,**<br><br>           **Debtor.** | **Bond of Liquidating Trustee**<br><br>CHAPTER 11<br><br>**Case No. 11-31376** |

**KNOW ALL BY THESE PRESENTS,** That we, **ALLAN B. DIAMOND c/o Diamond McCarthy LLP** **with offices located at 909 Fannin Street, Suite 1500, Houston, TX 77010,** and as Principal, and the **HARTFORD FIRE INSURANCE COMPANY,** a corporation created and existing under the laws of the State of Connecticut, as Surety, is held and firmly bound unto the **UNITED STATES OF AMERICA** in the sum of **THIRTEEN MILLION AND 00/100THS -------------- ($13,000,000.00)DOLLARS,** lawful money of the United States to be paid to the **UNITED STATES OF AMERICA,** for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, jointly and severally by these presents.

**Effective Date: October 12, 2011.**

**THE CONDITION OF THE OBLIGATION IS SUCH,** That, **WHEREAS,** the above named **ALLAN B. DIAMOND** was appointed **Liquidating Trustee** in the case pending in bankruptcy wherein **HOWREY LLP, Case No. 11-31376,** is the Debtor and he has accepted said trusts with all the duties and obligations pertaining thereto.

**NOW, THEREFORE,** if the said **ALLAN B. DIAMOND** shall obey such orders as said Court may make in relation to said trusts, and shall faithfully and truly account for all monies, assets, and effects of the estates of said Debtor which shall come into his hands and possession, and shall in all respects faithfully perform all his official duties, then this obligation to be void; otherwise to remain in full force and virtue.

**Signed this 19ᵗʰ day of October, 2011.**

BY: _____
        **Allan B. Diamond,**         **Principal**

**HARTFORD FIRE INSURANCE COMPANY**

BY: _____
        **Carol Levine, Attorney-in-Fact**

**For Surety Acknowledgment**

**STATE OF**    <u>NEW YORK</u>

                   **ss.**

**COUNTY OF**    <u>NEW YORK</u>

On this 19th day of October, 2011, before me personally came **Carol Levine**, to me known, who, being by me duly sworn, did depose and say that she is an attorney-in-fact of **HARTFORD FIRE INSURANCE COMPANY** the corporation described in and which the within instrument; that she knows the corporate seal of said corporation; that the seal affixed to the within instrument is such corporate seal, and that she signed the said instrument and affixed the said seal as Attorney-In-Fact by authority of the Board of Directors of said corporation and by authority of this office under the Standing Resolutions thereof.

MARIA SPONZA
Notary Public, State of New York
No. 01SP5025223
Qualified in Kings County
Commission Expires March 21, 2014

_____
Notary Public

State of    _TEXAS_

                   **ss. Individual Acknowledgment**

County of    _HARRIS_

On this _22nd_ day of _OCTOBER_ , 2011, before me personally came **ALLAN B. DIAMOND** to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledged to me that he executed the same.

MARY A. PRICE
Notary Public, State of Texas
My Commission Expires 09-20-2014

_____
Notary Public

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**

**THE HARTFORD**
**BOND, T-4**
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115

*call: 888-266-3488 or fax: 860-757-5835*
Agency Code: 10-257097

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

| | |
|---|---|
| X | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| X | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| X | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| | Hartford Insurance Company of the Midwest, a corporation duly organized under the laws of the State of Indiana |
| | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of unlimited:*

*Maria Sponza, Anita Hunter, Margaret McLaughlin, Carol Levine*
of
*New York, NY*

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ⊠, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

 In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary                    M. Ross Fisher, Assistant Vice President

**STATE OF CONNECTICUT** } ss. Hartford
**COUNTY OF HARTFORD**

 On this 1st day of February, 2004, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2012

**CERTIFICATE**

 I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of    October 19, 2011
Signed and sealed at the City of Hartford.



Gary W. Stumper, Assistant Vice President

# HARTFORD FIRE INSURANCE COMPANY

## Hartford, Connecticut
### Financial Statement, December 31, 2010
#### (Statutory Basis)

## ASSETS

| | | |
|---|---|---:|
| U.S. Government Bonds | $ | 630,626,287 |
| Bonds of Other Governments | | 182,417,155 |
| State, County Municipal | | |
| Miscellaneous Bonds | | 12,997,489,455 |
| Stocks | | 5,593,010,316 |
| Short Term Investments | | 214,062,635 |
| | $ | 19,617,605,848 |
| | | |
| Real Estate | $ | 150,056,694 |
| Cash | | 147,701,974 |
| Agents' Balances (Under 90 Day) | | 2,618,367,715 |
| Other Invested Assets | | 419,817,256 |
| Miscellaneous | | 2,122,197,107 |
| **Total Admitted Assets** | $ | 25,075,746,594 |

## LIABILITIES

| | | |
|---|---|---:|
| Reserve for Claims | $ | |
| and Claim Expense | | 6,973,477,675 |
| Reserve for Unearned Premiums | | 1,984,905,439 |
| Reserve for Taxes, License | | |
| and Fees | | 59,741,528 |
| Miscellaneous Liabilities | | 2,098,764,901 |
| **Total Liabilities** | $ | 11,116,889,543 |
| | | |
| Capital Paid In | $ | 54,740,000 |
| Surplus | | 13,904,117,051 |
| | | |
| **Surplus as regards Policyholders** | $ | 13,958,857,051 |
| **Total Liabilities, Capital** | | |
| **and Surplus** | $ | 25,075,746,594 |

STATE OF CONNECTICUT

COUNTY OF HARTFORD }} SS.

CITY OF HARTFORD

M. Ross Fisher, Assistant Vice President, and Patricia A. Murrone, Assistant Secretary of the Hartford Fire Insurance Company, being duly sworn, each deposes and say that the foregoing is a true and correct statement of the said company's financial condition as of December 31, 2010.

Subscribed and sworn to before me this 21st day of March, 2011.

_Nora M. Stranko_

_____

Nora M. Stranko
Notary Public
My Commission Expires March 31, 2013

_____

M. Ross Fisher, Assistant Vice President

_Patricia A. Murrone_

_____

Patricia A. Murrone, Assistant Secretary

**Form CS-19-37 HF**  printed in U.S.A.