H. JASON GOLD (Pro Hac Vice)
VALERIE P. MORRISON (Pro Hac Vice)
DYLAN G. TRACHE (Pro Hac Vice)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone:    (202) 719-7000
Facsimile:    (202) 719-7049
Email: jgold@wileyrein.com
Email: vmorrison@wileyrein.com
Email: dtrache@wileyrein.com

ROBERT A. FRANKLIN (091653)
CRAIG M. PRIM (077820)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone:  (650) 852-9000; (408) 907-9200
Facsimile:   (650) 852-9244
Email:  rfranklin@murraylaw.com
Email:  cprim@murraylaw.com
Email:  jlfountain@murraylaw.com

Counsel to Howrey LLP

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 11-31376-DM |
| HOWREY LLP, | Chapter 11 |
| A District of Columbia Limited Liability Partnership, | Date: November 15, 2011<br>Time: 9:30 a.m.<br>Dept: U.S. Bankruptcy Court |
| Debtor(s). | 235 Pine Street, 22nd Floor<br>San Francisco, CA |
| 1201 Pennsylvania Avenue, Suite 300<br>Washington D.C., 20004 | Judge: Honorable Dennis Montali |
| Employer's Tax I.D. No: 53-0231650 | |

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATIONS FOR COMPENSATION OF CERTAIN PROFESSIONALS EMPLOYED BY THE DEBTOR**

TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 11 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR'S SECURED LENDER, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OTHER PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **November 15, 2011, at 9:30 a.m.**, or as soon thereafter as the matters may be heard, and will take place at the United States Bankruptcy Court, 235 Pine Street, 22nd Floor, San Francisco, CA 94104, before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the First and Final Applications for Compensation filed by the following professionals employed by the Debtor (each an "Application"):

| PROFESSIONAL | TIME PERIOD | TYPE | FEES | EXPENSES | TOTAL |
|---|---|---|---|---|---|
| Wiley Rein LLP | 6/6/11 - 10/13/11 | First and Final Fee Application | $1,001,656.00 | $28,096.82 | $1,029,752.82 |
| Murray & Murray, A Professional Corporation | 6/6/11 - 10/13/11 | First and Final Fee Application | $ 112,002.00 | $ 7,233.12 | $ 119,235.12 |
| Protiviti, Inc. | 6/6/11 - 10/13/11 | First and Final Fee Application | $1,047,760.00 | $97,904.00 | $1,145,664.00 |
| The Burdge Law Firm | 6/6/11 - 10/13/11 | First and Final Fee Application | $ 19,550.00 | $ 3,011.83 | $ 22,561.83 |
| Salter & Company | 6/6/11 - 10/13/11 | First and Final Fee Application | $ 632,455.25 | $ 104.86 | $ 632,560.11 |

**NOTICE IS HEREBY FURTHER GIVEN** that any objections to an Application must be filed with the Bankruptcy Court on or before November 8, 2011.

Dated: October 25, 2011

WILEY REIN LLP
   H. Jason Gold
   Valerie P. Morrison
   Dylan G. Trache

and

MURRAY & MURRAY
A Professional Corporation


By: *Jenny Lynn Fountain*
   Jenny Lynn Fountain
   Counsel to Howrey LLP

JLF/esg
R:\Howrey\Pldgs\FeeApp\NOH\NOHv2.doc

2 NOTICE OF HEARING ON FIRST AND FINAL APPLICATIONS FOR COMPENSATION OF CERTAIN PROFESSIONALS . . . .

Case: 11-31376    Doc# 396    Filed: 10/25/11    Entered: 10/25/11 18:01:58    Page 2 of 2