H. JASON GOLD (Pro Hac Vice)
VALERIE P. MORRISON (Pro Hac Vice)
DYLAN G. TRACHE (Pro Hac Vice)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: jgold@wileyrein.com
Email: vmorrison@wileyrein.com
Email: dtrache@wileyrein.com

ROBERT A. FRANKLIN (091653)
CRAIG M. PRIM (077820)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: rfranklin@murraylaw.com
Email: cprim@murraylaw.com
Email: jlfountain@murraylaw.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) |
| HOWREY LLP, | ) Case No. 11-31376-DM |
| A District of Columbia Limited Liability Partnership, | ) Chapter 11 |
| Debtor(s). | ) Date: November 15, 2011 |
|  | ) Time: 9:30 a.m. |
| 1201 Pennsylvania Avenue, Suite 300 Washington D.C., 20004 | ) Dept: U.S. Bankruptcy Court 235 Pine Street, 22nd Floor San Francisco, CA |
|  | ) Judge: Honorable Dennis Montali |
| Employer's Tax I.D. No: 53-0231650 | ) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SANTA CLARA    )

I am a citizen of the United States and employed in Santa Clara County. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 19400 Stevens Creek Boulevard, Suite 200, Cupertino, CA 95014-2548.

On October 25, 2011, at my place of business, I served or caused to be served a true and correct copy of the following document(s):

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATIONS FOR COMPENSATION OF CERTAIN PROFESSIONALS EMPLOYED BY THE DEBTOR**

in the manner indicated below:

☒ **By Mail** enclosing said document(s) in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid, addressed as follows:

**AS INDICATED ON ATTACHED SERVICE LIST**

☒ **By Electronic Filing** said document(s) and transmission of the Notification of Electronic Filing by the Clerk to a Registered Participant(s), addressed as follows:

**AS INDICATED ON ATTACHED SERVICE LIST**

☒ **By E-Mail Transmission** sending a true copy of the said document(s) to the person(s) indicated as follows:

**AS INDICATED ON ATTACHED SERVICE LIST**

This Certificate was executed on October 26, 2011 at Cupertino, Santa Clara County, California. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Elizabeth Sierra Garcia*
Elizabeth Sierra Garcia

*Updated 10/25/2011*

**HOWREY LLP**
**LIMITED NOTICE SERVICE LIST**

| | |
|---|---|
| **Debtor** | Howrey LLP<br>1201 Pennsylvania Ave NW, Suite 300<br>Washington, DC 20004 |
| **Debtor's Responsible Individual** | *Via First Class Mail*<br>Robert F. Ruyak<br>Managing Partner and CEO<br>Howrey LLP<br>1201 Pennsylvania Avenue, N.W., Suite 300<br>Washington, D.C. 20004 |
| **Debtor's Counsel** | Wiley Rein LLP<br>H. Jason Gold<br>Valerie P. Morrison<br>Dylan G. Trache<br>*Email:* jgold@wileyrein.com<br>*Email:* vmorrison@wileyrein.com<br>*Email:* dtrache@wileyrein.com     *Via Email* |
| | Murray & Murray<br>Robert A. Franklin<br>Craig M. Prim<br>Jenny Lynn Fountain<br>*Email:* rfranklin@murraylaw.com<br>*Email:* cprim@murraylaw.com<br>*Email:* jfountain@murraylaw.com |
| **United States Trustee:** | Minnie Loo<br>Office of the US Trustee<br>235 Pine St. 7th Floor<br>San Francisco, CA 94104-3484<br>*Email:* minnie.loo@usdoj.gov<br>    *Via CM/ECF* |
| **Counsel to Citibank, N.A.** | Paul Weiss<br>Kelley A. Cornish<br>Diane Meyers<br>Jacob J. Adlerstein<br>*Email: kcornish@paulweiss.com*<br>*Email: dmeyers@paulweiss.com*<br>*Email: jadlerstein@paulweiss.com*<br>    *Via Email* |
| **Counsel to Citibank, N.A.** | Larry Peitzman, Esq.<br>Peitzman, Weg & Kempinsky LLP<br>*Email: lpeitzman@pwkllp.com*<br><br>    *Via CM/ECF* |

# HOWREY LLP
## LIMITED NOTICE SERVICE LIST

| | |
|---|---|
| **Committee Counsel** | Thomas A. Willoughby |
| | Jason E. Rios |
| | Willoughby & Pascuzzi LLP |
| | *Email:* twilloughby@ffwplaw.com    *Via CM/ECF* |
| | *Email:* jrios@ffwplaw.com    *Via CM/ECF* |
| | *Email:* kwidder@ffwplaw.com    *Via Email* |

**Committee Of Unsecured Creditors**

Agnes Olejniczak/Keith Adkins
Hines Reit 321 North Clark Street LLC
*Email:* Agnes.olejniczak@hines.com
*Email:* keith.adkins@hines.com

*Via Email*

*Via First Class Mail*
LexisNexis, Inc.
Attn: Kermit F. Lowrey/Beth Farnham
9943 Springboro Pike
Miamisburg, OH 45342

*Via First Class Mail*
Dun & Bradstreet
103 JFK Parkway
Short Hills, NJ 07078

LexisNexis, Inc.
c/o Lawrence T. Burick, Esq.
Thompson Hine LLP
*Email:* larry.burick@thompsonhine.com

Dun & Bradstreet
c/o Receivable Management Services
Attn: Steven Sass/Ronald Rowland
*Email:* steven.sass@rmsna.com
*Email:* Ronald.rowland@rmsna.com

*Via Email*                    *Via Email*

Dewey & LeBoeuf LP
Attn: Bennet G. Young/Benjamin Heuer/Paul S. Jasper
*Email:* byoung@dl.com
*Email:* bheuer@dl.com
*Email:* pjasper@dl.com

*Via First Class Mail*
EMC Corporation
Attn: Legal Department
176 South Street
Hopkinton, MA 01748

*Via Email*

EMC Corporation
c/o Receivable Management Services
Attn: Steven Sass/Ronald Rowland
*Email:* steven.sass@rmsna.com
*Email:* Ronald.rowland@rmsna.com

Matura Farrington Staffing Services, Inc.
Attn: Karen Farrington
*Email:* Karen@matfar.com

*Via Email*                    *Via Email*

Matura Farrington Staffing Services, Inc.
McGrane LLP
c/o William McGrane
*Email:* william.mcgrane@mcgranellp.com

Stephanie Y. Langley
*Email:* sylang22@gmail.com

*Via Email*                    *Via Email*

Updated 10/25/2011

**HOWREY LLP**
**LIMITED NOTICE SERVICE LIST**

| | |
|---|---|
| Stephanie Y. Langley<br>c/o Jack A. Raisner/Rene S. Roupinian<br>Outten & Golden LLP<br>*Email*: jar@outtengolden.com<br>*Email*: rsr@outtengolden.com<br>     *Via Email* | Stephanie Y. Langley<br>c/o James D. Wood<br>Offices of James D. Wood<br>*Email:* jdw@jdwoodlaw.com<br>     *Via Email* |
| **Parties Requesting Special Notice** | *Via First Class Mail*<br>IKON Office Services<br>Attn: Olivia Moody<br>Recovery & Bankrupty Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 |
| Oracle America, Inc.<br>c/o Shawn M. Christianson<br>Buchalter Nemer A PC<br>*Email:* schristianson@buchalter.com<br>     *Via Email* | Knickerbocker Properties, Inc. XXXIII<br>c/o Scott H. Olson<br>Seyfarth Shaw LLP<br>*Email*: solson@seyfarth.com<br>     *Via Email* |
| Knickerbocker Properties, Inc. XXXIII<br>c/o Thomas J. Masenga<br>Seyfarth Shaw LLP<br>*Email:* tmasenga@seyfarth.com<br>*Email:* rmjohnson@seyfarth.com<br>     *Via Email* | *Via First Class Mail*<br>Ronald Rowland Agent for EMC Corp.<br>c/o Receivable Management Services<br>307 International Circle, Suite 270<br>Hunt Valley, MD 21030 |
| Pension Benefit Guaranty Corporation<br>c/o Lawrence Landgraff<br>Allen Matkins Leck Gamble et al.<br>*Email:* Landgraff.larry@pbgc.gov<br>*Email:* efile@pbgc.gov<br>     *Via Email* | Banc of America Leasing & Capital LLC<br>c/o Mark A. Serlin<br>Serlin & Whiteford<br>*Email:* mserlin@globelaw.com<br>     *Via Email* |
| Attorney's Liability Assurance Society<br>c/o Alan D. Smith<br>Perkins Coie LLP<br>*Email:* adsmith@perkinscoie.com<br>     *Via Email* | U.S. Bank National Association, as Trustee<br>c/o David Gold<br>Perkins Coie LLP<br>*Email*: dgold@perkinscoie.com<br>     *Via Email* |
| The Irvine Company LLC<br>c/o Michael S. Greger<br>Allen Matkins Leck Gamble et al.<br>*Email*: mgreger@allenmatkins.com<br>     *Via Email* | |

# HOWREY LLP
## LIMITED NOTICE SERVICE LIST

| | |
|---|---|
| The Irvine Company LLC<br>c/o Ivan M. Gold<br>William W. Huckins<br>*Email:* igold@allenmatkins.com<br>*Email:* whuckins@allenmatkins.com<br>                  *Via Email* | Ballard Spahr LLP<br>Attn: Matthew Moncur<br>*Email:* moncurm@ballardspahr.com<br>                  *Via Email* |
| Gregg S. Kleiner<br>Luce Forward<br>*Email:* gkleiner@luce.com<br>                  *Via Email* | *Via First Class Mail*<br>EMC Corporation<br>c/o RMS Bankruptcy Recovery Services<br>Attn: President or General/Managing Agent<br>PO Box 5126<br>Timonium MD 21094-5126 |
| Kent Daniels and Associates, Inc.<br>Attn: Mark O'Brien<br>*Email:* mobrien@obrienlawcorp.com<br>                  *Via Email* | Seyfarth Shaw LLP<br>Attn: Robert M. Johnson<br>Thomas Masenga<br>*Email:* rmjohnson@seyfarth.com<br>*Email:* tmasenga@seyfarth.com<br>                  *Via Email* |
| Seyfarth Shaw LLP<br>Attn: Scott H. Olson<br>*Email:* solson@seyfarth.com<br>                  *Via Email* | *Via First Class Mail*<br>Ricoh Business Solutions<br>Attn: Shaundolyn Robertson<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 |
| *Via First Class Mail*<br>Advanced Discovery LLC<br>Attn: Chad Hoffman<br>550 Kearny St., Suite 320<br>San Francisco, CA 94108 | S. Christian Mullgardt<br>Senior Counsel<br>Olin Corporation<br>190 Carondelet Plaza, Suite 1530<br>Clayton, MO 63105<br>*Email:* scmullgardt@olin.com<br>                  *Via Email* |
| John H. MacConaghy<br>Monique Jewett-Brewster<br>MacConaghy & Barnier, PLC<br>*Email:* macclaw@macbarlaw.com<br>*Email:* mjewett-brewster@macbarlaw.com<br>                  *Via Email* | |

**Top Twenty**

HOWREY LLP
LIMITED NOTICE SERVICE LIST

*Via First Class Mail*
Warner Theatre Associates Limited Partnership
**[See below for bad address]**

*Via First Class Mail*
550 South Hope Street Associates
Attn General/Managing Agent
17901 Vonkarman Ave., Suite 950
Irvine, CA 92614

*Via First Class Mail*
Hines Reit 321 North Clark Realty LLC
Attn Mark C. Anderson
321 N. Clark St.
Chicago, IL 60610

*Via First Class Mail*
2941 Fairview LLC
Attn Tara Berger
2941 Fairview Park Dr.
Falls Church, VA 22042

*Via First Class Mail*
Knickerbocker Properties, Inc. XXXIII
C/O Cushman & Wakefield Of CA, Inc.
Attn Richard Robinson
One Maritime Plaza, Suite 900
San Francisco, CA 94111

*Via First Class Mail*
The Irvine Company, LLC
5 Park Plaza, Suite 100
Attn Doug Holte
Irvine, CA 92614

*Via First Class Mail*
Lexis Nexis, Inc.
Attn Account Manager
125 Park Ave.
New York, NY 10017

*Via First Class Mail*
BP-CGCenter LLC
Attn Robert E. Selsam, Senior VP
599 Lexington Ave
New York, NY10022

*Via First Class Mail*
University Circle Investors, LLC
C/O Wells Reit II
Attn: Property Manager
6200 The Corners Parkway
Norcross, GA 30092

*Via First Class Mail*
Ricoh Professional Services Corp.
Attn Allen A. Hans
2300 Park Lake Dr., NE
Atlanta, GA 30345

*Via First Class Mail*
Dewey Ballantine LLP
Attn Loise C. White
1301 Avenue Of The Americas
New York, NY10019

*Via First Class Mail*
Symantec Corporation
C/O Four Corners Properties, LLC
Attn Bruce Burckard, Esq.
One Embarcadero Ctr., 37th Floor
San Francisco, CA94111

*Via First Class Mail*
James W. Martin
2801 New Mexico Ave., NW
Apt 904
Washington, DC, 20007

*Via First Class Mail*
Thomson Reuters, Inc.
Attn General/Managing Agent
3 Times Square
New York, NY 10036

*Updated 10/25/2011*

**HOWREY LLP**
**LIMITED NOTICE SERVICE LIST**

*Via First Class Mail*
American Express
Attn Jerry S. Young
PO Box 981540
El Paso, TX 79998

*Via First Class Mail*
Watt Properties
Attn Christopher Chase
2716 Ocean Blvd., Suite 3040
Santa Monica, CA 90405

*Via First Class Mail*
The D&B Corporation
Attn Jeff Hochmiller
103 JFK Pkwy
Short Hills, NJ 07078-2708

*Via First Class Mail*
Hemming Morse, Inc.
Attn General/Managing Agent
Hemming Morse, Inc.
160 Spear St., Suite 1900
San Francisco, CA 94015

*Via First Class Mail*
Torre Avenue Properties
Attn General/Managing Agent
920 W. Fremont Ave.
Sunnyvale, CA 94087

*Via First Class Mail*
200 South Main Street Investors LLC
Attn Boyd R. Mcgee, General Manager
170 S. Main Street, Suite 150
Salt Lake City, UT 84101

**BAD ADDRESSES LIST:**
**Mailings to the following addresses have been returned to Murray & Murray by the United States Postal Service as undeliverable. Murray & Murray has made reasonable efforts to obtain current addresses and, if successful, the parties are listed above at their new addresses. Mailings will no longer be sent to the addresses listed below.**

**Fed. Ex Returned**
Warner Theatre Associates Limited Partnership
Attn Mitchell N. Schear
1150 18th St., NW, Suite 1000
Washington, DC, 20036

**K:\Howrey\Srv List\Ltd Notice Srv Listv3.docx**