DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
Minnie Loo, Trial Attorney (106613)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 August B. Landis

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>**HOWREY LLP,**<br><br>　　　　　　　Debtor. | Case No. 11-31376<br>Chapter 11 |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE, ALLAN DIAMOND

**TO: ALLAN DIAMOND, Chapter 11 Trustee**

Pursuant to 11 U.S.C. § 1104 and Rules 2007.1 and 2008 of the Federal Rules of Bankruptcy Procedure, August B. Landis, the Acting United States Trustee for Region 17 has appointed you to serve as Chapter 11 Trustee in the above captioned case.

You are required to notify the Office of the United States Trustee of your acceptance in writing by signing below and returning this notice within five business days from receipt of this appointment.

The initial bond amount is set at $13 million. You are required to inform the Office of the U.S. Trustee when there are changes to your bond.

Dated: October 19, 2011　　　　　　　　/s/ Donna S. Tamanaha
　　　　　　　　　　　　　　　　　　　　Donna S. Tamanaha, Assistant U.S. Trustee

Dated: October 22, 2011　　　　　　　　/s/ Allan Diamond
　　　　　　　　　　　　　　　　　　　　Allan Diamond