| | |
|---|---|
| 1 | RICHARD J. BURDGE, JR. |
| | THE BURDGE LAW FIRM PC |
| 2 | 500 South Grand Avenue, Suite 1500 |
| | Los Angeles, CA 90071 |
| 3 | Telephone: 213-402-9590 |
| | Facsimile: 213-452-1333 |
| 4 | Email: richard@richardburdgelaw.com |
| 5 | Special Counsel for the Debtor, HOWREY LLP |
| 6 | ROBERT A. FRANKLIN (091653) |
| | CRAIG M. PRIM (077820) |
| 7 | MURRAY & MURRAY |
| | A Professional Corporation |
| 8 | 19400 Stevens Creek Blvd., Suite 200 |
| | Cupertino, CA 95014-2548 |
| 9 | Telephone: (650) 852-9000; (408) 907-9200 |
| | Facsimile: (650) 852-9244 |
| 10 | Email: rfranklin@murraylaw.com |
| | Email: cprim@murraylaw.com |
| 12 | Counsel to Howrey LLP |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HOWREY LLP, | ) | Case No. 11-31376-DM |
| | ) | |
| A District of Columbia Limited Liability | ) | Chapter 11 |
| Partnership, | ) | |
| | ) | Date: November 15, 2011 |
| Debtor(s). | ) | Time: 9:30 a.m. |
| | ) | Dept: U.S. Bankruptcy Court |
| 1201 Pennsylvania Avenue, | ) | 235 Pine Street, 22nd Floor |
| Suite 300 | ) | San Francisco, CA |
| Washington D.C., 20004 | ) | Judge: Honorable Dennis Montali |
| | ) | |
| Employer's Tax I.D. No: 53-0231650 | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am over the age of eighteen (18) and not a party to this action. My business address is 500 South Grand Avenue, Suite 1500, Los Angeles, CA 90071-2609.

Case No. 11-31376-DM
K:\Howrey\Pldgs\FeeApp\Burdge\App v1 COS.docx
CERTIFICATE OF SERVICE OF FIRST AND FINAL APPLICATION
OF THE BURDGE LAW FIRM FOR APPROVAL

Case: 11-31376  Doc# 402  Filed: 11/01/11  Entered: 11/01/11 13:26:25  Page 1 of 2

On October 24, 2011, I served the documents described as:

1. FIRST AND FINAL APPLICATION OF THE BURDGE LAW FIRM PC FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD ENDED 10/13/2011;

2. DECLARATION OF RICHARD J. BURDGE, JR. IN SUPPORT OF FIRST AND FINAL APPLICATION OF THE BURDGE LAW FIRM PC FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD ENDED OCTOBER 13, 2011; and

3. LETTER DATED OCTOBER 24, 2011 ADDRESSED TO THE TRUSTEE AND TO THE DEBTOR

by placing a true copy of each document, enclosed in a sealed envelope addressed as follows:

Allan Diamond, Esq.
Diamond McCarthy LLP
909 Fannin, 15th Floor
Houston, TX 77010

Robert L. Green, Jr., Esq.
Howrey LLP
1201 Pennsylvania Ave., NW
Suite 300
Washington, DC 20004

VIA FEDERAL EXPRESS OVERNIGHT COURIER: I am "readily familiar" with the firm's practice of collecting and processing overnight deliveries, which includes depositing such packages in a receptacle used exclusively for overnight deliveries. The packages were deposited before the regular pickup time and marked accordingly for delivery the next business day.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 26, 2011, at Los Angeles, California.

*/s/ Anna M. Weiglein*
Anna M. Weiglein