Michael A. Isaacs, State Bar No. 99782
Gregg S. Kleiner, State Bar No. 141311
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
Email: misaacs@luce.com
       gkleiner@luce.com

Counsel for Warner Investments, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HOWREY LLP,<br><br>A District of Columbia Limited Liability Partnership,<br><br>Debtors.<br><br>1299 Pennsylvania Avenue<br>Washington, D.C. 20004<br><br>Employer's Tax I.D. No.: 53-0231650 | Case No. 11-31376 DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: November 15, 2011<br>Time: 9:30 a.m.<br>Judge: Honorable Dennis Montali |

I, Winifred K. Owen, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, 121 Spear Street, Suite 200, San Francisco, California 94105.

On the date of execution hereof, at my place of business, I served copies of the following:

**LIMITED OBJECTION OF WARNER INVESTMENTS, L.P. TO PAYMENT OF FINAL APPLICATIONS FOR COMPENSATION OF CERTAIN PROFESSIONALS EMPLOYED BY THE DEBTOR**

on the parties listed below:

☒ **BY MAIL**: By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with Luce, Forward, Hamilton & Scripps LLP's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

/ / /

## PARTY(IES) SERVED

**Debtor**

Howrey LLP
Attn: Robert Ruyak
1201 Pennsylvania Ave., #300
Washington, DC 20004

**Counsel for Debtor**

Richard J. Burdge, Jr.
The Burdge Law Firm PC
500 South Grand Avenue, Suite 1500
Los Angeles, CA 90071

H. Jason Gold
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006

**Financial Advisors to the Debtor**

Protiviti, Inc.
Attn: Guy Davis
1051 E. Cary Street, Suite 602
Richmond, VA 23219

**Trustee**

Allan Diamond
Diamond McCarthy LLP
909 Fannin, 15th Floor
Houston, TX 77010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on November 2, 2011, at San Francisco, California.

*/s/ W. Owen*
WINIFRED K. OWEN