

Signed and Filed: January 18, 2013

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HOWREY LLP,<br><br>Debtor. | Case No. 11-31376 DM<br><br>Chapter 11<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO ENFORCE AUTOMATIC STAY** |

WHEREAS, on November 1, 2012, Howrey Claims LLC ("Howrey Claims") filed an original complaint (the "Complaint") in this Court, thereby commencing adversary proceeding number 12-03155 entitled *Howrey Claims, LLC v. Paul Alexander, et al.* (the "Adversary Proceeding");

WHEREAS, in the Complaint, Howrey Claims asserts that all of the former equity partners of Howrey are alter egos of Howrey LLP;

WHEREAS, on November 15, 2012, Allan B. Diamond (the "Trustee"), acting in his capacity as chapter 11 trustee for Howrey LLP ("Howrey"), filed his Motion for an Order Enforcing the Automatic Stay [Dkt. No. 862] (the "Stay Motion");

WHEREAS, on December 7, 2012, the Official Committee of Unsecured Creditors of Howrey LLP (the "Committee") filed a motion seeking to file under seal the Committee's Motion to Disqualify William McGrane and McGrane LLP from representing Howrey Claims LLC and any other creditors in connection with the Adversary Proceeding (the "Motion to Disqualify");

WHEREAS, on December 16, 2012, the Court entered an order (the "Seal Order"), permitting the Committee to file the Motion to Disqualify under seal, and providing related relief as set forth therein;

WHEREAS, on January 11, 2013, the Court held a hearing to consider the Stay Motion and the opposition thereto filed by William McGrane, Esq. and Howrey Claims LLC (the "Stay Hearing");

WHEREAS, the Court having reviewed the Stay Motion and the record in this case, and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (c) notice of the Stay Motion and the Stay Hearing was sufficient under applicable law; (d) the claims asserted in the Complaint are property of the Howrey chapter 11 estate pursuant to 11 U.S.C. § 541(a); and (e) the legal and factual bases set forth in the Stay Motion establish just cause for the relief granted herein, it is therefore hereby:

ORDERED that, other than as set forth herein, the record of the Stay Hearing shall constitute the Court's findings of fact and conclusions of law with respect to the Stay Motion; and it is further

ORDERED that, for the reasons stated on the record of the Stay Hearing, the Stay Motion shall be and hereby is GRANTED; and it is further

ORDERED that, for the reasons stated on the record of the Stay Hearing, pursuit of the claims that are the subject matter of the Complaint in this Court or in any other venue by any person or party other than the Trustee violates 11 U.S.C § 362(a)(3) which precludes "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate"; and it is further

ORDERED that, for the reasons stated on the record of the Stay Hearing, Howrey Claims and its counsel will be held in contempt of court should they further pursue the claims that are the subject matter of the Complaint, except as specifically allowed herein; and it is further

ORDERED that, for the reasons set forth on the record of the Stay Hearing, the Committee's Motion to Disqualify is withdrawn without prejudice to the Committee seeking disqualification at any time (including without limitation any prejudice as may be asserted based on laches or similar principles); provided, however, that the Committee shall not seek disqualification based solely on Mr. McGrane's prosecution of appeals of this order or of the Dismissal Order (as defined below); and further provided that except as set forth herein, all parties reserve their rights with respect to disqualification issues; and it is further

ORDERED that the Seal Order shall remain in place and in effect even after withdrawal of the Motion to Disqualify pursuant to this Order, and that the Seal Order shall apply with respect to any future motion to disqualify William McGrane Esq. or McGrane LLP that the Committee may file; and it is further

ORDERED that, for the reasons stated on the record of the Stay Hearing, the Adversary Proceeding shall be dismissed pursuant to a separate order to be issued by the Court in the Adversary Proceeding (the "<u>Dismissal Order</u>"); and it is further

ORDERED that, for the reasons stated on the record of the Stay Hearing and pursuant to 11 U.S.C. §362(d), the automatic stay shall be and hereby is MODIFIED solely to the extent necessary to allow Howrey Claims to pursue any appeal of this order or of the Dismissal Order.

***END OF ORDER***

**APPROVED AS TO FORM:**

DIAMOND MCCARTHY LLP

By: */s/ Stephen T. Loden*
Stephen T. Loden *(pro hac vice)*
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199

*Counsel for Allan B. Diamond, Chapter 11 Trustee*

WHITEFORD TAYLOR AND PRESTON, LLP

By: */s/ Bradford F. Englander*
Bradford F. Englander (Ca. Bar #122108)
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042
Telephone: 703-280-9081
Facsimile: 703-280-3370

*Counsel for the Official Committee of Unsecured Creditors*

MCGRANE LLP

By: */s/ William McGrane*
William McGrane (Ca. Bar #57761)
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-766-3590

*Counsel for William McGrane*

KLEIN, DENATALE, GOLDNER, COOPER,
  ROSENLIEB & KIMBALL, LLP

By: */s/ Christian D. Jinkerson*
Christian D. Jinkerson (Ca. Bar No. 23214)
5260 N. Palm Avenue, Suite 201
Fresno, CA 93701
Telephone: 559-438-4374
Facsimile: 559-432-1847

*Counsel for Howrey Claims LLC*