In re: HOWREY, LLP

Debtor(s)

Bankruptcy No.: 11-31376-DM
R.S. No.:
Hearing Date: 04/25/2013
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 04/11/2011    Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:        $_____         Source of value: _____
   Contract Balance:         $_____         Pre-Petition Default:   $_____
   Monthly Payment:          $_____                No. of months: _____
   Insurance Advance:        $_____         Post-Petition Default:  $_____
                                                      No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.              $_____         Pre-Petition Default:   $_____
   As of (date): _____                             No. of months: _____
   Mo. payment:              $_____         Post-Petition Default:  $_____
   Notice of Default (date): _____                 No. of months: _____
   Notice of Trustee's Sale: _____          Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Movant seeks an order of this Court confirming that the automatic stay is not applicable to filing a declaratory judgment action in the District of Columbia Superior Court, or in the alternative granting relief from the stay.

Dated: 04/02/13

/s/ Alan Wechsler
Signature
Alan Wechsler
Print or Type Name

Attorney for Haynes and Boone, LLP