Bradford F. Englander (Ca. Bar # 122108)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
E-mail: benglander@wtplaw.com

Attorneys for the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: | * | Case No.: 11-31376 |
| HOWREY LLP, | * | Chapter 11 |
| Debtor. | * | Date: April 25, 2013<br>Time: 9:30 a.m. PDT |
| | * | Ctrm: U.S. Bankruptcy Court<br>230 Pine Street |
| | * | San Francisco, CA |
| * * * * * * * | | Judge: Dennis J. Montali |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO CHAPTER 11 TRUSTEE'S OPPOSITION TO MOTION OF HAYNES AND BOONE, LLP**

TO THE HONORABLE DENNIS J. MONTALI:

  The Official Committee of Unsecured Creditors of Howrey, LLP (the "Committee") respectfully files this Joinder (the "Joinder") to the *Opposition to Motion of Haynes and Boone, LLP for Order Confirming that the Automatic Stay is Inapplicable or, in the Alternative, Granting Relief from the Automatic Stay* (the "Opposition") filed by Allan B. Diamond, Chapter 11 Trustee (the "Trustee"). The Committee supports the Trustee's Opposition and joins therein. The Committee further opposes the *Motion of Haynes and Boone, LLP for Order Confirming that the Automatic Stay is Inapplicable or, in the Alternative, Granting Relief from the Automatic Stay* (the "Motion") as follows:

### The Motion is Improper and Untimely Forum Shopping

The Motion filed by Haynes and Boone, LLP ("Haynes and Boone") is untimely and constitutes an improper attempt to forum shop. Haynes and Boone undoubtedly knew that the former partners of Howrey and their successor firms would be subject to claims for unfinished business and that such claims would be a central issue of the firm's dissolution when it hired former Howrey partner Richard Ripley ("Mr. Ripley") on March 16, 2011. The former partners recognized this risk and tried to avoid liability for unfinished business claims by adopting an amendment to Howrey's partnership agreement waiving Howrey's right to the profits from any unfinished business (the "Jewel Waiver") on March 9, 2011, the same day that the partnership voted to dissolve. *See* Dkt. No. 1087, at 5:9-15. As a Level II equity partner entitled to vote on the Jewel Waiver, Mr. Ripley clearly was aware that claims for unfinished business would be asserted. As a sophisticated national firm, Haynes and Boone undoubtedly knew when it hired Mr. Ripley that unfinished business claims would be pursued.

Mr. Ripley and Haynes and Boone had the opportunity to challenge the venue of this case in May 2011 when Howrey (then controlled by its former partners) filed its *Motion to Dismiss Involuntary Petition or, in the Alternative, to Transfer Venue*. *See* Dkt. No. 13. Those very same former partners ultimately acquiesced in the case remaining in the Northern District of California. Mr. Ripley and Haynes and Boone did not press the transfer of venue, and the case has progressed in this district for more than two years. There is no cause to fracture this case by authorizing litigation of a central issue in another jurisdiction.

### Granting the Motion will Create Costly Multi-Jurisdictional Litigation and Frustrate the Bankruptcy Process

Granting Haynes and Boone's Motion would result in time consuming and costly multi-jurisdictional litigation. Haynes and Boone suggests that because the Howrey partnership

2

agreement yields to any contrary provision in an "applicable Code of Professional Responsibility," the Bankruptcy Court should permit to the District of Columbia Superior Court to determine whether the D.C. Rules of Professional Conduct permit Mr. Ripley to retain profits derived from unfinished business of Howrey. *See* Dkt. No. 1087, at 13:4-11, 14:12-19. While Haynes and Boone only seeks to litigate in the District of Columbia, other firms with partners who are governed by the ethics rules of other states could seize on the same arguments and seek to have the matters adjudicated in their own venues.

Haynes and Boone can offer no assurance that the matter will proceed promptly in the District of Columbia, much less in multiple jurisdictions, if others seek the same relief. Haynes and Boone admits the fact-intensive nature of these suits when it states that it will seek a determination that the Howrey partners in fact waived the right to unfinished business claims prior to the Jewel Waiver. *See* Dkt. No. 1087, at 14:7-14. Litigating this and other issues in multiple jurisdictions would be costly, duplicative, and carry a significant risk of inconsistent factual and legal determinations.

The relief sought by Haynes and Boone contravenes the fundamental goal of the Bankruptcy Code to centralize proceedings in a single court. *See Armco Fin. Servcs. Corp. v. North Atlantic Ins. Co.*, 229 B.R. 90, 96 (Bankr. S.D.N.Y. 1999). The resulting delay and substantial additional costs would only prolong this case and deplete the limited assets of the estate that could otherwise provide a return to Howrey's creditors.

### **The Motion Ignores the Best Interest of the Creditors**

Absent from the Motion is any consideration of the best interest of Howrey's creditors. Haynes and Boone's attempt to fragment the case serves only the former partners and the large law firms that happily took them (and their portable business) in after Howrey's demise. The

creditors would bear the expense and delay resulting from such relief. There is no cause to accommodate the litigation strategy of well compensated law firm partners, and large sophisticated law firms, at the expense of the former employees, trade creditors and landlords who comprise the unsecured creditors of this estate.

**Conclusion**

For the foregoing reasons, the Committee respectfully requests that the Court deny the Motion and grant any further relief that the Court deems just and proper.

Dated: April 18, 2013          Respectfully submitted,

WHITEFORD TAYLOR AND PRESTON, LLP

By: */s/* Bradford F. Englander
Bradford F. Englander (Ca. Bar # 122108)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
E-mail: benglander@wtplaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

## PROOF OF SERVICE

I, Rebekah R. Odom, declare:

I am a resident of the Commonwealth of Virginia and over the age of eighteen years, and not a party to the within action; my business address is 3190 Fairview Park Drive, Suite 300, Falls Church, Virginia 22042.  On April 18, 2013, I served the foregoing *Official Committee of Unsecured Creditors' Joinder to Chapter 11 Trustee's Opposition to Motion of Haynes and Boone, LLP*.

**  x    (CM/ECF) The document was electronically served on the parties to this action via the mandatory United States Bankruptcy Court of California CM/ECF system upon filing of above described document.**

**SEE ATTACHED SERVICE LIST**

**  x    (ELECTRONIC MAIL SERVICE) By electronic mail (e-mail) the above listed document(s) without error to the email address(es) set forth below on this date.**

**SEE ATTACHED SERVICE LIST**

**  x    (UNITED STATES MAIL) By depositing a copy of the above-referenced documents for mailing in the United State Mail, first class postage prepaid, at Falls Church, Virginia, to the parties listed on Exhibit A attached hereto, at their last known mailing addresses, on April 18, 2013.**

**SEE ATTACHED SERVICE LIST**

I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2013, at Falls Church, Virginia.

                                           */s/ Rebekah R. Odom*
                                           *Rebekah R. Odom*

**Via Email:**

**Office of the U.S. Trustee**

Minnie Loo
Office of the U.S. Trustee
235 Pine St. 7th Floor
San Francisco, CA 94104-3484
minnie.loo@usdoj.gov
Donna.S.Tamanaha@usdoj.gov

**Trustee**

Allan B. Diamond
Diamond McCarthy, LLP
Two Houston Center
909 Fannin Street, 15th Floor
Houston, Texas 77010
adiamond@diamondmccarthy.com

- and –


Howard D. Ressler, Esq.
*Email: hressler@diamondmccarthy.com*
Stephen T. Loden, Esq.
*Email: sloden@diamondmccarthy.com*
Jason M. Rudd, Esq.
*Email: jrudd@diamondmccarthy.com*

**Kornfield Nyberg Bender & Kuhner P.C.**
Eric Nyberg
*Email: e.nyberg@kornfieldlaw.com*
Chris D. Kuhner
*Email: c.kuhner@kornfieldlaw.com*

**Counsel to the Debtor**

Counsel to the Debtor
Robert A. Franklin/Craig M. Prim
Jenny L. Fountain
Law Offices of Murray and Murray
19400 Stevens Creek Blvd #200
Cupertino, CA 95014-2548
cprim@murraylaw.com
rfranklin@murraylaw.com

| | |
|---|---|
| 1 | jlfountain@murraylaw.com |
| 2 | |
| 3 | Counsel to the Debtor<br>Dylan G. Trache<br>Wiley Rein LLP |
| 4 | 7925 Jones Branch Dr. #6200<br>McLean, VA 22102 |
| 5 | dtrache@wileyrein.com |
| 6 | |
| 7 | Counsel to the Debtor<br>H. Jason Gold |
| 8 | Wiley Rein LLP<br>1776 K Street, N.W. |
| 9 | Washington, DC 20006<br>jgold@wileyrein.com |
| 10 | |
| 11 | Counsel to the Debtor<br>Valerie P. Morrison |
| 12 | Wiley Rein LLP<br>7925 Jones Branch Dr. #6200 |
| 13 | McLean, VA 22102 |
| 14 | vmorrison@wileyrein.com |
| 15 | **Law Offices of Latham & Watkins** |
| 16 | Kimberly A. Posin, Esq.<br>*Email:* kim.posin@lw.com |
| 17 | |
| 18 | Counsel to Citibank, N.A.<br>Paul Weiss |
| 19 | 1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| 20 | kcornish@paulweiss.com<br>dmeyers@paulweiss.com |
| 21 | jadlerstein@paulweiss.com |
| 22 | |
| 23 | Counsel to Citibank, N.A.<br>Scott H. McNutt |
| 24 | McNutt Law Group<br>188 The Embarcadero #800 |
| 25 | San Francisco, CA 94105<br>SMcNutt@ml-sf.com |
| 26 | |
| 27 | Counsel to Protiviti, Inc.<br>John D. Fiero |
| 28 | Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor |

San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com

**COMMITTEE OF UNSECURED CREDITORS**

Stephanie Y. Langley
c/o James D. Wood
Offices of James D. Wood
3675 Mount Diablo Blvd., Suite 250
Lafayette, CA 94549-3775
jdw@jdwoodlaw.com

Dun & Bradstreet
c/o Receivable Management Services
Attn: Steven Sass/Ronald Rowland
307 International Circle, Suite 270
Hunt Valley, MD 21030
steven.sass@rmsna.com;
Ronald.rowland@rmsna.com

Stephanie Y. Langley
c/o Jack A. Raisner/ Rene S. Roupinian
Outten & Golden LLP
3 Park Avenue
New York NY 10016
jar@outtengolden.com;
rsr@outtengolden.com

EMC Corporation
c/o Receivable Management Services
Attn: Steven Sass/Ronald Rowland
307 International Circle, Suite 270
Hunt Valley, MD 21030
steven.sass@rmsna.com;
Ronald.rowland@rmsna.com

Matura Farrington Staffing Svs. Inc.
Attn: Karen Farrington
700 South Flower Street, Suite 2505
Los Angeles, CA 90017
Karen@matfar.com

Matura Farrington Staffing Svs., Inc.

c/o Wondie Russell
Law Offices Of Wondie Russell
465 Roosevelt Way
San Francisco, CA 94114
Telephone: (415) 626-3906
Email: wondie.russell@yahoo.com

Stephanie Y Langley
13665 Legacy Circle, Apt. C
Herndon, VA 20171
sylang22@gmail.com

**PARTIES REQUESTING SPECIAL NOTICE**

John H. MacConaghy
Monique Jewett-Brewster
MacConaghy & Barnier, PLC
645 First Street West
Sonoma, CA 95476
macclaw@macbarlaw.com;
mjewett-brewster@macbarlaw.com

200 S. Main Street Investors, LLC
Attn: Matthew Moncur
c/o Ballard Spahr LLP
201 South Main Street
One Utah Center, Suite 800
Salt Lake City, UT 84111-2221
Moncurm@ballardspahr.com
WinthropR@ballardspahr.com
Costap@ballardspahr.com

S. Christian Mullgardt, Sr. Counsel
Olin Corporation
190 Carondelet Plaza, Suite 1530
Clayton, MO 63105
scmullgardt@olin.com

Oracle America, Inc.
c/o Shawn M. Christianson
Buchalter Nemer A PC
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
schristianson@buchalter.com

Knickerbocker Properties, Inc. XXXIII

c/o Scott H. Olson
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
solson@seyfarth.com

Knickerbocker Properties, Inc. XXXIII
c/o Thomas J. Masenga
Seyfarth Shaw LLP
333 S. Hope Street, Suite 3900
Los Angeles, CA 90017
tmasenga@seyfarth.com
rmjohnson@seyfarth.com

Belkys Escobar
Assistant County Attorney
County of Loudoun
One Harrison Street, SE 5th Floor
(MSC#06)
Leesburg, VA 20175-3102
Belkys.escobar@loudoun.gov

Pension Benefit Guaranty Corporation
c/o Lawrence Landgraff
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005
Landgraff.larry@pbgc.gov
efile@pbgc.gov

Banc of America Leasing & Capital LLC
c/o Mark A. Serlin
Serlin & Whiteford LLP
700 E Street
Sacramento, CA 95814
mserlin@globelaw.com

Attorneys' Liability Assurance Society
c/o Alan D. Smith
Perkins Coie LLP
1201 3rd Avenue, Suite 4800
Seattle, WA 98101
adsmith@perkinscoie.com
dgold@perkinscoie.com

| | |
|---|---|
| 1 | |
| 2 | The Irvine Company LLC<br>c/o Michael S. Greger |
| 3 | Allen Matkins Leck Gamble et al.<br>1900 Main Street, Fifth Floor |
| 4 | Irvine, CA 92614-7321 |
| 5 | mgreger@allenmatkins.com<br>William W. Huckins |
| 6 | whuckins@allenmatkins.com |
| 7 | |
| 8 | Duane Morris LLP<br>Geoffrey A. Heaton, Esq. |
| 9 | gheaton@duanemorris.com<br>Aron M. Oiner, Esq. |
| 10 | roliner@duanemorris.com |
| 11 | Trepel McGrane Greenfield LLP |
| 12 | Maureen A. Harrington, Esq.<br>mharrington@tmcglaw.com |
| 13 | Christopher D. Sullivan, Esq.<br>csullivan@tgsdlaw.com |
| 14 | |
| 15 | Luce, Forward, Hamilton & Scripps<br>Michael A. Isaacs, Esq. |
| 16 | misaacs@luce.com<br>gkleiner@luce.com |
| 17 | |
| 18 | Dewey and LeBoeuf<br>Paul S. Jasper, Esq. |
| 19 | pjasper@dl.com |
| 20 | Bartlett, Hackett and Feinberg |
| 21 | Frank F. McGinn, Esq.<br>ffm@bostonbusinesslaw.com |
| 22 | |
| 23 | DLA Piper LLP<br>Frank T. Pepler, Esq. |
| 24 | frank.pepler@dlapiper.com |
| 25 | Schnader Harrison Segal and Lewis<br>Melissa Lor, Esq. |
| 26 | MLor@Schnader.com |
| 27 | McGrane LLP |
| 28 | William McGrane, Esq.<br>William.mcgrane@mcgranellp.com |

Texas Comptroller of Public Accountants
Bankruptcy & Collections Division
Kimberly Walsh, Esq.
bk-kwalsh@oag.state.tx.us

Jones Day
Robert A. Trodella
rtrodella@jonesday.com

Linebarger Goggan Blair & Sampson LLP
John P. Dillman
Houston_bankruptcy@lgbs.com

Dumas & Clark LLP
Cecily A. Dumas
Cecily.dumas@dumasclark.com
Robert E. Clark
Robert.clark@dumasclark.com

**Via U.S. Mail:**

Richard Burdge, Esq.
The Burdge Law Firm PC
500 S Grand Ave Ste 1500
Los Angeles, CA 90071

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

EMC Corporation
c/o RMS Bankruptcy Recovery Services
Attn: President or General/Managing Agent
P.O. Box 5126
Timonium, MD 21094-5126

Salter & Company LLC
4600 East-West Highway, Suite 300
Bethesda, MD 20814

County of Loudoun Virginia
Belkys Escobar
1 Harrison St., S.E. 5th Floor
Leesburg, VA 20175-3102

Matura Farrington Staffing Services, Inc.
700 So. Flower Street, Suite 2505
Los Angeles, CA 90017

Guy Davis
Protiviti Inc.
1051 East Cary Street, Suite 602
Richmond, VA 23219

George E. Shoup, III
Development Specialists, Inc.
6375 Riverside Drive, Suite 200
Dublin, OH 43017-5373

Kyle Everett
Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104