Howard D. Ressler, Esq. *(pro hac vice)*
Stephen T. Loden, Esq. *(pro hac vice)*
Jason M. Rudd, Esq. *(pro hac vice)*
**DIAMOND MCCARTHY LLP**
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199
Email: hressler@diamondmccarthy.com
Email: sloden@diamondmccarthy.com
Email: jrudd@diamondmccarthy.com

*Counsel for Allan B. Diamond, Chapter 11 Trustee*

Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

*Local Counsel for Allan B. Diamond, Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HOWREY LLP,<br><br><br><br><br><br><br>Debtor. | Case No. 11-31376 DM<br><br>Chapter 11<br><br>**EIGHTEENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY KORNFIELD, NYBERG, BENDES & KUHNER, P.C., COUNSEL FOR ALLAN B. DIAMOND, CHAPTER 11 TRUSTEE FOR THE PERIOD OF APRIL 1, 2013 THROUGH APRIL 30, 2013** |

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:

In accordance with the *Order Granting Motion to Authorize Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Fee Procedures Order"), entered by the Court on July 26, 2011, Kornfield, Nyberg, Bendes & Kuhner, P.C. ("KNB&K"), co-counsel for the Chapter 11 Trustee, submits this Seventeenth Monthly Statement of Services Rendered and Expenses Incurred ("Statement") for the time period April 1, 2013 through April 30, 2013 ("Statement Period").

## I. SUMMARY

| | |
|---|---|
| Name of Applicant: | Kornfield, Nyberg, Bendes & Kuhner, P.C. |
| Authorized to Provide Professional Services to: | Chapter 11 Trustee, Allan B. Diamond |
| Period Covered: | April 1, 2013 through April 30, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary: | $5,496.50 |
| Amount of Expenses Reimbursement sought as actual, reasonable and necessary | $75.04 |
| Amount Payable after Application of Retainer and Twenty Percent (20%) Holdback on Fees: | $4,472.24 |
| This is a: | Eighteenth Monthly Statement |

## II. ITEMIZATION OF SERVICES RENDERED BY KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

1. The hours spend during the Statement Period for which KNB&K seeks compensation, the hourly rate for each attorney and legal assistant, and the resulting fees are as follows:

| Name | Position | Admission Date | Hourly Rate | Fees |
|---|---|---|---|---|
| Eric A. Nyberg, Esq. | Partner | CA 1987 | $425.00 | $510.00 |
| Chris D. Kuhner, Esq. | Partner | CA 1994 | $385.00 | $4,966.50 |
| Nancy L. Nyberg | Paralegal | N/A | $80.00 | $20.00 |

| | | | | |
|---|---|---|---|---|
| **Amount:** | | | | $5,496.50 |

2. KNB&K's billing records, submitted herewith and incorporated as <u>Exhibits A and B</u>, consist of a daily breakdown of the time spent by each person on each day (Exhibit A) and of the disbursements (Exhibit B) during the Statement Period.

**III. THE ITEMIZATION OF SERVICES RENDERED AND DISBURSEMENT MADE**

3. The following itemization breaks down the services rendered by KNB&K by the service categories indicated and provides an aggregate of disbursements by form of disbursement.

**A.    Services Rendered**

4. The following services were rendered in the following service categories:

| Service Category | Hours | Value |
|---|---|---|
| Howrey Claims (003) | 7.35 | $2,829.75 |
| General Case Administration (CA) | 6.40 | $2,512.00 |
| Fee Application  (FA) | .60 | $154.75 |
| **Total:** | **14.35** | **$5,496.50** |

A detailed itemization of the services rendered in each of the above Service Categories is set forth in <u>Exhibit A</u>.

**B.    Disbursements Made**

5. The disbursements made by KNB&K during the Statement Period are as follows:

| Expense Category | Amount |
|---|---|
| Copying In-House (CXC) | $33.40 |
| Postage (CPO) | $11.64 |
| Telephonic Court Conference (CTC) | $30.00 |
| **Total:** | **$75.04** |

**C.    Total Services Rendered and Disbursements**

6. The total services rendered and disbursements made are as follows:

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California  94612
(510) 763-1000
FAX: (510) 273-8669

| | |
|---|---|
| Total Services (100%) | $5,496.50 |
| Total Disbursements | $75.04 |
| **Total (100%):** | **$5,571.54** |

### D. Amount Payable After Holdback

7. The amount payable for this Statement Period, after adjusting for the twenty percent (20%) holdback on fees, is $4,472.24. KNB&K respectfully requests that this amount be paid pursuant to the Court's Fee Procedures Order.

Howard D. Ressler, Esq. *(pro hac vice)*
Stephen T. Loden, Esq. *(pro hac vice)*
Jason M. Rudd, Esq. *(pro hac vice)*
**DIAMOND MCCARTHY LLP**
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

Dated: May 20, 2013

By: /s/ Eric A. Nyberg
Eric A. Nyberg, Esq. (Bar No. 131105)
**KORNFIELD, NYBERG, BENDES & KUHNER, PC**
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

*Local Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 225, Oakland, California 94612.

On May 21, 2013, I served or caused to be served a true and correct copy of the following document(s):

**EIGHTEENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY KORNFIELD, NYBERG, BENDES & KUHNER, P.C., COUNSEL FOR ALLAN B. DIAMOND, CHAPTER 11 TRUSTEE FOR THE PERIOD OF APRIL 1, 2013 THROUGH APRIL 30, 2013**

in the manner described below addressed as follows:

**_X_ Mail:** By mailing said document(s) in an envelope and depositing the sealed envelope with the United States Postal Service with postage fully prepaid, addressed as follows:

SEE ATTACHED SERVICE LIST

**_X_ Via-Electronic Mail (CM/ECF):** Said document(s) and transmission of the Notification of Electronic Filing by the Clerk to a Registered Participant(s), addressed as follows:

SEE ATTACHED SERVICE LIST

**_X_ Via-Email Transmission:** By transmitting via-electronic mail the above listed document(s) to the email address(es) as set forth below on this date:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 21, 2013, at Oakland, California.

/s/ Nancy L. Nyberg

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# LIMITED NOTICE SERVICE LIST

**WILEY REIN LLP**
H. Jason Gold, Esq.
(Via-Email) jgold@wileyrein.com
Valerie P. Morrison, Esq.
(Via-Email) vmorrison@wileyrein.com
Dylan G. Trache, Esq.
(Via-Email) dtrache@wileyrein.com
*Attorneys for Debtor*

**DUANE MORRIS LLP**
Geoffrey A. Heaton, Esq.
(Via CM/ECF) gheaton@duanemorris.com
Aron M. Oliner, Esq.
(Via CM/ECF) roliner@duanemorris.com
*Attorneys for Debtor*

**LAW OFFICES OF LATHAM & WATKINS**
Kimberly A. Posin, Esq.
(Via CM/ECF) kim.posin@lw.com
*Attorneys for Debtor*

**MURRAY & MURRAY**
Craig M. Prim, Esq.
(Via CM/ECF) cprim@murraylaw.com
Robert A. Franklin, Esq.
(Via CM/ECF) rfranklin@murraylaw.com
Jenny L. Fountain, Esq.
(Via CM/ECF) jlfountain@murraylaw.com
*Co-Counsel for Debtor*

**WHITEFORD, TAYLOR & PRESTON LLP**
Bradford F. Englander, Esq.
(Via CM/ECF) benglander@wtplaw.com
John F. Carlton, Esq.
(Via CM/ECF) jcarlton@wtplaw.com
Justin P. Fasano, Esq.
(Via CM/ECF) jfasano@wtplaw.com
*Attorneys for Creditor Committee*
*Official Committee of Unsecured Creditors*

**PERKINS COIE LLP**
David J. Gold, Esq.
(Via EM/ECF) dgold@perkinscoie.com
*Attorneys for Creditor U.S. Bank, N.A.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON**
Kelley A. Cornish, Esq.
(Via-Email) kcornish@paulweiss.com
Diane Meyers, Esq.
(Via-Email) dmeyers@paulweiss.com
Jacob J. Adlerstein, Esq.
(Via-Email) jadlerstein@paulweiss.com
Larry Peitzman, Esq. of Peitzman Weg LLP
(Via CM/ECF) lpeitzman@peitzmanweg.com
*Attorneys for Creditor Citibank, N.A.*

**PACHULSKI, STANG, ZIEHL & JONES**
John D. Fiero, Esq.
(Via CM/ECF) jfiero@pszjlaw.com
*Attorneys for Creditor Protiviti, Inc.*

**DIAMOND MCCARTHY LLP**
Howard D. Ressler, Esq.
(Via-Email) hressler@diamondmccarthy.com
Stephen T. Loden, Esq.
(Via-Email) sloden@diamondmccarthy.com
Jason M. Rudd, Esq.
(Via-Email) jrudd@diamondmccarthy.com
Allan B. Diamond (Via CM/ECF)
adiamond@diamondmccarthy.com
*Attorneys for Chapter 11 Trustee*

**OFFICE OF THE U.S. TRUSTEE/SF**
Minnie Loo, Esq.
(Via CM/ECF) Minnie.Loo@usdoj.gov
Donna S. Tamanaha, Esq.
(Via CM/ECF)Donna.S.Tamanaha@usdoj.gov
*Attorneys for Office of the U.S. Trustee/SF*

**BUCHALTER NEMER**
Shawn M. Christianson, Esq.
(Via CM/ECF) schristianson@buchalter.com
*Attorneys for Creditor Oracle America, Inc.*

**ALLEN MATKINS, et. al.**
Michael S. Greger, Esq.
(Via CM ECF) mgreger@allenmatkins.com
*Attorneys for Creditor The Irvine Company LLC*

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

| | | |
|---|---|---|
| 1 | Trepel McGrane Greenfield LLP | Office of the Chief Counsel |
| 2 | Maureen A. Harrington, Esq. | Lawrence F. Landgraff, Esq. |
|   | (Via CM/ECF) mharrington@tmcglaw.com | (Via CM/ECF) landgraff.larry@pbgc.gov |
| 3 | Christopher D. Sullivan, Esq. | *Attorneys for Creditor Pension Benefit* |
|   | (Via CM/ECF) csullivan@tgsdlaw.com | *Guaranty Corp.* |
| 4 | *Attorneys for Creditors Advanced Discovery LLC,* | |
|   | *Give Something Back, Inc., Jan Brown & Associates,* | Schnader Harrison Segal and Lewis |
| 5 | *Kent Daniels and Associates, Inc., L.A. Best* | Melissa Lor, Esq. |
|   | *Photocopies, Inc., Western Messenger Service, Inc.* | (Via CM/ECF) MLor@Schnader.com |
| 6 | | *Attorneys for Interested Party Connecticut* |
|   | Allen, Matkins, Leck, Gamble and Mallory | *General Life Insurance Company* |
| 7 | William W. Huckins, Esq. | |
|   | (Via CM/ECF) whuckins@allenmatkins.com | MacConaghy and Barnier |
| 8 | *Attorneys for Creditor BP/CGCENTER I LLC* | John H. MacConaghy, Esq. |
| 9 | | (Via CM/ECF) macclaw@macbarlaw.com |
|   | McKenna Long & Aldridge LLP | Monique Jewett-Brewster, Esq. |
| 10 | Michael A. Isaacs, Esq. | (Via CM/ECF) |
|    | (Via CM/ECF) misaacs@mckennalong.com | mjewettbrewster@macbarlaw.com |
| 11 | Gregg S. Kleiner, Esq. | *Attorneys for Interested Party Ad Hoc* |
|    | (Via CM/ECF) gkleiner@mckennalong.com | *Committee of Certain Former Howrey* |
| 12 | *Attorneys for Creditor Warner Investments, L.P.* | *Partners* |
| 13 | | |
|    | Dewey and LeBoeuf | McGrane LLP |
| 14 | Paul S. Jasper, Esq. | William McGrane, Esq. |
|    | (Via CM/ECF) pjasper@dl.com | (Via CM/ECF) |
| 15 | *Attorneys for Creditor Dewey & LeBoeuf LLP* | william.mcgrane@mcgranellp.com |
| 16 | | *Attorneys for Creditors Advanced Discovery* |
|    | Bartlett, Hackett and Feinberg | *LLC, Give Something Back, Inc., Jan Brown &* |
| 17 | Frank F. McGinn, Esq. | *Associates, Kent Daniels and Associates, Inc.,* |
|    | (Via CM/ECF) ffm@bostonbusinesslaw.com | *L.A. Best Photocopies, Inc., Western Messenger* |
| 18 | *Attorneys for Creditor Iron Mountain* | *Service, Inc.* |
|    | *Information Management, Inc.* | |
| 19 | | Seyfarth Shaw LLP |
|    | DLA Piper LLP | Scott Olson, Esq. |
| 20 | Frank T. Pepler, Esq. | (Via CM/ECF) solson@seyfarth.com |
|    | (Via CM/ECF) frank.pepler@dlapiper.com | *Attorneys for Creditor Knickerbocker* |
| 21 | *Attorneys for Creditor Hines REIT 321 North* | *Properties, Inc. XXXIII* |
| 22 | *Clark Street, LLC* | |
|    | | Law Offices of Serlin and Whiteford |
| 23 | Outten and Golden LLP | Mark A. Serlin, Esq. |
|    | Rene S. Roupinian, Esq. | (Via CM/ECF) mserlin@globelaw.com |
| 24 | (Via CM/ECF) rsr@outtengolden.com | *Attorneys for Creditor Banc of America* |
| 25 | *Attorneys for Creditor Stephanie Langley* | *Leasing & Capital, LLC* |
| 26 | Law Offices of James D. Wood | Ballard Spahr LLP |
|    | James D. Wood, Esq. | Matthew Moncur, Esq. |
| 27 | (Via CM/ECF) jdw@jdwoodlaw.com | (Via-Email) moncurm@ballardspahr.com |
|    | *Attorneys for Creditor Stephanie Langley* | |
| 28 | | |

Seventeenth Monthly Statement of Services Rendered by
KNB&K for the Period of 4/1/13 Through 4/31/13

-7-

| | |
|---|---|
| Perkins Coie LLP<br>Alan D. Smith, Esq.<br>(Via CM/ECF) adsmith@perkinscoie.com<br>*Attorneys for Attorneys' Liability Assuranceciety, Inc., A Risk Retention Group* | EMC Corporation<br>c/o Receivable Management Services<br>Steven Sass, Esq.<br>(Via-Email) steven.sass@rmsna.com<br>Ronald Rowland, Esq.<br>(Via-Email) Ronald.rowland@rmsna.com |
| Bankruptcy & Collections Division<br>Kimberly Walsh, Esq.<br>(Via CM/ECF) bk-kwalsh@oag.state.tx.us<br>*Attorneys for Creditor Texas Comptroller of Public Accounts* | Jones Day<br>Robert A. Trodella, Esq.<br>(Via CM/ECF) rtrodella@jonesday.com<br>*Attorneys for Creditor Amy J. Fink* |
| Ballard Spahr LLP<br>Penny M. Costa<br>(Via CM/ECF) costap@ballardspahr.com<br>*Attorneys for Creditor 200 S. Main Street Investors, LLC* | Olin Corporation<br>S. Christian Mullgardt<br>(Via-Email) scmullgardt@olin.com |

**VIA U.S. MAIL**

| | |
|---|---|
| Richard Burdge, Esq.<br>The Burdge Law Firm PC<br>500 S Grand Ave Ste 1500<br>Los Angeles, CA 90071 | County of Loudoun Virginia<br>Belkys Escobar<br>1 Harrison St., S.E. 5th Fl.<br>Leesburg, VA 20175-3102 |
| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>Wilmington, DE 19899 | Matura Farrington Staffing Services, Inc.<br>700 So. Flower Street, Suite 2505<br>Los Angeles, CA 90017 |
| IKON Office Solutions<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 | Guy Davis<br>Protiviti Inc.<br>1051 East Cary Street, Suite 602<br>Richmond, VA 23219 |
| EMC Corporation<br>c/o RMS Bankruptcy Recovery Services<br>Attn: President or General/Managing Agent<br>P.O. Box 5126<br>Timonium, MD 21094-5126 | George E. Shoup, III<br>Development Specialists, inc.<br>6375 Riverside Drive, Suite 200<br>Dublin, OH 43017-5373 |
| Salter & Company LLC<br>4600 East-West Highway, Suite 300<br>Bethesda, MD 20814 | Kyle Everett<br>Development Specialists, Inc.<br>235 Pine Street, Suite 1150<br>San Francisco, CA 94104 |

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 282626 | H | 04/02/13 | CDK | Review Haynes and Boone RFS | 0.50 | 192.50 |
| 282655 | H | 04/03/13 | EAN | Telephone call from general counsel for Cooley re: 2004 exam subpoena | 0.20 | 85.00 |
| 282667 | H | 04/04/13 | CDK | Review declaration of King exhibits; opposition | 0.50 | 192.50 |
| 282709 | H | 04/08/13 | CDK | Review opposition to Haynes and Boone RFS | 1.00 | 385.00 |
| 282804 | H | 04/10/13 | CDK | Review case law re: RFS; DC law | 1.10 | 423.50 |
| 282832 | H | 04/11/13 | EAN | Review opening brief | 0.50 | 212.50 |
| 282891 | H | 04/15/13 | CDK | Review documents re: stay | 0.85 | 327.25 |
| 283025 | H | 04/19/13 | EAN | Read briefs | 0.50 | 212.50 |
| 283191 | H | 04/26/13 | CDK | Review Stay Issue re: Jewell Waiver | 0.50 | 192.50 |
| 283250 | H | 04/30/13 | CDK | Review Preliminary Injunction Procedures; review case documents | 0.75 | 288.75 |

GRAND TOTAL                                                         6.40      2512.00

```
05/20/2013      FEES IN WIP FOR FOR 10054.003 FROM 04/01/13 TO 04/30/13      Page 1
 #       Type    Date/File   Atty    Description                          Hours      Amount
282625   H      04/02/13    CDK     Review joinder; opposition by HC re:   1.00      385.00
                                    RFS
282649   H      04/03/13    CDK     Review opposition to HC Amended MSJ    0.50      192.50
282695   H      04/08/13    CDK     Listen to proceeding re: 362; Howrey   1.00      385.00
                                    Claims
282770   H      04/09/13    CDK     Review case law re: 362                0.75      288.75
282772   H      04/09/13    CDK     Review order; case law re: RFS         0.50      192.50
283042   H      04/19/13    CDK     Review 549 complaint filed,            1.10      423.50
                                    amendments re: 547, research law re:
                                    same, timing
283043   H      04/19/13    CDK     Review appellant brief by HC re:       0.50      192.50
                                    Ahcolm
283080   H      04/22/13    CDK     Review reply by Haynes & Boone         1.00      385.00
283181   H      04/25/13    CDK     Review pleadings re: HC                1.00      385.00

GRAND TOTAL                                                                --------------------
                                                                           7.35      2829.75
                                                                           ========  ========
```

EXHIBIT A

```
05/20/2013      FEES IN WIP FOR TASK FA FOR 10054.001 FROM 04/01/13 TO       Page 1
04/30/13

  #       Type    Date/File    Atty   Description                        Hours      Amount
282696 H         04/08/13 CDK  Telephonic appearance at 4th               0.35      134.75
                               application for fees

283069 H         04/22/13 NLN  Prepare 17th fee statement                 0.25       20.00
                                                                        --------------------
GRAND TOTAL
                                                                          0.60      154.75
                                                                        ========  ========
```

EXHIBIT A

```
05/20/2013          COSTS IN WIP FOR FOR 10054 FROM 04/01/13 TO 04/30/13            Page 1

  #      Type   Date/File    Atty   Description                              Hours      Amount

 282895  C     04/05/13            CTC   telephonic court conference US                  30.00
               001                 Bankruptcy Court, SF 4th Interim Fee
                                   Application
                                   [CHAPTER 11 BANKRUPTCY]

 282723  C     04/08/13            CPO   Postage charge: Sent Trustee's                   1.72
               001                 opposition to Haynes and Boone LLP's
                                   Motion Confirming that the Automatic
                                   Stay is Inapplicable to Chambers (SF)
                                   [CHAPTER 11 BANKRUPTCY]

 282724  C     04/08/13            CXC   Photocopy charges: Sent                          3.80
               001                 Trustee's opposition to Haynes and
                                   Boone LLP's Motion Confirming that
                                   the Automatic Stay is Inapplicable to
                                   Chambers (SF)
                                   [CHAPTER 11 BANKRUPTCY]

 283053  C     04/19/13            CPO   Postage charge: Sent chapter 11                  5.32
               001                 Trustee's Motion for Preliminary
                                   Injunction
                                   [CHAPTER 11 BANKRUPTCY]

 283054  C     04/19/13            CXC   Photocopy charges: Sent Chapter                 24.60
               001                 11 Trustee's Motion for Preliminary
                                   Injuction
                                   [CHAPTER 11 BANKRUPTCY]

 283256  C     04/23/13            CPO   Postage charge: Served                           4.60
               001                 Seventeenth Monthly Fee Statement
                                   [CHAPTER 11 BANKRUPTCY]

 283257  C     04/23/13            CXC   Photocopy charges: Served                        5.00
               001                 Seventeenth Monthy Fee Statement
                                   [CHAPTER 11 BANKRUPTCY]

                                                                            ---------------------
GRAND TOTAL                                                                    0.00       75.04
                                                                            ========  ========
```

Case: 11-31376   Doc# 1200   Filed: 05/21/13   Entered: 05/21/13 10:29:44   Page 12 of 12

EXHIBIT B