Signed and Filed: June 2, 2013

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

**DIAMOND McCARTHY LLP**
Stephen T. Loden (*pro hac vice*)
Andrew B. Ryan (*pro hac vice*)
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199
sloden@diamondmccarthy.com
aryan@diamondmccarthy.com
*Counsel for Allan B. Diamond,
Chapter 11 Trustee for Howrey LLP*

**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669
*Local Counsel for Allan B. Diamond,
Chapter 11 Trustee for Howrey LLP*

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

HOWREY LLP,

      Debtor.

Case No: 11-31376 DM
Chapter 11
Hon. Dennis Montali

**ORDER APPROVING STIPULATION TO TOLL CLAIMS WITH WINSTON & STRAWN LLP**

The Court having read and considered the *Stipulation to Toll Claims With Winston & Strawn LLP* filed on May 31, 2013 (the "Stipulation") and good cause appearing therefor;

IT IS HEREBY ORDERED that the Stipulation is approved as an order of the Court.

**\*\*\*END OF ORDER\*\*\***