**DIAMOND MCCARTHY LLP**
Jason M. Rudd, Esq. (*pro hac vice*)
Andrew B. Ryan (*pro hac vice*)
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199

*Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

**KORNFIELD, NYBERG, BENDES & KUHNER P.C.**
Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669

*Local Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HOWREY LLP,<br><br>        Debtor. | Case No: 11-31376 DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**TRUSTEE'S LIMITED OPPOSITION TO REQUEST FOR STATUS CONFERENCE PURSUANT TO 11 U.S.C. § 105(D)(1) AND MEDIATION OF CERTAIN DISPUTES**<br><br>Date: June 27, 2013<br>Time: 2:00 p.m.<br>Crtm: U.S. Bankruptcy Court<br>      235 Pine St., 22nd Floor<br>      San Francisco, CA 94104 |

Allan B. Diamond, the chapter 11 trustee ("Trustee") of Howrey LLP ("Howrey") hereby files this Limited Opposition (the "Limited Opposition") to the motion filed by four former partners of Howrey who previously practiced at Day Casebeer Madrid & Batchelder LLP (the "Applicants") seeking a Status Conference Pursuant to 11 U.S.C. § 105(d)(1) and Mediation of Certain Disputes (the "Status Conference Request"). The Limited Opposition has two points.

First, the Trustee does not object to this Court holding a status conference on the single issue identified by the Applicants.[1] The Trustee does object, however, to this Court entering any additional relief, as there is no legal application currently pending. Specifically, the Trustee takes issue with three requests for relief from the Status Conference Request:

- **Mediation is Unnecessary**. The Trustee's counsel and accountants have already discussed these issues extensively with Applicants and their counsel, and remain open to further discussions. If Applicants wish to transform informal discussions with the Trustee into a formal mediation, they should bear the cost (including, without limitation, the mediator's fees) of any mediation.

- **Attendance of Other Partners at Any Mediation**. The Status Conference Request asks this Court to "direct the Trustee and his account to meet and mediate with the Applicants and their tax accountants (and *other partners desiring to participate*)…" *See* Dkt. 1217 at 3:7-8 (emphasis supplied). The Trustee objects to the participation of any former Howrey partners other than the Applicants in any court-ordered mediation. The Applicants have raised an issue unique to them; there is no cause for permitting other former Howrey partners to compel mediation. A "global tax mediation" open to the hundreds of former Howrey partners is unworkable, inefficient, costly, and time-consuming – and all without any benefit to the estate.

- **Directive to Fulfill Fiduciary Duties**. The Status Conference Requests asks this Court to direct the Trustee to "fulfill his fiduciary duty to the Applicants." *See* Dkt. 1217 at 14:2-4. The Trustee objects to any such directive: the Trustee disputes both that he owes any fiduciary duty to the Applicants and that he has failed to comply with any alleged fiduciary duty. The Trustee has complied fully with his fiduciary duties – he and his professionals (including Howrey's accountants) have spoken with the Applicants or their counsel, have reviewed the relevant documents, and prepared Howrey's tax returns accordingly. But even if any legal or factual basis supported a fiduciary duty claim, this

---

[1] Trustee's counsel does request, however, permission to appear telephonically, if possible, in order to accommodate travel for certain settlement meetings regarding Howrey's pending or anticipated litigation.

Case: 11-31376    Doc# 1329    Filed: 06/13/13    Entered: 06/13/13 15:02:15    Page 2 of
11

Court should not make any such findings in response to a routine status conference request.

Second, by virtue of filing this Limited Opposition, the Trustee does not concede that there is any validity to the factual or legal positions advanced in the Status Conference Request. With due respect to the Applicants and their counsel, the reading of the Business Combination Agreement ("BCA") advanced in the Status Conference Request is incorrect. Despite the Applicants' claims otherwise, the BCA did not render them "fixed" income partners who are "contractually protected from ongoing tax liability" for the anticipated cancellation of debt income Howrey may receive in 2013. *See* Dkt. 1217 at 1:6-8. Because the Applicants have sealed the contents of the BCA,[2] the Trustee will not belabor the point here, except to say that the BCA cannot be read to differentiate the Applicants from Howrey's other Level II partners who would be allocated cancellation of debt income.[3]

Subject to these objections, the Trustee is prepared to participate in a June 27th status conference on the Applicants' Status Conference Request.

---

[2] The BCA is attached, unsealed and in its entirety, to one of the Applicant's proof of claim. Nevertheless, Applicants obtained an order sealing the BCA in connection with the Status Conference Request.

[3] In short order, Paragraphs 3.2 and 3.3 of the BCA do not "fix" the Applicants' compensation. Instead, both set a base compensation from which discretionary increases are not only available, but specifically contemplated. Moreover, the BCA provides that the Applicants would become Level II equity partners at Howrey, subject to all rights and obligations under the Partnership Agreement, including sharing in the firm's profits and losses.

440789_1.docx

3

Dated: June 13, 2013

Respectfully submitted,

_____/s/ Andrew B. Ryan_____
Jason M. Rudd (*pro hac vice*)
Andrew B. Ryan (*pro hac vice*)
**DIAMOND MCCARTHY LLP**
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199

Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669

*Counsel for Allan B. Diamond, Chapter 11 Trustee for Howrey LLP*

440789_1.docx

4

# CERTIFICATE OF SERVICE

__X__ (CM/ECF) The document was electronically served on the parties to this action via the mandatory United States Bankruptcy Court of California CM/ECF system upon filing of above described document.

### SEE ATTACHED SERVICE LIST

__X__ (ELECTRONIC MAIL SERVICE) By electronic mail (e-mail) the above listed document(s) without error to the email address(es) set forth below on this date.

### SEE ATTACHED SERVICE LIST

__X__ (UNITED STATES MAIL) By depositing a copy of the document for mailing in the United States Mail, first class postage prepaid, at Houston, Texas, to the parties listed on the Service List attached hereto, at their last known mailing addresses, on this date.

### SEE ATTACHED SERVICE LIST

_____ (OVERNIGHT COURIER) By depositing a true and correct copy of the above referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

_____ (COURIER SERVICE) By providing true and correct copies of the above referenced documents [with copies of the supporting detailed invoices/attorney time records for the Final Fee Application] via courier delivery, to the following on or about _____:

_____ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those people listed on the attached service list, on the date above written.

*/s/ Andrew B. Ryan* _____
Andrew B. Ryan

Case: 11-31376   Doc# 1329   Filed: 06/13/13   Entered: 06/13/13 15:02:15   Page 5 of 11

***VIA CM/ECF:***

**United States Trustee**

Minnie Loo, Esq.
Donna S. Tamanaha, Esq.
**Office of the U.S. Trustee**
235 Pine Street. 7th Floor
San Francisco, CA 94104-3484
***Email:*** *Minnie.Loo@usdoj.gov*
***Email:*** *Donna.S.Tamanaha@usdoj.gov*

**Chapter 11 Trustee**

Allan B. Diamond
**Diamond McCarthy, LLP**
Two Houston Center
909 Fannin Street, Suite 1500
Houston, Texas 77010
***Email****: adiamond@diamondmccarthy.com*

**Counsel for the Chapter 11 Trustee**

**Diamond McCarthy, LLP**
Howard D. Ressler, Esq.
***Email:*** *hressler@diamondmccarthy.com*
Stephen T. Loden, Esq.
***Email:*** *sloden@diamondmccarthy.com*
Jason M. Rudd, Esq.
***Email:*** *jrudd@diamondmccarthy.com*

**Kornfield Nyberg Bender & Kuhner P.C.**
Eric Nyberg
***Email:*** *e.nyberg@kornfieldlaw.com*
Chris D. Kuhner
***Email:*** *c.kuhner@kornfieldlaw.com*

**Debtor's Counsel**

**Wiley Rein LLP**
H. Jason Gold
Valerie P. Morison
Dylan G. Trache
***Email****: jgold@wileyrein.com*
***Email****: vmorrison@wileyrein.com*
***Email****: dtrache@wileyrein.com*

**Murray & Murray**
Robert A. Franklin
Craig M. Prim
Jenny Lynn Fountain
***Email****: rfranklin@murraylaw.com*
***Email****: cprim@murraylaw.com*
***Email****: jfountain@murraylaw.com*

440789_1.docx

6

| | |
|---|---|
| **Duane Morris LLP** | Geoffrey A. Heaton, Esq.<br>***Email:*** *gheaton@duanemorris.com*<br>Aron M. Oiner, Esq.<br>***Email:*** *roliner@duanemorris.com* |
| **Law Offices of Latham & Watkins** | Kimberly A. Posin, Esq.<br>***Email:*** *kim.posin@lw.com* |
| **Murray & Murray** | Craig M. Prim, Esq.<br>***Email:*** *cprim@murraylaw.com*<br>Robert A. Franklin, Esq.<br>***Email:*** *rfranklin@murraylaw.com*<br>Jenny L. Fountain, Esq.<br>***Email:*** *jlfountain@murraylaw.com* |
| **Official Committee of Unsecured Creditors** | **Whiteford, Taylor & Preston LLP**<br>Bradford F. Englander, Esq.<br>***Email:*** *benglander@wtplaw.com*<br>John F. Carlton, Esq.<br>***Email:*** *jcarlton@wtplaw.com*<br>Justin P. Fasano, Esq.<br>***Email:*** *jfasano@wtplaw.com* |
| **Counsel for The Irvine Company, LLC** | **Allen Matkins, et al.**<br>***Email:*** *mgreger@allenmatkins.com* |
| **Counsel for Creditor Ctitbank, N.A.** | **Paul, Weiss, Rifkind, Wharton & Garrison**<br>Larry Peitzman, Esq.<br>***Email:*** *lpeitzman@pwkllp.com* |
| **Counsel for Creditor Protiviti, Inc.** | **Pachulski, Stang, Ziehl & Jones**<br>John D. Fiero, Esq.<br>***Email:*** *jfiero@pszjlaw.com* |
| **Counsel for Creditor Oracle America, Inc.** | **Buchalter Nemer**<br>Shawn M. Christianson, Esq.<br>***Email:*** *schristianson@buchalter.com* |
| **Counsel for Creditor U.S. Bank, N.A., as Trustee** | **Perkins Coie LLP**<br>David J. Gold, Esq.<br>***Email:*** *dgold@perkinscoie.com* |
| **Counsel for Attorneys' Liability Assurance Society, Inc.,** *A Risk Retention Group* | **Perkins Coie LLP**<br>Alan D. Smith, Esq.<br>***Email:*** *adsmith@perkinscoie.com* |

Case: 11-31376     Doc# 1329     Filed: 06/13/13     Entered: 06/13/13 15:02:15     Page 7 of 11

| | |
|---|---|
| **Counsel for Creditors Advanced Discovery LLc, Give Something Back, Inc., Jan Brown & Associates, Kent Daniels & Associates, Inc., L.A. Best Photocopies, Inc., Western Messenger Service, Inc.** | **Trepel McGrane Greenfield LLP** Maureen A. Harrington, Esq. *Email: mharrington@tmcglaw.com* Christopher D. Sullivan, Esq. *Email: csullivan@tgsdlaw.com* |
| **Counsel for BP/CGCENTER I, LLC** | **Allen, Matkins, Leck, Gamble and Mallory** William W. Huckins *Email:* whuckins@allenmatkins.com |
| **Counsel for Creditor Warner Investment, L.P.** | **Luce, Forward, Hamilton & Scripps** Michael A. Isaacs, Esq. *Email: misaacs@luce.com* *Email: gkleiner@luce.com* |
| **Counsel for Creditor Dewey & LeBoeuf LLP** | **Dewey and LeBoeuf** Paul S. Jasper, Esq. *Email: pjasper@dl.com* |
| **Counsel for Creditor Iron Mountain Information Management Inc.** | **Bartlett, Hackett and Feinberg** Frank F. McGinn, Esq. *Email:* ffm@bostonbusinesslaw.com |
| **Counsel for Creditor Hines REIT 321 North Clark Street, LLC** | **DLA Piper LLP** Frank T. Pepler, Esq. *Email:* frank.pepler@dlapiper.com |
| **Counsel for Creditor Stephanie Langley** | **Outten and Golden LLP** Rene S. Roupinian, Esq. *Email: rst@outtengolden.com* |
| **Counsel for Creditor Stephanie Langley** | **Law Offices of James D. Wood** James D. Wood, Esq. *Email: jdw@jdwoodlaw.com* |
| **Counsel for Creditor Pension Benefit Guaranty Corp.** | **Office of the Chief Counsel** Lawrence F. Landgraff, Esq. *Email:* landgraff.larry@pbgc.gov |
| **Counsel for Interested Party Connecticut General Life Insurance Company** | **Schnader Harrison Segal and Lewis** Melissa Lor, Esq. *Email:* MLor@Schnader.com |
| **Counsel for Creditors Advanced Discovery LLC, Give Something Back, Inc, Jan Brown And Associates, Kent Daniels and Associates Inc., L.A. Best Photocopies, Inc., Western Messenger Service, Inc.** | **McGrane LLP** William McGrane, Esq. *Email:* william.mcgrane@mcgranellp.com |

Case: 11-31376   Doc# 1329   Filed: 06/13/13   Entered: 06/13/13 15:02:15   Page 8 of 11

| | |
|---|---|
| **Counsel for Interested Party Connecticut General Life Insurance Co.** | Melissa Lor<br>*Email*: mlor@schnader.com |
| **Counsel for Creditor Knickerbocker Properties, Inc. XXXIII** | **Seyfarth Shaw LLP**<br>Scott Olson, Esq.<br>*Email*: solson@seyfarth.com |
| **Counsel for Creditor Banc of America Leasing & Capital, LLC** | **Law Offices of Serlin and Whiteford**<br>Mark A. Serlin, Esq.<br>*Email*: mserlin@globelaw.com |
| **Counsel for Creditor Texas Comptroller of Public Accounts** | **Bankruptcy & Collections Division**<br>Kimberly Walsh, Esq.<br>*Email*: bk-kwalsh@oag.state.tx.us |
| **Counsel for Creditor 200 S. Main Street Investors, LLC** | **Ballard Spahr Andrews and Ingersoll**<br>Rebecca J. Winthrop, Esq.<br>*Email*: WinthropR@ballardspahr.com<br>Penny M. Costa, Esq.<br>*Email*: costap@ballardpahr.com |
| **Counsel for Creditor Citibank, N.A.** | **Peitzman Weg LLP**<br>Larry Peitzman, Esq.<br>*Email*: lpeitzman@peitzmanweg.com |
| **Counsel for Amy J. Fink** | **Jones Day**<br>Robert A. Trodella<br>*Email*: rtrodella@jonesday.com |
| **Counsel for Harris County** | **Linebarger Goggan Blair & Sampson LLP**<br>John P. Dillman<br>*Email*: houston_bankruptcy@lgbs.com |
| **Counsel for Informal Group of Certain Former Howrey Attorneys** | **Dumas & Clark LLP**<br>Cecily A. Dumas<br>*Email*: Cecily.dumas@dumasclark.com<br>Robert E. Clark<br>*Email*: Robert.clark@dumasclark.com |

*VIA EMAIL:*

| | |
|---|---|
| **Counsel for Creditor Citibank, N.A.** | **Paul, Weiss, Rifkind, Wharton & Garrison**<br>Kelley A. Cornish, Esq.<br>*Email*: kcornish@paulweiss.com |

Diane Meyers, Esq.
**Email:**dmeyers@paulweiss.com
Jacob J. Adlerstein, Esq.
**Email**: jadlerstein@paulweiss.com

**Ballard Spahr LLP**
Matthew Moncur, Esq.
**Email**: moncurm@ballardspahr.com

E**MC Corporation**
c/o Receivable Management Services
Steven Sass, Esq.
**Email**: steven.sass@rmsna.com
Ronald Rowland, Esq.
**Email**: Ronald.rowland@rmsna.com

**Olin Corporation**
S. Christian Mullgardt
**Email**: scmullgardt@olin.com

***VIA U.S. MAIL:***

Richard Burdge, Esq.
The Burdge Law Firm PC
500 S Grand Ave Ste 1500
Los Angeles, CA 90071

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899
*Attorneys for Interested Party Connecticut General Life Insurance Company*

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

EMC Corporation
c/o RMS Bankruptcy Recovery Services
Attn: President or General/Managing Agent
P.O. Box 5126
Timonium, MD 21094-5126

Salter & Company LLC
4600 East-West Highway, Suite 300
Bethesda, MD 20814

| | |
|---|---|
| 1 | County of Loudoun Virginia |
| | Belkys Escobar |
| 2 | 1 Harrison St., S.E. 5th Fl. |
| | Leesburg, VA 20175-3102 |
| 3 | |
| | Matura Farrington Staffing Services, Inc. |
| 4 | 700 So. Flower Street, Suite 2505 |
| | Los Angeles, CA 90017 |
| 5 | |
| | Guy Davis |
| 6 | Protiviti Inc. |
| | 1051 East Cary Street, Suite 602 |
| 7 | Richmond, VA 23219 |
| 8 | George E. Shoup, III |
| | Development Specialists, inc. |
| 9 | 6375 Riverside Drive, Suite 200 |
| | Dublin, OH 43017-5373 |
| 10 | |
| | Kyle Everett |
| 11 | Development Specialists, Inc. |
| | 235 Pine Street, Suite 1150 |
| 12 | San Francisco, CA 94104 |
| 13 | James W. Martin |
| | DHR International |
| 14 | 5425 Wisconsin Ave., 4th Floor |
| | Chevy Chase, MD 20815 |

County of Loudoun Virginia
Belkys Escobar
1 Harrison St., S.E. 5th Fl.
Leesburg, VA 20175-3102

Matura Farrington Staffing Services, Inc.
700 So. Flower Street, Suite 2505
Los Angeles, CA 90017

Guy Davis
Protiviti Inc.
1051 East Cary Street, Suite 602
Richmond, VA 23219

George E. Shoup, III
Development Specialists, inc.
6375 Riverside Drive, Suite 200
Dublin, OH 43017-5373

Kyle Everett
Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104

James W. Martin
DHR International
5425 Wisconsin Ave., 4th Floor
Chevy Chase, MD 20815

440789_1.docx

Case: 11-31376   Doc# 1329   Filed: 06/13/13   Entered: 06/13/13 15:02:15   Page 11 of 11