Alan R. Wechsler (Bar No. 213701)
**HAYNES AND BOONE, LLP**
18100 Von Karman Avenue, Suite 750
Irvine, CA 92612
T: (949) 202-3000 | F: (949) 202-3001
alan.wechsler@haynesboone.com

Robin Phelan (Admitted *pro hac vice*)
Scott Everett (Admitted *pro hac vice*)
Stephen J. Manz (Admitted *pro hac vice*)
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
T: (214) 651-5000 | F: (214) 651-5940
robin.phelan@haynesboone.com
scott.everett@haynesboone.com
stephen.manz@hayesboone.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) **Case No.: 11-31376 DM** |
| | ) |
| HOWREY LLP, | ) Chapter 11 |
| | ) |
| Debtor. | ) Judge: Hon. Dennis J. Montali |

### CERTIFICATE OF SERVICE

I, Alan R. Wechsler, declare:

     I am a resident of the state of California and over the age of eighteen years. I am not a party to the action within. My business address is 18100 Von Karman Avenue, Suite 750, Irvine, CA 92612. On June 27, 2013, I served the following documents:

     MOTION OF HAYNES AND BOONE, LLP TO MODIFY THE ORDER GRANTING EX PARTE MOTION FOR ORDER AUTHORIZING FILING OF EXHIBITS TO REQUEST FOR (1) STATUS CONFERENCE PURSUANT TO 11 U.S.C. § 105(d)(1) AND (2) MEDIATION OF CERTAIN DISPUTES UNDER SEAL

NOTICE AND OPPORTUNITY FOR HEARING

     by U.S. mail, electronic mail or by transmission of notices of electronic filing on the attached service list as indicated.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 27, 2013

                  By:  _/s/_  Alan R. Wechsler _____
                  Alan Wechsler (Bar No. 213701)
                  **HAYNES AND BOONE, LLP**
                  18100 Von Karman Avenue, Suite 750
                  Irvine, CA 92612
                  Telephone:  (949) 202-3000
                  Facsimile:  (949) 202-3001
                  alan.wechsler@haynesboone.com

                  Robin Phelan (Admitted _pro hac vice_)
                  Scott Everett (Admitted _pro hac vice_)
                  Stephen J. Manz (Admitted _pro hac vice_)
                  **HAYNES AND BOONE, LLP**
                  2323 Victory Avenue, Suite 700
                  Dallas, Texas  75219
                  Telephone:  (214) 651-5000
                  Facsimile:  (214) 651-5940
                  robin.phelan@haynesboone.com
                  scott.everett@haynesboone.com
                  stephen.manz@haynesboone.com

                  _Attorneys for Haynes and Boone, LLP_

**_VIA CM/ECF and E-MAIL_**

**United States Trustee**
Minnie Loo, Esq.
Donna S. Tamanaha, Esq.
**_Email: Minnie.Loo@usdoj.gov_**
**_Email: Donna.S.Tamanaha@usdoj.gov_**

**Chapter 11 Trustee**
Allan B. Diamond
**_Email: adiamond@diamondmccarthy.com_**

**Counsel for the Chapter 11 Trustee**
**Diamond McCarthy, LLP**
Howard D. Ressler, Esq.
**_Email: hressler@diamondmccarthy.com_**
Stephen T. Loden, Esq.
**_Email: sloden@diamondmccarthy.com_**
Jason M. Rudd, Esq.
**_Email: jrudd@diamondmccarthy.com_**

**Kornfield Nyberg Bender & Kuhner P.C.**
Eric Nyberg
**_Email: e.nyberg@kornfieldlaw.com_**
Chris D. Kuhner
**_Email: c.kuhner@kornfieldlaw.com_**

**Debtor's Counsel**
**Wiley Rein LLP**
H. Jason Gold
**_Email: jgold@wileyrein.com_**
Valerie P. Morison
**_Email: vmorrison@wileyrein.com_**
Dylan G. Trache
**_Email: dtrache@wileyrein.com_**

**Murray & Murray**
Robert A. Franklin
**_Email: rfranklin@murraylaw.com_**
Craig M. Prim
**_Email: cprim@murraylaw.com_**
Jenny Lynn Fountain
**_Email: jfountain@murraylaw.com_**

**Duane Morris LLP**
Geoffrey A. Heaton, Esq.
**_Email: gheaton@duanemorris.com_**
Aron M. Oliner, Esq.
**_Email: roliner@duanemorris.com_**

**Law Offices of Latham & Watkins**
Kimberly A. Posin, Esq.
**_Email: kim.posin@lw.com_**

**Counsel Official Committee of Unsecured Creditors**
**Whiteford, Taylor & Preston LLP**
Bradford F. Englander, Esq.
**_Email: benglander@wtplaw.com_**
John F. Carlton, Esq.
**_Email: jcarlton@wtplaw.com_**
Justin P. Fasano, Esq.
**_Email: jfasano@wtplaw.com_**

**Counsel for The Irvine Company, LLC**
**Allen, Matkins, Leck, Gamble and Mallory**
**_Email: mgreger@allenmatkins.com_**

**Counsel for Creditor Citibank, N.A.**
**Paul, Weiss, Rifkind, Wharton & Garrison**
Kelley A. Cornish, Esq.
**_Email: kcornish@paulweiss.com_**

**McNutt Law Group LLP**
Scott H. McNutt, Esq.
**_Email: smcnutt@ml-sf.com_**

**Counsel for Creditor Protiviti, Inc.**
**Pachulski, Stang, Ziehl & Jones**
John D. Fiero, Esq.
**_Email: jfiero@pszjlaw.com_**

**Counsel for Creditor Oracle America, Inc.**
**Buchalter Nemer**
Shawn M. Christianson, Esq.
**_Email: schristianson@buchalter.com_**

**Counsel for Creditor U.S. Bank, N.A. as Trustee**
**Perkins Coie LLP**
David J. Gold, Esq.
**_Email: dgold@perkinscoie.com_**
Gabriel Liao, Esq.
**_Email: gliao@perkinscoie.com_**

**Counsel for Attorneys' Liability Assurance Society, Inc.,** *A Risk Retention Group*
**Perkins Coie LLP**
Alan D. Smith, Esq.
**_Email: adsmith@perkinscoie.com_**

**Counsel for Creditors Advanced Discovery LLC, Give Something Back, Inc., Jan Brown & Associates, Kent Daniels & Associates, Inc., L.A. Best Photocopies, Inc., WesternMessenger Service, Inc.**
**Trepel McGrane Greenfield LLP**
Christopher D. Sullivan, Esq.
*Email: csullivan@tgsdlaw.com*
Maureen A. Harrington, Esq.
*Email: mharrington@tmcglaw.com*

**Counsel for BP/CGCENTER I, LLC**
**Allen, Matkins, Leck, Gamble and Mallory**
William W. Huckins
*Email: whuckins@allenmatkins.com*

**Counsel for Creditor Warner Investment, L.P.**
**McKenna Long & Aldridge LLP**
Michael A. Isaacs, Esq.
*Email: misaacs@mckennalong.com*
*Email: aworthing@mckennalong.com*
Gregg S. Kleiner, Esq.
*Email: gkleiner@mckennalong.com*

**Counsel for Creditor Dewey & LeBoeuf LLP**
**Dewey and LeBoeuf**
Paul S. Jasper, Esq.
*Email: pjasper@dl.com*

**Counsel for Creditor Iron Mountain Information Management Inc.**
**Bartlett, Hackett and Feinberg**
Frank F. McGinn, Esq.
*Email: ffm@bostonbusinesslaw.com*

**Counsel for Creditor Hines REIT 321 North Clark Street, LLC**
**DLA Piper LLP**
Frank T. Pepler, Esq.
*Email: frank.pepler@dlapiper.com*

**Counsel for Creditor Stephanie Langley**
**Outten and Golden LLP**
Rene S. Roupinian, Esq.
*Email: rst@outtengolden.com*

**Law Offices of James D. Wood**
James D. Wood, Esq.
*Email: jdw@jdwoodlaw.com*

**Counsel for Creditor Pension Benefit Guaranty Corp.**
**Office of the Chief Counsel**
John Holland Ginsberg, Esq.
*Email: ginsberg.john@pbgc.gov*

**Counsel for Interested Party Connecticut General Life Insurance Company**
**Schnader Harrison Segal and Lewis**
Melissa Lor, Esq.
*Email:* MLor@Schnader.com

**Counsel for Howrey Claims LLC**
**McGrane LLP**
William McGrane, Esq.
*Email: William.mcgrane@mcgranellp.com*

**Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP**
Christian D. Jinkerson, Esq.
*Email: ijinkerson@kleinlaw.com*

**Counsel for Creditor Knickerbocker Properties, Inc. XXXIII**
**Seyfarth Shaw LLP**
Scott Olson, Esq.
*Email: solson@seyfarth.com*

**Counsel for Creditor Banc of America Leasing & Capital, LLC**
**Law Offices of Serlin and Whiteford**
Mark A. Serlin, Esq.
*Email: mserlin@globelaw.com*

**Counsel for Creditor Texas Comptroller of Public Accounts**
**Bankruptcy & Collections Division**
Kimberly Walsh, Esq.
*Email: bk-kwalsh@oag.state.tx.us*

**Counsel for Creditor 200 S. Main Street Investors, LLC**
**Ballard Spahr Andrews and Ingersoll**
Rebecca J. Winthrop, Esq.
*Email: WinthropR@ballardspahr.com*
Penny M. Costa, Esq.
*Email: CostaP@ballardspahr.com*

**Counsel for Creditor Citibank, N.A.**
**Peitzman Weg LLP**
Larry Peitzman, Esq.
*Email: lpeitzman@peitzmanweg.com*

**Counsel for Amy J. Fink**
**Jones Day**
Robert A. Trodella, Esq.
*Email: rtrodella@jonesday.com*

**Counsel for Harris County**
**Linebarger Goggan Blair & Sampson LLP**
John P. Dillman, Esq.
*Email: houston_bankruptcy@lgbs.com*

**Counsel for Informal Group of Certain Former Howrey Attorneys**
**Dumas & Clark LLP**
Cecily A. Dumas, Esq.
*Email:* Cecily.dumas@dumasclark.com
Robert E. Clark, Esq.
*Email:* Robert.clark@dumasclark.com

**Counsel for SAP America, Inc.**
**Cooper White & Cooper LLP**
Peter C. Califano, Esq.
*Email:* pcalifano@cwclaw.com

**Counsel for SAP America, Inc.**
**Brown & Connery LLP**
Donald K. Ludman, Esq.
*Email:* dludman@brownconnery.com

**Counsel for Jeffrey M. Judd**
**Judd Law Group**
Jeffrey M. Judd, Esq.
*Email:* jeff@juddlawgroup.com
*Email:* melanie@juddlawgroup.com

**Counsel for Cooper US, Inc.**
**Cooper Industries, Inc.**
Paula Beck Whitten, Esq.
*Email:* paula.whitten@cooperindustries.com

**Counsel for Neal Gerber & Eisenberg LLP**
**Neal Gerber & Eisenberg LLP**
Nancy J. Newman, Esq.
*Email:* nnewman@hansonbridgett.com

*VIA E-MAIL*

**Counsel for Creditor Citibank, N.A.**
**Paul, Weiss, Rifkind, Wharton & Garrison**
Kelley A. Cornish, Esq.
*Email: kcornish@paulweiss.com*
Diane Meyers, Esq.
*Email:dmeyers@paulweiss.com*
Jacob J. Adlerstein, Esq.
*Email: jadlerstein@paulweiss.com; ayoung@paulweiss.com*

**Ballard Spahr LLP**
Matthew Moncur, Esq.
*Email: moncurm@ballardspahr.com*

**EMC Corporation**
c/o Receivable Management Services
Steven Sass, Esq.
*Email: steven.sass@rmsna.com*
Ronald Rowland, Esq.
*Email: Ronald.rowland@rmsna.com*

**Olin Corporation**
S. Christian Mullgardt
*Email: scmullgardt@olin.com*

**Counsel for Certain Former Partners of Day Casebeer Madrid & Batchelder LLP**
**Morrison & Foerster LLP**
G. Larry Engel, Esq.
*Email: lengel@mofo.com*
Vincent J. Novak, Esq.
*Email:vnovak@mofo.com*
Kristin A. Hiensch, Esq.
*Email: khiensch@mofo.com*

*VIA U.S. MAIL*

Richard Burdge, Esq.
The Burdge Law Firm PC
500 S Grand Ave Ste 1500
Los Angeles, CA 90071

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899
*Attorneys for Interested Party Connecticut General Life Insurance Company*

| | |
|---|---|
| 1 | IKON Office Solutions |
| | Recovery & Bankruptcy Group 3920 |
| 2 | Arkwright Road, Suite 400 |
| | Macon, GA 31210 |
| 3 | |
| | EMC Corporation |
| 4 | c/o RMS Bankruptcy Recovery Services Attn: |
| | President or General/Managing Agent |
| 5 | P.O. Box 5126 |
| | Timonium, MD 21094-5126 |
| 6 | |
| 7 | Salter & Company LLC |
| | 4600 East-West Highway, Suite 300 |
| 8 | Bethesda, MD 20814 |
| 9 | County of Loudoun Virginia |
| | Belkys Escobar |
| 10 | 1 Harrison St., S.E. 5th Fl. |
| | Leesburg, VA 20175-3102 |
| 11 | |
| 12 | Matura Farrington Staffing Services, Inc. |
| | 700 So. Flower Street, Suite 2505 |
| 13 | Los Angeles, CA 90017 |
| 14 | |
| | Guy Davis |
| 15 | Protiviti Inc. |
| | 1051 East Cary Street, Suite 602 |
| 16 | Richmond, VA 23219 |
| 17 | |
| | George E. Shoup, III |
| 18 | Development Specialists, Inc. |
| | 6375 Riverside Drive, Suite 200 |
| 19 | Dublin, OH 43017-5373 |
| 20 | |
| | Kyle Everett |
| 21 | Development Specialists, Inc. |
| | 235 Pine Street, Suite 1150 |
| 22 | San Francisco, CA 94104 |
| 23 | |
| | James W. Martin |
| 24 | DHR International |
| | 5425 Wisconsin Ave., 4th Floor |
| 25 | Chevy Chase, MD 20815 |
| 26 | Robert Adams |
| | 6619 Marywood Rd. |
| 27 | Bethesda, MA 20817 |
| 28 | |

1
2
Gabriel Aizenberg
1363 Forest Avenue
Highland Park, IL 60035

3
4
5
Rafael Allendensalazar
Martinez Lage Allendensalazar & Brokelmann
c/ Claudio Coello 37
28001 Madrid
Spain

6
7
8
Audrey Amsellem
21 Rue Saint Guillaume
75007 Paris
France

9
10
11
12
Paraskevas Anestis
Hogan Lovells International LLP
Pericles Building
Rue de la Science 23
Brussels 1040
Belgium

13
14
Richard Beckler
7131 Arlington Road
Bethesda, MD 20814

15
16
17
Michael Bell
6517 Greentree Road
Bethesda, MD 20817

18
19
Walter Berger
22 Hunter's Crossing Dr.
Spring, Texas 77381

20
21
Sean Boland
4 E. Lenox Street
Chevy Chase, MD 20815

22
23
24
25
Helmut Brokelmann
Martinez Lage Allendensalazar & Brokelmann
c/ Claudio Coello 37
28001 Madrid
Spain

26
27
Robert Brookhiser
4433 N. Dittmar St
Arlington, VA 22207

28

| | |
|---|---|
| 1 | Stephen Cagle |
| | 5006 Tangle Lane |
| 2 | Houston, Texas 77056 |
| 3 | Mary Craig Calkins |
| | 3255 Sumac Ridge Drive |
| 4 | Malibu, CA 90265-5129 |
| 5 | Peter Chassman |
| | 6105 Burgoyne Road |
| 6 | Houston, Texas 77057 |
| 7 | Tyrone Childress |
| 8 | 453 26th Street |
| | Manhattan Beach,m CA 90266 |
| 9 | |
| 10 | Gregory Commins |
| | 1846 Macarthur Drive |
| 11 | McLean, VA 22101 |
| 12 | Marina Couste |
| | Reed Smith LLP |
| 13 | 42, avenue Raymond Poincaré |
| | Paris Cedex 16 |
| 14 | Paris 75782 |
| 15 | Martin Cunniff |
| 16 | 12243 McDonald Chapel Drive |
| | Gaithersburg, MD 20878 |
| 17 | |
| 18 | Paul Cuomo |
| | 1102 Trotting Horse Lane |
| 19 | Great Falls, VA 22066 |
| 20 | Ben Davidson |
| | 1836 Parnell Ave |
| 21 | Los Angeles, CA 90025 |
| 22 | Lloyd Day |
| 23 | 178 Pinion Avenue |
| | Portola Valley, CA 94028 |
| 24 | |
| 25 | Thomas Dillichkrath |
| | 1023 North Royal Street |
| 26 | Alexandria, VA 22314 |
| 27 | Gregory Duffey |
| | 6221 Haskell |
| 28 | Houston, Texas 77007 |

| | |
|---|---|
| 1 | Thomas Fina |
| | 1905 Duffield Lane |
| 2 | Alexandria, VA 22307 |
| 3 | Amy Fink |
| | 16624 Calle Jermaine |
| 4 | Pacific Palisades, CA 90272 |
| 5 | Gary Fichman |
| | 11302 Jamestown Road |
| 6 | Houston, Texas 77024 |
| 7 | |
| | John Froemming |
| 8 | 5225 Elliott Road |
| | Bethesda, MD 20816 |
| 9 | |
| | Julie Gabler |
| 10 | Rue du Prevot 115 |
| 11 | 1050 Brussels |
| | Belgium |
| 12 | |
| | Jerrold Ganzfried |
| 13 | 6404 Fallen Oak Ct. |
| | Bethesda, MD 20817 |
| 14 | |
| 15 | Bobby Ghajar |
| | 25420 Prado de las |
| 16 | Calabasas, CA 91302 |
| 17 | Theresa Gillis |
| | 322 Central Park West |
| 18 | New York, NY 10025 |
| 19 | |
| | Alan Grimaldi |
| 20 | 12417 Frost Ct |
| | Potomac, MD 20854 |
| 21 | |
| 22 | Jacqueline Grise |
| | Cooley LLP |
| 23 | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington, DC  20004 |
| 24 | |
| 25 | Marc Groebel |
| | Jones Day |
| 26 | Prinzregentenstr. 11 |
| | 80538 Munich |
| 27 | Federal Republic of Germany |
| 28 | |

Edward Han
155 Quincy Street
Chevy Chase, MD 20815

Robert Harkins
2524 Warning St
Berkley, CA 94704-3111

William Henry
3909 Woodbine Street
Chevy Chase, MD 20815

James Hibey
4213 Dunnel Lane
Kensington, MD 20895

Michael Jahnke
Loeb & Loeb LLP
901 New York Avenue NW, Suite 300 East
Washington, DC 20001

Thomas Jenkins
654 North Oakley Blvd.
Chicago, IL 60612

Merritt Johnson
1923 South Blvd.
Houston, Texas 77098

Francios Jonqueres
Reed Smith LLP
42, avenue Raymond Poincaré
Paris Cedex 16
Paris 75782
France

Susan Kayser
2326 S Queen St
Arlington, VA 22202

Gilbert Keteltas
8624 Fenway Drive
Bethesda, MD 20817

John Keville
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002-5242

| | |
|---|---|
| 1 | Mark Klapow |
| | 4707 Cumberland Ave |
| 2 | Chevy Chase, MD 20815 |
| | |
| 3 | Erik Koons |
| | 1118 N. Johnson St |
| 4 | Arlington, VA 22201 |
| | |
| 5 | James Kress |
| | 9634 Weatherford Oak St |
| 6 | Bethesda, MD 20817 |
| | |
| 7 | Vivian Kuo |
| 8 | 510 North Monroe Street |
| | Arlington, VA 22201 |
| 9 | |
| | Santiago Martinez Lage |
| 10 | Martinez Lage Allendensalazar & Brokelmann |
| 11 | c/ Claudio Coello 37 |
| | 28001 Madrid |
| 12 | Spain |
| 13 | |
| | Claude Lazarus |
| 14 | Bird & Bird |
| | Centre d'Affaires Edouard VII |
| 15 | 3 square Edouard VII |
| | Paris 75009 |
| 16 | France |
| 17 | |
| | Andrew Lazerow |
| 18 | 7026Winterberry Lane |
| | Bethesda, MD 20817 |
| 19 | |
| | Joseph Lechtenberger |
| 20 | 14919 Cindywood |
| | Houston, Texas 77079 |
| 21 | |
| 22 | Joanne Lichtman |
| | 3623 Shannon Road |
| 23 | Los Angeles, CA 90027 |
| 24 | |
| | Charles Loughlin |
| | 4405 Bywood Lane |
| 25 | Bethesda, MD 20814 |
| 26 | |
| | Stephen Lundwall |
| 27 | 14319 St. Pierre Lane |
| | Cypress, Texas 77429 |
| 28 | |

Christopher MacAvoy
6514 Deidre Terrace
McLean, VA 22101

Margaret MacDonald
P.O. Box 57
Garrett Park, MD 20896-0057

David Mancini
2708 Earls Court
Vienna, VA 22181

Christopher Marraro
13616 Spinning Wheel Drive
Germantown, MD 20874

William Martin
1624 Jonquil Street NW
Washington, DC 20012

Elizabeth McCallum
4808 14th Street, NW
Washington, DC 20011

Michael McGaughey
716 N. June St
Los Angeles, CA 90038

Scott Mendeloff
2743 North Dayton Street
Chicago, IL 60614

David Meyer
10721 Hepburn Circle
Culver City, CA 90232

Peter Moll
2001 Whiteoaks Drive
Alexandria, VA 22306

Mary Moltenbrey
701 Pennsylvania Avenue NW
Washington, DC 20004

~~Jackie Nakamura~~
~~112 Capistrano Place~~
~~Los Gatos, CA 90532~~
UNABLE TO LOCATE

Floyd Nation
1111 Louisiana
Houston, Texas 77002

James Newland
11755 Gailemont Court
Woodbridge, VA 22192

John Nields
1023 Pine Hill Rd.
McLean, VA 22101

John Nilsson
17918 Shotley Bridge Place
Onley, MD 20832

John O'Neill
3731 Olympia Dr.
Houston, Texas 77019-3029

Joseph Ostoyich
6219 Walhonding Road
Bethesda, MD 20816

Jeffrey Phillips
5206 Locust St
Bellaire, Texas 77401

Robert Phillips
30 Somerset Lane
Mill Valley, CA 94941

James Pistorino
224 Lexington Drive
Menlo Park, CA 94025

Curtis Porterfield
3167 Stone Oak Drive
Los Angeles, CA 90049

Romeo Quinto
2 Buckinmgham Pl
Lincolnshire, IL 60069

Jason Roafield
6001 Plainview Road
Bethesda, MD 20817

Andrew Reidy
6231 Park Road
McLean, VA 22101

Michael Resch
5724 Willowtree Dr
Agoura Hills, CA 91301

Jonathan Retsky
167 Euclid Avenue
Glencoe, IL 60022

Marc Reysen
O'Melveny & Myers
Blue Tower
Avenue Louise 326
1050 Brussels
Belgium

Richard Ripley
1118 Dale Drive
Silver Springs, MD 20910

Brian Rosenthal
1537 N Ivanhoe Street
Arlington, VA 22205

Robert Ruyak
121 Ednor Road
Silver Springs, MD 20905-5001

Marc Schildkraut
5151 33rd St NW
Washington, DC 20008

Eric Schlichter
Winston & Strawn, LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Catherine Serafin
1081 Papermill Court, NW
Washington, DC 20007

Daniel Shvodian
1195 Hillview Drive
Menlo Park, CA 94025

| | |
|---|---|
| 1 | Brian Simmons |
| | 5414 Pine Street |
| 2 | Bellaire, Texas 77401 |
| 3 | Jennifer Sklenar |
| | 8001 Highland Trail |
| 4 | Los Angeles, CA 90046 |
| 5 | Andrew Sommer |
| | 206 Lake View Way NW |
| 6 | Leesburg, VA 20176 |
| 7 | |
| | Richard Stanley |
| 8 | 3300 Green Tree Park |
| | Houston, Texas 77007 |
| 9 | |
| 10 | David Steuber |
| | 15 Emerald Bay |
| 11 | Laguna Beach, CA 92651 |
| 12 | David Stewart |
| | 260 Dorffel Drive East |
| 13 | Seattle, WA 98112 |
| 14 | |
| | Terry Sullivan |
| 15 | 7111 Elizabeth Drive |
| | McLean, VA 22101 |
| 16 | |
| 17 | John Taladay |
| | 6903 Armat Dr |
| 18 | Bethesda, MD 20817 |
| 19 | William Um |
| | 1813 Via Arriba |
| 20 | Palos Verdes Estates, CA 90274 |
| 21 | James Valentine |
| | 482 Monterey Avenue |
| 22 | Los Gatos, CA 95030 |
| 23 | |
| | Tyler VanHoutan |
| 24 | 303 B. Birdsall St |
| | Houston, Texas 77007 |
| 25 | |
| 26 | Joseph Walker |
| | 4520 17th Street NW |
| 27 | Washington, DC 20011 |
| 28 | |

| | |
|---|---|
| 1 | Brian Wallach |
| | 8000 Coach Street |
| 2 | Potomac, MD 20854 |
| 3 | Charles Webb |
| | 1316 Kurtz Road |
| 4 | McLean, VA 22101 |
| 5 | Stephen Weisssman |
| | 6229 29th Street NW |
| 6 | Washington, DC 20015 |
| 7 | |
| | Evan Werbel |
| 8 | 5606 Marengo Rd. |
| | Bethesda, MD 20816 |
| 9 | |
| | Jason White |
| 10 | 1245 W Lill Avenue |
| 11 | Chicago, IL 60614 |
| 12 | Thomas Williams |
| | 1042 Home Avenue |
| 13 | Oak Park, IL 60304 |
| 14 | |
| | Alan Wiseman |
| 15 | 11405 Big Piney Way |
| | Potomac, MD 20854 |
| 16 | |
| | Matthew Wolf |
| 17 | 3375 Stephenson P 1 NW |
| 18 | Washington, DC 20015 |
| 19 | Wallace Wu |
| | 2428 Avenida De La Rosa |
| 20 | Camarillo, CA 93012 |
| 21 | Steven Yovitis |
| | 429 N. Clinton Street |
| 22 | Chicago, IL 60654 |
| 23 | |
| | Joanne Zaccaro |
| 24 | 245 S. Swall Drive |
| | Beverly Hills, CA 90211 |
| 25 | |
| 26 | Carmine Zarlenga |
| | 3501 Rose Crest Lane |
| 27 | Fairfax, VA 22033 |
| 28 | |

Brent Allen
14 Crescent Place
Takoma Park, MD 20912

David Anderson
Hoke LLC
117 N. Jefferson St., Suite 100
Chicago, IL 60661-2313

Gregory Ballard
181 East 73rd Street
New York, NY 10021

James Batchelder
97 Sutherland Drive
Atherton, CA 94027

Gary Bendinger
340 Valley Road
COS COB, CT 06807

Jill Berkley
652 Sheridan Road
Evanston, IL 60202

Henry Bunsow
2057 Third Avenue
Napa, CA 94558

David Buoncristiani
2249 Oakdale Road
Hillsborough, CA 94010

Kevin Burke
22 Brinckerhoff Avenue
New Canaan, CR 06840

Krista Carter
1256 Curtiss Avenue
San Jose, CA 95126

Korula Cherian
1770 Arch Street
Berkley, CA 94709

David Clough
10162 S. Longwood Dr.
Chicago, IL 60643-2057

Frank Cote
18780 Fairfax Lane
Huntington Beach, CA 92648

Michael Cowie
5511 Uppingham Street
Chevy Chase, MD 20815

Roman Darmer
1843 Port Stirling
New Port Beach, CA 92660

David Dekker
9101 Vendome Drive
Bethesda, MD 20817

Gotz Drauz
Wilson Sonsini Goodrich & Rosati's
Rue Montoyer 47
1000 Brussels
Belgium

Wesley Felix
1510 Kristianna Circle
Salt Lake City, UT 84103

John Foust
2967 Calingford Lane
Vallejo, CA 94591

Robert Galvin
21502 Saratoga Hts Dr
Saratoga, CA 95070

Jeffrey Gans
1712 Crestview Drive
Potomac, MD 20854

Scott Garner
26125 Oroiville Place
Laguna Hills, CA 92653

Damien Geradin
Covington & Burling LLP
Kunstlaan 44/
44 Avenue des Arts
1040 Brussels
Belgium

Geoffrey Godfrey
4715 Torrey Pines Circle
San Jose, CA 95124

Geert Goeteyn
Sherman & Sterling LLP
Avenue des Arts 56
B-1000 Brussels
Belgium

Robert Gooding
1933 Port Weybridge Place
Newport Beach, CA 92660

Shaun Goodman
Kirkland & Ellis LLP
30 St Mary Axe
London, EC3A 8AF
United Kingdom

Clayton Hataway
11435 Tankbark Drive
Reston, VA 20191

John Heisse
8 Wolfback Ridge
Sausalito, CA 94965

Sarah Jalali
99 Beuna Vista Terrace
San Franscisco, CA 94117\

Julian Joshua
Steptoe & Johnson LLP
Avenue Louise 489
B-1050 Brussels
Belgium

Patricia Kammerer
208 Hoskins Trail
Boerne, Texas 78006

Konstantinos Katsiris
300 Rector Place
New York, NY 10280

Roger Klein
6313 Kenhowe Dr.
Bethesda, MD 20817

Kenneth Kliebard
2285 West Course Drive
Riverwoods, IL 60015-1765

Viola Kung
1 Knoll Vista
Atherton, CA 94027

Melissa Lesmes
3707 Taylor Street
Chevy Chase, MD 20815

Ezra Levine
1177 22nd St. NW, Unit 9E
Washington, DC 20037-1261

David Long
13109 Anvil Place
Herndon, VA 20171

Daven Lowhurst
424 El Cerrito Avenue
Piedmont, CA 94611

Martina Maier
McDermott Will & Emery
Avenue des Nerviens 9-31
1040 Brussels
Belgium

Duane Mathiowetz
55 Shelley Drive
Mill Valley, CA 94941-1520

Stephen Mavroghenis
Sherman & Sterling LLP
Avenue des Arts 56
B-1000 Brussels
Belgium

Michael McNamara
3636 Van Ness Street
Washington, DC 20008

Maarten Meulenbelt
Sidley Austin LLP
NEO Building
Rue Montoyer 51 Montoyerstraat
B-1000 Brussels
Belgium

William Nelson
1652 Begen Avenue
Mountain View, CA 94040

Andrew Ness
3824 Military Road
Arlington, VA 22207

Kevin O'Brien
223 E. Street SE
Washington, DC 20003

Stephen O'Neal
312 Maverick Court
Lafayette, CA 94549

Melinda Patterson
1636 Arlington
Houston, Texas 77008

Fiona Philip
16018 Partell Court
Bowie, MD 20716

Andrew Piatnicia
12508 Woodside Court
Saratoga, CA 95070

John Ralls
641 Parrott Drive
San Mateo, CA 94402

Constance Ramos
555 Peirce St, Apt. 1044
Albany, CA 94706

Miguel Rato
Sherman & Sterling LLP
Avenue des Arts 56
B-1000 Brussels
Belgium

Bert Reiser
11113 Glade Drive
Reston, VA 20191

Glenn Rhodes
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111

William Wooklidge
3240 Rimcrest Circle
Laguna Beach, CA 92651

Scott Schutte
226 North Ridgeland
Oak Park, IL 60302

Laura Shores
4711 32nd Street NW
Washington, DC 20008-2225

Robert Shulman
7105 Denton Road
Bethesda, MD 20814

Isabelle Smith
12 Menton
Newport Castle, CA 92657

Trevor Soames
Avenue des arts 56
B-1000 Brussels
Belgium

Michael Stimson
3323 Brenham St
Tustin, CA 92782

Christopher Sullivan
961 Twin Creek Circle
Salt Lake City, UT 84108

Clark Thiel
622 Blair Avnue
Piedmont, CA 94611

Robert Thum
47 Halderman Road
Santa Monica, CA 90402-1003

| | |
|---|---|
| 1 | Janelle Waack |
| | 3335 Memorial Crest Blvd. |
| 2 | Houston, Texas 77007 |
| 3 | Robert Whales |
| | 10 Falkirk Lane |
| 4 | Hillsborough, CA 94010 |
| 5 | Barbara Werther |
| | 7913 Quarry Ridge Way |
| 6 | Bethesda, MD 20817 |
| 7 | Mark Whitaker |
| 8 | 10605 Fournier Dr. |
| | Fairfax Station, VA 22039 |
| 9 | |
| 10 | Paul Alexander |
| | Arnold & Porter LLP |
| 11 | 1801 Page Mill Road, Suite 110 |
| | Palo Alto, CA 94304-1216 |
| 12 | |
| 13 | Barbara O. Bruckmann |
| | Baker Botts L.L.P. |
| 14 | The Warner |
| | 1299 Pennsylvania Ave., N.W. |
| 15 | Washington, DC 20004-2400 |
| 16 | Gregory Baker |
| | Baker & Hostetler LLP |
| 17 | Washington Square, Suite 1100 |
| 18 | 1040 Connecticut Avenue, NW |
| | Washington, DC 20036-5304 |
| 19 | |
| 20 | John F. Bruce |
| | Baker & Hostetler LLP |
| 21 | Washington Square, Suite 1100 |
| | 1040 Connecticut Avenue, NW |
| 22 | Washington, DC 20036-5304 |
| 23 | Joanne E. Caruso |
| | 245 S Swall Drive |
| 24 | Beverly Hills, CA 90211 |
| 25 | Gregory Langsdale |
| 26 | Cadwalader Wickersham & Taft LLP |
| | 700 Sixth Street, N.W. |
| 27 | Washington, DC 20001 |
| 28 | |

| | |
|---|---|
| 1 | Elizabeth Wright<br>Cadwalader Wickersham & Taft LLP |
| 2 | 700 Sixth Street, N.W.<br>Washington, DC  20001 |
| 3 | |
| 4 | Thomas Isaacson<br>Covington & Burling LLP |
| 5 | 1201 Pennsylvania Ave., NW<br>Washington, DC  20004-2401 |
| 6 | Cecil Key |
| 7 | Law Offices of Cecil Key<br>1934 Old Gallows Rd., Suite 350 |
| 8 | Vienna, VA  22182 |
| 9 | Allen R. Bachman |
| 10 | Eckert Seamans Cherin & Mellott, LLC<br>1717 Pennsylvania Ave., NW, 12th Floor |
| 11 | Washington, DC  20006 |
| 12 | Teresa Corbin<br>Fenwick & West LLP |
| 13 | 555 California Street<br>San Francisco, CA  94104 |
| 14 | |
| 15 | John Evans<br>Fulbright & Jaworski L.L.P. |
| 16 | 85 Fleet Street<br>London EC4Y 1AE |
| 17 | United Kingdom |
| 18 | Elizabeth Weaver |
| 19 | Fulbright & Jaworski L.L.P.<br>555 South Flower St., 41st Floor |
| 20 | Los Angeles, CA  90071 |
| 21 | Aaron R. Gruber |
| 22 | Jones Day LLP<br>555 California St., 26th Floor |
| 23 | San Francisco, CA  94104 |
| 24 | Kent W. Lindsay |
| 25 | Jones Day LLP<br>555 California St., 26th Floor |
| 26 | San Francisco, CA  94104 |
| 27 | Martha K. Gooding |
| 28 | Jones Day LLP<br>3161 Michelson Dr., Suite 800<br>Irvine, CA  92612-4408 |

1
2   Maria Tan Pederson
    K&L Gates LLP
3   1601 K Street N.W.
    Washington, DC  20006-1600

4   Lara D. Degenhart Cassidy
    Law Office of Lara Degenhart Cassidy
5   700 13th St., N.W., Suite 600
    Washington, DC  20005
6

7   ~~Stephen S. Hill~~
    ~~Law Office of Stephen Hill~~
8   ~~1299 Pennsylvania Ave., NW~~
    ~~Washington, DC  20004~~
9   UNABLE TO LOCATE

10  Michael P. Padden
    Levenfeld Pearlstein, LLC
11  2 N. LaSalle St., Suite 1300
    Chicago, IL  60602
12

13  Dale J. Giali
    Mayer Brown LLP
14  350 South Grand Ave., 25th Floor
    Los Angeles, CA  90071-1503
15

16  Thomas McQuail
    Morrison & Foerster LLP
17  Boulevard Louis Schmidt 29
    1040 Brussels
18  Belgium

19
    Henry A. Petri, Jr.
20  Novak Druce + Quigg LLP
    1875 Eye Street, NW, 11th Floor
21  Washington, DC  20006

22  Stephen Palley
    Ober Kaler
23  1401 H Street, NW, Suite 500
    Washington, DC  20005
24

25  Alcitepe Akin
    Bailey Law PC
26  805 15th Street, NW, Suite 501
    Washington, DC  20005
27

28

Paul W. Berning
Law Offices of Paul W. Berning
2381 Mariner Square Dr., Suite 180
Alameda, CA  94501-6464

Christopher L. Kelley
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA  94304-1212

William West
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC  20037-1122

Keith A. Meyer
Reed Smith LLP
355 South Grand Ave., Suite 2900
Los Angeles, CA  90071

James (Jim) McCarney
UNABLE TO LOCATE

John F. Lynch
Wachtell, Lipton,, Rosen & Katz LLP
51 West 52nd Street
New York, NY  10019

Alan S. Cooper
Wiley Rein LLP
1776 K Street, NW
Washington, DC  20006

John D. Norris
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242

Mark Clifford Schechter
Cooley LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004