**DIAMOND McCARTHY LLP**
Andrew B. Ryan, Esq. *(pro hac vice)*
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199
aryan@diamondmccarthy.com

*Counsel for Allan B. Diamond*
*Chapter 11 Trustee for Howrey LLP*

**KORNFIELD, NYBERG, BENDES & KUHNER P.C.**
Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669

*Local Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HOWREY LLP,<br><br>        Debtor. | Case No. 11-31376 DM<br>Chapter 11<br>Hon. Dennis Montali<br><br>**NOTICE AND OPPORTUNITY FOR HEARING** |

**NOTICE IS HEREBY GIVEN** that on August 15, 2013, Allan B. Diamond, in his capacity as chapter 11 trustee for the estate of Howrey LLP (the "Trustee") filed his Motion for Entry of Order Approving the B&H Bundled Settlement (the "Settlement Motion") (Docket No. 1421).

**NOTICE IS FURTHER GIVEN** that Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be

followed and any objection to the relief requested in the Settlement Motion, or request for hearing, must be filed and served upon counsel for the Trustee within 21 days of the date of service of this Notice.

**NOTICE IS FURTHER GIVEN** that any objection or request for hearing must be accompanied by any declarations or memoranda of law that the party wishes to present in support of its position.

**NOTICE IS FURTHER GIVEN** that if no objection or request for hearing is timely filed within the time prescribed, the Court may enter an order granting the relief by default. In the event an objection or request for hearing is timely filed, counsel for the Trustee will provide at least seven (7) days' notice of the hearing date to the objecting party and all parties in interest.

Dated: August 16, 2013        /s/ Andrew B. Ryan
Andrew B. Ryan, Esq. *(pro hac vice)*
DIAMOND McCARTHY LLP
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199
*Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

Eric A. Nyberg, Esq. (Bar No. 131105)
KORNFIELD, NYBERG, BENDES
& KUHNER, P.C.
Chris D. Kuhner, Esq. (Bar No. 173291)
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669
*Local Counsel for Allan B. Diamond, Trustee*

329134-1

2

# NOTICE OF SERVICE

__X__ (CM/ECF) The document was electronically served on the parties to this action via the mandatory United States Bankruptcy Court of California CM/ECF system upon filing of above described document:

**SEE ATTACHED SERVICE LIST**

__X__ (ELECTRONIC MAIL SERVICE) By electronic mail (e-mail) the above listed document(s) without error to the email address(es) set forth below on this date:

**SEE ATTACHED SERVICE LIST**

__X__ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents for mailing in the United States Mail, first class postage prepaid, at Houston, Texas, to the parties listed, at their last known mailing addresses, on this date:

**SEE ATTACHED SERVICE LIST**

____ (OVERNIGHT COURIER) By depositing a true and correct copy of the above referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

____ (COURIER SERVICE) By providing true and correct copies of the above referenced documents [with copies of the supporting detailed invoices/attorney time records for the Final Fee Application] via courier delivery, to the following on or about _____:

____ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those people listed on the attached service list, on the date above written.

*/s/ Andrew B. Ryan*
Andrew B. Ryan

**VIA CM/ECF:**

| | |
|---|---|
| **United States Trustee** | Minnie Loo, Esq.<br>Donna S. Tamanaha, Esq.<br>Office of the U.S. Trustee<br>235 Pine Street. 7th Floor<br>San Francisco, CA 94104-3484<br>*Email:* Minnie.Loo@usdoj.gov<br>*Email:* Donna.S.Tamanaha@usdoj.gov<br>*Email:* USTPRegion17.SF.ECF@usdoj.gov<br>*Email:* ltroxas@hotmail.com |
| **Chapter 11 Trustee** | Allan B. Diamond<br>**Diamond McCarthy, LLP**<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, Texas 77010<br>*Email*: adiamond@diamondmccarthy.com |
| **Counsel for the Chapter 11 Trustee** | **Diamond McCarthy, LLP**<br>Howard D. Ressler, Esq.<br>*Email:* hressler@diamondmccarthy.com<br>Stephen T. Loden, Esq.<br>*Email:* sloden@diamondmccarthy.com<br>Jason M. Rudd, Esq.<br>*Email:* jrudd@diamondmccarthy.com<br>Andrew B. Ryan, Esq.<br>*Email:* aryan@diamondmccarthy.com<br><br>**Kornfield Nyberg Bender & Kuhner P.C.**<br>Eric Nyberg<br>*Email:* e.nyberg@kornfieldlaw.com<br>Chris D. Kuhner<br>*Email:* c.kuhner@kornfieldlaw.com |
| **Debtor's Counsel** | **Wiley Rein LLP**<br>H. Jason Gold<br>Valerie P. Morison<br>Dylan G. Trache<br>*Email*: jgold@wileyrein.com<br>*Email*: vmorrison@wileyrein.com<br>*Email*: dtrache@wileyrein.com<br><br>**Murray & Murray**<br>Robert A. Franklin<br>Craig M. Prim<br>Jenny Lynn Fountain<br>*Email*: rfranklin@murraylaw.com<br>*Email*: cprim@murraylaw.com<br>*Email*: jfountain@murraylaw.com |

329134-1

4

| | | |
|---|---|---|
| | | Joel D. Adler |
| | | *Email:* jadler@adlerlaw.net |
| | **Duane Morris LLP** | Geoffrey A. Heaton, Esq. |
| | | *Email:* gheaton@duanemorris.com |
| | | Aron M. Oiner, Esq. |
| | | *Email:* roliner@duanemorris.com |
| | **Law Offices of Latham & Watkins** | Kimberly A. Posin, Esq. |
| | | *Email:* kim.posin@lw.com |
| | | *Email:* colleen.greenwood@lw.com |
| | **Murray & Murray** | Craig M. Prim, Esq. |
| | | *Email:* cprim@murraylaw.com |
| | | Robert A. Franklin, Esq. |
| | | *Email:* rfranklin@murraylaw.com |
| | | Jenny L. Fountain, Esq. |
| | | *Email:* jlfountain@murraylaw.com |
| | **Official Committee of Unsecured Creditors** | **Whiteford, Taylor & Preston LLP** |
| | | Bradford F. Englander, Esq. |
| | | *Email:* benglander@wtplaw.com |
| | | John F. Carlton, Esq. |
| | | *Email:* jcarlton@wtplaw.com |
| | | Justin P. Fasano, Esq. |
| | | *Email:* jfasano@wtplaw.com |
| | **Counsel for The Irvine Company, LLC** | **Allen Matkins, et al.** |
| | | *Email:* mgreger@allenmatkins.com |
| | | *Email:* krodriguez@allenmatkins.com |
| | **Counsel for Creditor Citibank, N.A.** | **Paul, Weiss, Rifkind, Wharton & Garrison** |
| | | Kelley A. Cornish, Esq. |
| | | *Email:* kcornish@paulweiss.com |
| | | **McNutt Law Group, LLP** |
| | | Scott H. McNutt, Esq. |
| | | *Email:* smcnutt@ml-sf.com |
| | **Counsel for Creditor Protiviti, Inc.** | **Pachulski, Stang, Ziehl & Jones** |
| | | John D. Fiero, Esq. |
| | | *Email:* jfiero@pszjlaw.com |
| | | *Email:* ksuk@pszjlaw.com |
| | | *Email:* ocarpio@pszjlaw.com |
| | **Counsel for Creditor Oracle America, Inc.** | **Buchalter Nemer** |
| | | Shawn M. Christianson, Esq. |
| | | *Email:* schristianson@buchalter.com |

| | | |
|---|---|---|
| **Counsel for Creditor U.S. Bank, N.A., as Trustee** | | **Perkins Coie LLP**<br>David J. Gold, Esq.<br>*Email:* *dgold@perkinscoie.com*<br>Gabriel Liao, Esq.<br>*Email:* *gliao@perkinscoie.com* |
| **Counsel for Attorneys' Liability Assurance Society, Inc., *A Risk Retention Group*** | | **Perkins Coie LLP**<br>Alan D. Smith, Esq.<br>*Email:* *adsmith@perkinscoie.com* |
| **Counsel for Creditors Advanced Discovery LLc, Give Something Back, Inc., Jan Brown & Associates, Kent Daniels & Associates, Inc., L.A. Best Photocopies, Inc., Western Messenger Service, Inc.** | | **Trepel McGrane Greenfield LLP**<br>Maureen A. Harrington, Esq.<br>*Email:* *mharrington@tmcglaw.com*<br>Christopher D. Sullivan, Esq.<br>*Email:* *csullivan@tgsdlaw.com*<br>A. Morgan Jones, Esq.<br>*Email:* *amorganjones@msn.com*<br>*Email:* *truckeepam@yahoo.com* |
| **Counsel for BP/CGCENTER I, LLC** | | **Allen, Matkins, Leck, Gamble and Mallory**<br>William W. Huckins<br>*Email:* *whuckins@allenmatkins.com* |
| **Counsel for Creditor Warner Investment, L.P.** | | **McKenna Long and Aldridge LLP**<br>Gregg S. Kleiner, Esq.<br>*Email:* *gkleiner@mckennalong.com*<br>Michael A. Isaacs, Esq.<br>*Email:* *misaacs@mckennalong.com*<br>*Email:* *aworthing@mckennalong.com* |
| **Counsel for Creditor Dewey & LeBoeuf LLP** | | **Dewey and LeBoeuf**<br>Paul S. Jasper, Esq.<br>*Email*: *pjasper@dl.com* |
| **Counsel for Creditor Iron Mountain Information Management Inc.** | | **Bartlett, Hackett and Feinberg**<br>Frank F. McGinn, Esq.<br>*Email:* *ffm@bostonbusinesslaw.com* |
| **Counsel for Creditor Hines REIT 321 North Clark Street, LLC** | | **DLA Piper LLP**<br>Frank T. Pepler, Esq.<br>*Email:* *frank.pepler@dlapiper.com* |
| **Counsel for Creditor Stephanie Langley** | | **Outten and Golden LLP**<br>Rene S. Roupinian, Esq.<br>*Email:* *rst@outtengolden.com*<br>*Email:* *jxh@outtengolden.com* |
| **Counsel for Creditor Stephanie Langley** | | **Law Offices of James D. Wood**<br>James D. Wood, Esq.<br>*Email*: *jdw@jdwoodlaw.com* |

| | | |
|---|---|---|
| | **Counsel for Creditor Pension Benefit Guaranty Corp.** | **Office of the Chief Counsel**<br>John Holland Ginsberg, Esq.<br>*Email:* ginsberg.john@pbgc.gov |
| | **Counsel for Interested Party Connecticut General Life Insurance Company** | **Schnader Harrison Segal and Lewis**<br>Melissa Lor, Esq.<br>*Email:* MLor@Schnader.com |
| | **Counsel for Howrey Claims LLC** | **McGrane LLP**<br>William McGrane, Esq.<br>*Email:* william.mcgrane@mcgranellp.com |
| | | **Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP**<br>Christian D. Jinkerson, Esq.<br>ijinkerson@kleinlaw.com |
| | **Counsel for Interested Party Connecticut General Life Insurance Co.** | Melissa Lor<br>*Email*: mlor@schnader.com |
| | **Counsel for Creditor Knickerbocker Properties, Inc. XXXIII** | **Seyfarth Shaw LLP**<br>Scott Olson, Esq.<br>*Email*: solson@seyfarth.com |
| | **Counsel for Creditor Texas Comptroller of Public Accounts** | **Bankruptcy & Collections Division**<br>Kimberly Walsh, Esq.<br>*Email:* bk-kwalsh@oag.state.tx.us |
| | **Counsel for Creditor 200 S. Main Street Investors, LLC** | **Ballard Spahr Andrews and Ingersoll**<br>Rebecca J. Winthrop, Esq.<br>*Email:* WinthropR@ballardspahr.com<br>Penny M. Costa, Esq.<br>*Email*: costap@ballardspahr.com |
| | **Counsel for Creditor Citibank, N.A.** | **Peitzman Weg LLP**<br>Larry Peitzman, Esq.<br>*Email:* lpeitzman@peitzmanweg.com |
| | **Counsel for Amy J. Fink** | **Jones Day**<br>Robert A. Trodella<br>*Email*: rtrodella@jonesday.com |
| | **Counsel for Harris County** | **Linebarger Goggan Blair & Sampson LLP**<br>John P. Dillman<br>*Email*: houston_bankruptcy@lgbs.com |
| | **Counsel for Informal Group of Certain Former Howrey Attorneys and Defendant Unum Life Insurance Company of America** | **Dumas & Clark LLP**<br>Cecily A. Dumas<br>*Email*: Cecily.dumas@dumasclark.com<br>Robert E. Clark<br>*Email:* Robert.clark@dumasclark.com |

| | | |
|---|---|---|
| **Counsel for SAP America, Inc.** | **Cooper White & Cooper LLP** <br> Peter C. Califano <br> *Email*: pcalifano@cwclaw.com | |
| **Counsel for SAP America, Inc.** | **Brown & Connery LLP** <br> Donald K. Ludman, Esq. <br> *Email:* dludman@brownconnery.com | |
| **Counsel for McKenna Long and Aldridge** | Michael A. Isaacs, Esq. <br> *Email*: misaacs@mckennalong.com <br> aworthing@mckennalong.com | |
| **Counsel for Jeffrey M. Judd** | **Judd Law Group** <br> Jeffrey M. Judd, Esq. <br> *Email*: jeff@juddlawgroup.com <br> melanie@juddlawgroup.com | |
| **Counsel for McGrane LLP** | William Joseph Walraven, Esq. <br> *Email:* anna.song@mcgranellp.com | |
| **Counsel for Cooper US, Inc.** | **Cooper Industries, Inc.** <br> Paula Beck Whitten, Esq. <br> *Email:* paula.whitten@cooperindustries.com | |
| **Counsel for Neal Gerber & Eisenberg LLP** | **Hanson Bridgett LLP** <br> Nancy J. Newman <br> *Email*: nnewman@hansonbridgett.com | |
| **Counsel for Defendant Kelly Services, Inc.** | Ruth Elin Auerbach, Esq. <br> *Email:* attorneyruth@sbcglobaln.net | |
| **Counsel for Creditor Rami Dalal** | Teresa A. Blasberg, Esq. <br> *Email:* tablasberg@earthlink.net | |
| **Counsel for Defendant Sheppard Mullin Richter & Hampton LLP** | Richard W. Brunette, Esq. <br> *Email:* rbrunette@sheppardmullin.com <br> *Email:* rryland@sheppardmullin.com | |
| **Counsel for Defendant Barbara G. Werther** | Louis J. Cisz, III, Esq. <br> *Email:* lcisz@nixonpeabody.com | |
| **Counsel for Defendant Davidson Law Group, Ralls & Niece LLP, Ropes & Gray LLP, Ben Davidson, Geert Goeteyn, John W. Ralls, Stephen Mavroghenis, Informal Group of Certain Former Howrey Attorneys, and Teresa Corbin** | Robert E. Clark, Esq. <br> *Email:* robert.clark@dumasclark.com | |

| | | |
|---|---|---|
| 1 | **Counsel for Defendant Recommind, Inc.** | Patrick M. Costello, Esq. |
| 2 | | *Email:* pcostello@vectislawgroup.com |
| | | *Email:* clee@vectislawgroup.com |
| 3 | **Counsel for Defendant Hogan Lovells US LLP** | Diana D. DiGennaro, Esq. |
| | | *Email:* diana.digennaro@aporter.com |
| 4 | | *Email:* jhoskins@howardrice.com |
| 5 | | Jonathan Hughes, Esq. |
| | | *Email:* jonathan.hughes@aporter.com |
| | | *Email:* joanne.caruso@aporter.com |
| 6 | | Pamela Phillips, Esq. |
| 7 | | *Email:* pamela.phillips@aporter.com |
| | | *Email:* sfcalendar@aporter.com |
| 8 | | |
| | **Counsel for Defendant James R Batchelder,** | G. Larry Engel, Esq. |
| 9 | **And Interested Party Certain Former Partners** | *Email:* lengel@mofo.com |
| | **Partners of Day Casebeer Madrid & Batchelder LLP** | Vincent J. Novak |
| 10 | | *Email:* vnovak@mofo.com |
| | | *Email:* jkline@mofo.com |
| 11 | | |
| | **Counsel for Defendant Baker Hughes Incorporated** | Gregg M. Ficks, Esq. |
| 12 | | *Email:* gficks@coblentzlaw.com |
| 13 | **Counsel for Interested Party Informal Group of** | Matthew Heyn, Esq. |
| | **Former Level II Howrey Partners** | *Email:* mheyn@ktbslaw.com |
| 14 | | |
| 15 | **Counsel for Defendant Medco Health Solutions, Inc.** | Michael B. Ijams, Esq. |
| 16 | | *Email:* mijams@curtislegalgroup.com |
| | | *Email:* achristensen@curtislegalgroup.com |
| 17 | | |
| | **Counsel for Defendant Legal Placements, Inc.** | Bruce H. Jackson, Esq. |
| 18 | **And Lexolution, LLC** | *Email:* bruce.jackson@bakermckenzie.com |
| | | *Email:* christine.vonseeburg@bakermckenzie.com |
| 19 | | |
| 20 | **Counsel for Defendant Ceridian Benefit** | Ori Katz, Esq |
| | **Services, Inc.** | *Email:* okatz@sheppardmullins.com |
| 21 | | |
| | **Counsel for Defendant Kilpatrick Townsend** | Louise E. Ma, Esq. |
| 22 | **& Stockton LLP** | *Email:* lma@kilpatricktownsend.com |
| | | *Email:* sbaker-lehne@kilpatricktownsend.com |
| 23 | | |
| | **Counsel for Interested Party Ad Hoc Committee** | John H. MacConaghy, Esq. |
| 24 | **Of Certain Former Howrey Partners** | *Email:* macclaw@macbarlaw.com |
| | | *Email:* smansour@macbarlaw.com |
| 25 | | *Email:* kmuller@macbarlaw.com |
| 26 | | |
| | **Counsel for Defendant Hunton & Williams LLP** | Matthew A. Mannering, Esq. |
| | | *Email:* mmannering@hunton.com |
| | | *Email:* lgodfrey@hunton.com |

329134-1  9

| | | |
|---|---|---|
| **Counsel for Defendant Bunsow De Mory Smith & Allison LLP** | Randy Michelson, Esq.<br>*Email:* randy.michelson@michelsonlawgroup.com | |
| **Counsel for Defendant Venable LLP** | Jennifer L. Nassiri, Esq.<br>*Email:* jnassiri@venable.com | |
| **Counsel for Defendant TSG Reporting, Inc. & Stockton LLP** | Howard S. Nevins, Esq.<br>*Email:* hnevins@hsmlaw.com<br>*Email:* lsamosa@hsmlaw.com | |
| **Counsel for Defendant Intelligent Management Solutions, I** | Valerie Banter Peo, Esq.<br>*Email:* vpeo@schnader.com<br>*Email:* mpadilla@schnader.com | |
| **Counsel for Defendant Cornerstone Research, Inc.** | Steven G. Polard, Esq.<br>*Email:* stevenpolard@dwt.com<br>*Email:* melissawells@dwt.com | |
| **Counsel for Defendants Joseph Albanese & Associates, Inc., Stemcell Technologies, Inc., and Leigh Kirmsse** | Scott A. Schiff, Esq.<br>*Email:* sas@soukup-schiff.com | |
| **Counsel for Defendant SJ Berwin LLP, and Defendant Michael Knospe,** | Charles M. Tatelbaum, Esq.<br>*Email:* ctatelbaum@hinshawlaw.com<br>*Email:* csmith@hinshawlaw.com | |
| **Counsel for Defendant Haynes and Boone, LLP** | Alan R. Wechsler, Esq.<br>*Email:* alan.wechsler@haynesboone.com | |
| **Counsel for Defendant Kasowitz Benson Torres & Friedman LLP** | Margaret Ziemianek, Esq.<br>*Email:* mziemianek@kasowitz.com<br>*Email:* courtnotices@kasowitz.com | |
| **Counsel for SJ Berwin LLP** | Charles M. Tatelbaum, Esq.<br>*Email:* ctatelbaum@hinshawlaw.com<br>*Email:* csmith@hinshawlaw.com | |

*VIA EMAIL:*

| | |
|---|---|
| **Counsel for Creditor Citibank, N.A.** | **Paul, Weiss, Rifkind, Wharton & Garrison**<br>Kelley A. Cornish, Esq.<br>*Email:* kcornish@paulweiss.com<br>Diane Meyers, Esq.<br>*Email:* dmeyers@paulweiss.com<br>Jacob J. Adlerstein, Esq.<br>*Email*: jadlerstein@paulweiss.com<br>ayoung@paulweiss.com |

329134-1

10

**Ballard Spahr LLP**
Matthew Moncur, Esq.
*Email*: moncurm@ballardspahr.com

E**MC Corporation**
c/o Receivable Management Services
Steven Sass, Esq.
*Email*: steven.sass@rmsna.com
Ronald Rowland, Esq.
*Email*: Ronald.rowland@rmsna.com

**Olin Corporation**
S. Christian Mullgardt
*Email*: scmullgardt@olin.com

*VIA U.S. MAIL:*

Richard Burdge, Esq.
The Burdge Law Firm PC
500 S Grand Ave Ste 1500
Los Angeles, CA 90071

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899
*Attorneys for Interested Party Connecticut General Life Insurance Company*

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

EMC Corporation
c/o RMS Bankruptcy Recovery Services
Attn: President or General/Managing Agent
P.O. Box 5126
Timonium, MD 21094-5126

Salter & Company LLC
4600 East-West Highway, Suite 300
Bethesda, MD 20814

County of Loudoun Virginia
Belkys Escobar
1 Harrison St., S.E. 5th Fl.
Leesburg, VA 20175-3102

329134-1

| | |
|---|---|
| 1 | Matura Farrington Staffing Services, Inc.<br>700 So. Flower Street, Suite 2505 |
| 2 | Los Angeles, CA 90017 |
| 3 | Guy Davis |
| 4 | Protiviti Inc.<br>1051 East Cary Street, Suite 602 |
| 5 | Richmond, VA 23219 |
| 6 | George E. Shoup, III<br>Development Specialists, inc. |
| 7 | 6375 Riverside Drive, Suite 200<br>Dublin, OH 43017-5373 |
| 8 | |
| 9 | Kyle Everett<br>Development Specialists, Inc.<br>235 Pine Street, Suite 1150 |
| 10 | San Francisco, CA 94104 |
| 11 | James W. Martin<br>DHR International |
| 12 | 5425 Wisconsin Ave., 4th Floor<br>Chevy Chase, MD 20815 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |