

**Signed and Filed: January 14, 2014**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  D. Ressler, Esq.
   *(pro hac vice)*
2  Stephen T. Loden, Esq.
   *(pro hac vice)*
3  Jason M. Rudd, Esq.
   *(pro hac vice)*
4  Christopher R. Murray, Esq.
   *(pro hac vice)*
5  **DIAMOND MCCARTHY LLP**
6  909 Fannin, 15th Floor
   Houston, TX 77010
7  Telephone:  713-333-5100
   Facsimile:  713-333-5199
8
   Email: hressler@diamondmccarthy.com
9  Email: sloden@diamondmccarthy.com
   Email: jrudd@diamondmccarthy.com
10 Email: cmurray@diamondmccarthy.com
   *Counsel for Allan B. Diamond,*
11 *Chapter 11 Trustee*

12 Eric A. Nyberg, Esq.
   (Bar No. 131105)
13 Chris D. Kuhner, Esq.
   (Bar No. 173291)
14 **KORNFIELD, NYBERG,**
15 **BENDES & KUHNER, P.C.**
   1970 Broadway, Suite 225
16 Oakland, CA 94612
   Telephone: 510-763-1000
17 Facsimile: 510-273-8669
   Email: e.nyberg@kornfieldlaw.com
18 Email: c.kuhner@kornfieldlaw.com
   *Local Counsel for Allan B. Diamond,*
19 *Chapter 11 Trustee*

20

21                 UNITED STATES BANKRUPTCY COURT

22            FOR THE NORTHERN DISTRICT OF CALIFORNIA

23  In re                              Case No. 11-31376 DM

24  HOWREY LLP,                        Chapter 11

25                                     **ORDER APPROVING CHAPTER**
                                       **11 TRUSTEE'S SECOND MOTION**
26                                     **FOR ENTRY OF ORDER**
                                       **APPROVING SETTLEMENT**
27                      Debtor.        **AGREEMENTS**

28

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

The Court having read and considered the Request for Entry of Order Approving the Chapter 11 Trustee's Second Motion for Order Approving Settlement Agreements ("Second" Motion") entered into between the Trustee and the following entities: (1) The TASA Group; ("TASA"); (2) Dutko Worldwide, LLC ("Dutko"); (3) Duff & Phelps, LLC ("Duff"); (4) Capital Legal Solutions ("Capital"); (5) Recommind, Inc. ("Recommind"); (6) Cornerstone Research, Inc. ("Cornerstone"); and (7) Verizon Communications, Inc. ("Verizon"), and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Settlement Agreements entered into by Allan B. Diamond, Chapter 11 Trustee are hereby approved, and the Trustee is authorized to execute any documents reasonably necessary to effectuate the settlement agreements.

**IT IS FURTHER ORDERED** that the contingency fees as set forth in the Second Motion are approved and the Trustee is authorized to pay these fees forthwith.

***END OF ORDER***

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

COURT SERVICE LIST

Belkys Escobar
County of Loudoun Virginia
1 Harrison St., S.E. 5th Fl.
Leesburg, VA 20175-3102

EMC Corporation
c/o RMS Bankruptcy Recovery Services
Attn: President or General/Managing Agent
P.O. Box 5126
Timonium, MD 21094-5126

George E. Shoup, III
Development Specialists, Inc.
6375 Riverside Drive, Suite 200
Dublin, OH 43017-5373

Guy Davis
Protiviti Inc.
1051 East Cary Street, Suite 602
Richmond, VA 23219

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

James W. Martin
DHR International
5425 Wisconsin Avenue, 4th Floor
Chevy Chase, CA MD 20815

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

Kyle Everett
Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104

Matura Farrington Staffing Services, Inc.
700 So. Flower Street, Suite 2505
Los Angeles, CA 90017
Richard Burdge, Esq.

The Burdge Law Firm PC
500 S Grand Ave Ste 1500
Los Angeles, CA 90071

Salter & Company LLC
4600 East-West Highway, Suite 300
Bethesda, MD 20814

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**
1970 Broadway, Suite 225
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669