| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 286006 | H | 10/03/13 | CDK | Conference re: main case issues; payout issues; claims; | 1.00 | 385.00 |
| 286054 | H | 10/07/13 | CDK | Work on discovery | 1.00 | 385.00 |
| 286074 | H | 10/08/13 | CDK | Review various opposition and replies to consolidation | 0.75 | 288.75 |
| 286162 | H | 10/14/13 | CDK | Review Heller MSJ pleadings; Orrick | 2.50 | 962.50 |
| 286180 | H | 10/15/13 | CDK | Work on GAP claims re: Metlife, etc. (non contingency) | 3.00 | 1155.00 |
| 286195 | H | 10/16/13 | CDK | GAP claims | 1.00 | 385.00 |
| 286221 | H | 10/21/13 | CDK | Review motion to dismiss law firm case | 1.25 | 481.25 |
| 286291 | H | 10/23/13 | CDK | Review pleadings re: Motion to Dismiss/Joint Motion | 2.00 | 770.00 |
| 286308 | H | 10/24/13 | CDK | Review pleadings re: Motion to Dismiss; review Reply | 3.00 | 1155.00 |
| 286325 | H | 10/25/13 | CDK | Listen to Audio on Joint Brief on Haynes & Boone; review cases | 3.00 | 1155.00 |
| 286344 | H | 10/28/13 | CDK | Review pleadings; claims re: Boxer; review reply motion | 2.25 | 866.25 |
| 286378 | H | 10/29/13 | CDK | Review reply in Jones Day, etc. re: unfinished business | 1.50 | 577.50 |
| 286399 | H | 10/30/13 | CDK | Review docket; pleadings re: Howrey; analyze reply brief re: Jewell | 1.35 | 519.75 |
| 286398 | H | 10/30/13 | CDK | Analyze claim | 0.75 | 288.75 |
| 286402 | H | 10/30/13 | CDK | Review case law | 0.50 | 192.50 |
| 286466 | H | 11/01/13 | CDK | Review claims review re: payment | 0.75 | 288.75 |
| 286475 | H | 11/04/13 | CDK | Prepare for hearing; case law | 1.00 | 385.00 |
| 286530 | H | 11/06/13 | CDK | To/Attend hearing on MSJ re: unfinished business | 3.00 | 1155.00 |
| 286534 | H | 11/07/13 | CDK | Review docket re: ruling | 0.25 | 96.25 |
| 286537 | H | 11/07/13 | CDK | Review unfinished recent cases | 0.50 | 192.50 |
| 286561 | H | 11/08/13 | CDK | Conference re: case administration | 1.00 | 385.00 |

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 286571 | H | 11/11/13 | CDK | Review Haynes pleading | 1.00 | 385.00 |
| 286581 | H | 11/12/13 | CDK | Review Everett pleading | 1.50 | 577.50 |
| 286606 | H | 11/14/13 | CDK | Listen to audio file re: schedules; interest; business | 1.10 | 423.50 |
| 286619 | H | 11/15/13 | CDK | Work on unfinished business cases | 1.50 | 577.50 |
| 286624 | H | 11/15/13 | CDK | Review reply briefs re: Pillsbury | 1.00 | 385.00 |
| 286660 | H | 11/19/13 | CDK | Review McGrane Declaration Attachments | 1.50 | 577.50 |
| 286661 | H | 11/19/13 | CDK | Review Bellingham & Steven briefs | 1.25 | 481.25 |
| 286726 | H | 11/21/13 | CDK | Review McGrane Stipulation | 0.50 | 192.50 |
| 286748 | H | 11/22/13 | CDK | Review McCrane letter | 0.35 | 134.75 |
| 286753 | H | 11/22/13 | CDK | Review McGrane/BigLaw materials | 1.00 | 385.00 |
| 286783 | H | 11/25/13 | CDK | Review Dewey pleadings | 2.00 | 770.00 |
| 286830 | H | 11/27/13 | CDK | Review motions re: unfinished business | 0.50 | 192.50 |
| 286856 | H | 12/02/13 | CDK | Work on claims | 1.00 | 385.00 |
| 286940 | H | 12/05/13 | CDK | Review legal analysis re: transfer of property | 0.75 | 288.75 |
| 286975 | H | 12/09/13 | CDK | Review Jones Day; Foley; Orrick brief | 1.75 | 673.75 |
| 287003 | H | 12/10/13 | CDK | Draft chart; analyze claims re: Avoidance claim | 1.50 | 577.50 |
| 287020 | H | 12/11/13 | CDK | Review Bellingham issues | 1.00 | 385.00 |
| 287064 | H | 12/16/13 | CDK | Review Rissler complaint | 1.00 | 385.00 |
| 287117 | H | 12/18/13 | CDK | Review case law | 0.50 | 192.50 |
| 287150 | H | 12/19/13 | CDK | Review cases & trancript re: fees; contribution | 0.75 | 288.75 |
| 287194 | H | 12/20/13 | CDK | Dewey analysis | 0.75 | 288.75 |
| 287236 | H | 12/27/13 | CDK | Review filing re: case statements | 0.75 | 288.75 |
| 287556 | H | 01/15/14 | CDK | Review Billingham transcript | 1.00 | 385.00 |

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 287593 | H | 01/16/14 | CDK | Review Billingham brief | 1.00 | 385.00 |
| 287635 | H | 01/17/14 | CDK | Review pleading | 2.00 | 770.00 |
| 287695 | H | 01/23/14 | CDK | Work on trustee report | 2.00 | 770.00 |
| 287726 | H | 01/24/14 | CDK | Work on report/chart | 1.00 | 385.00 |
| 287791 | H | 01/30/14 | CDK | Review motion re: compromise | 0.75 | 288.75 |
| GRAND TOTAL | | | | | 62.05 | 23889.25 |

```
02/05/2014      FEES IN WIP FOR TASK FA FOR 10054.001 FROM 10/01/13 TO      Page 1
01/31/14

#       Type    Date/File   Atty    Description                         Hours       Amount

286332  H       10/28/13 NLN Prepare 23rd monthly fee statement          0.50        40.00

286333  H       10/28/13 NLN Work on Sixth Fee Application               0.75        60.00

286349  H       10/28/13 CDK Review and revise Fee Application           1.00       385.00

286773  H       11/25/13 NLN Prepare 24th monthly fee statement          0.50        40.00

286962  H       12/06/13 CDK To/Appear at fee application hearing        1.00       385.00

287102  H       12/18/13 NLN Prepare 25th monthly fee statement          0.50        40.00

287738  H       01/27/14 NLN Prepare 26th Monthly Fee Statement          0.25        20.00
                                                                    --------------------
GRAND TOTAL                                                              4.50       970.00
                                                                    ========   ========
```

EXHIBIT B

KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
Attorney for
ALLAN B. DIAMOND, CHAPTER 11 TRUSTEE
For
HOWREY, LLP

SUMMARY OF HOURS, RATES & FEE VALUES

|  |  | HOURS | RATES | FEE VALUES |
|---|---|---|---|---|
| **ATTORNEYS:** |  |  |  |  |
| CHRIS KUHNER | CDK | 64.05 | $385 | $ 24,659.25 |
| **PARALEGALS:** |  |  |  |  |
| NANCY L. NYBERG | NLN | 2.5 | $80 | $ 200.00 |
|  | TOTALS | 66.55 |  | $24,859.25 |

J:\ADMIN-NLN\FEEAPP.SUMMARY.DOC

EXHIBIT C

```
02/05/2014    COSTS IN WIP FOR FOR 10054.001 FROM 10/01/13 TO 01/31/14      Page 1

 #       Type   Date/File   Atty   Description                       Hours    Amount

 286010  C      10/01/13           CXC   Photocopy charges: Served Motion     57.60
                                   to Approve Settlement Agreements

 286011  C      10/01/13           CPO   Postage charge: Served Joint          0.46
                                   Discovery Plan and Trial Schedule

 286012  C      10/01/13           CXC   Photocopy charges: Served Joint       0.40
                                   DIscovery Plan and Trial Schedule

 286319  C      10/25/13           CPO   Postage charge: Served Corrected      5.92
                                   Request for Entry of Order Approving
                                   Settlement Agreement Motion

 286320  C      10/25/13           CXC   Photocopy charges: Served             6.60
                                   Corrected Request for Entry of Order
                                   Approving Settlement Agreement Motion

 286416  C      10/28/13           CPO   Postage charge: Served 23rd           6.60
                                   Monthly Fee Statement

 286417  C      10/28/13           CXC   Photocopy charges: Served 23rd       12.00
                                   Monthly Fee Statement

 286442  C      10/30/13           CXC   Photocopy charges: Sent Sixth         3.00
                                   Interim Fee Application to Chambers
                                   (San Francisco)

 286443  C      10/30/13           CPO   Postage charge:  Sent Sixth           1.76
                                   Interim Fee Application to Chambers
                                   (San Francisco)

 286677  C      11/20/13           LN    Lexis-Nexis - computer legal        119.75
                                   research costs

 286800  C      11/25/13           CXC   Photocopy charges: Served 24th       12.00
                                   Monthly Fee Statement

 286801  C      11/25/13           CPO   Postage charge: Served 24th           6.60
                                   Monthly Fee Statement

 287098  C      12/17/13           CPO   Postage charge: Served Joint          0.92
                                   Discovery Plan and Trial Schedule

 287099  C      12/17/13           CXC   Photocopy charges: Served Joint       0.80
                                   Discovery Plan and Trial Schedule

 287163  C      12/19/13           CPO   Postage charge: Served Twenty         6.60
                                   Fifth Monthly Statement of Services
                                   Rendered and Expenses Incurred

 287164  C      12/19/13           CXC   Photocopy charges: Served Twenty    12.00
                                   Fifth Monthly Statement of Services
                                   Rendered and Expenses Incurred
```

Case: 11-31376   Doc# 1635-1   Filed: 02/07/14   Entered: 02/07/14 15:09:44   Page 6 of 9

EXHIBIT D

| # | Type | Date/File | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 287822 | C | 01/28/14 | CPO | Postage charge: Served 26th Monthly Statement of Fees and Expenses | | 6.90 |
| 287823 | C | 01/28/14 | CXC | Photocopy charges: Served 26th Monthly Statement of Fees and Expenses | | 12.00 |

```
                                                          ---------------------
GRAND TOTAL                                                   0.00      271.91
                                                          =======    ========
```

EXHIBIT D

KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
Attorney for
ALLAN B. DIAMOND, CHAPTER 11 TRUSTEE
For
HOWREY, LLP

## SUMMARY OF FEES & COSTS

| | |
|---|---|
| PHOTOCOPY COSTS ($.20 PER PAGE INHOUSE COPIES Billed amount outside) | $116.40 |
| POSTAGE COSTS | $35.76 |
| LEXIS NEXIS ONLINE LEGAL RESEARCH | $119.75 |
| TOTAL COSTS | $271.91 |

J:\ADMIN-NLM\FEEAPP.SUMMARY.DOC

# NANCY L. NYBERG

## PARALEGAL

## KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

| | |
|---|---|
| Specialization: | Bankruptcy |
| Education: | University of California, Berkeley |
| | September 1981-1983, BA Social Sciences |
| | |
| | University of California, Santa Barbara |
| | September 1979-June 1981 |
| Experience: | Kornfield, Nyberg, Bendes & Kuhner, PC |
| | April 2004 to present |
| | Office Manager and Paralegal |
| | |
| | Mervyns |
| | September 1989-November 1994 |
| | Buyer |
| | |
| | Emporium Capwell |
| | September 1983-September 1989 |
| | Responsibilities included Department Sales Manager, Assistant Buyer, Assistant Store Manager and Buyer. |