Bradford F. Englander (Ca. Bar # 122108)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
E-mail: benglander@wtplaw.com
Attorneys for the Official Committee of
Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | * | Case No.: 11-31376 |
| HOWREY LLP, | * | Chapter 11 |
| Debtor. | * | April 23, 2014 at 9:30 a.m. |
| | * | U.S. Bankruptcy Court |
| | | 235 Pine Street, 22nd Floor |
| | * | San Francisco, CA |
| | | Judge: Honorable Dennis Montali |

\*      \*      \*      \*      \*      \*      \*

## SEVENTH INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY WHITEFORD TAYLOR AND PRESTON, LLP FOR PERIOD FROM OCTOBER 1, 2013 THROUGH JANUARY 31, 2014

# TABLE OF CONTENTS

I.     NOTICE OF APPLICATION……………………………………………………     4

II.    SUMMARY OF RELIEF REQUESTED…………………………………….......     5

III.   BACKGROUND AND BASIS FOR REQUESTED RELIEF……………………...     5

IV.    CASE STATUS………………………………………………………………...     12

V.     AVAILABLE FUNDS AND ADMINISTRATIVE EXPENSES…………………...     12

VI.    MASTER TIME SUMMARY……………………………………………………     13

VII.   BILLING CATEGORIES………………………………………………………...     13

       1.  General Case Administration…………………………………………………     13

       2.  Unsecured Creditors Issues     14

       3.  Avoidance Actions and Affirmative Claims…………………………..     14

       4.  Employment Applications     15

       5.  Non-working Travel     16

       6.  Fee Applications……………………………………………….....................     16

       7.  Fee Statements………………………………………………..     17

       8.  Dissolution Committee………………………………………………………     17

       9.  Howrey Claims, LLC………………………………………………………...     18

       10. Derivative Authority Actions………………………………………………..     19

       11. Arent Fox…………………………………………………………………     20

       12. Arnold & Porter………………………………………………………………     21

       13. Snell & Wilmer……………………………………………………………     22

       14. Bunsow De Mory     22

15. Paul Hastings                                                              24

16. Morrison & Foerster                                                        25

17. Cooley                                                                     25

18. Individual Partners                                                        26

VIII.    INTEROFFICE CONFERENCES…………………………………………..    27

IX.      MULTIPLE PROFESSIONALS…………………………………………..    27

X.       BILLING SUMMARY……………………………………………………..    27

XI.      EXPENSES OF WTP…………………………………………………..    28

XIII.    CLIENT REVIEW OF BILLING STATEMENTS AND APPLICATION…………    29

XV.      REQUEST FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE………..    29

XVI.     CONCLUSION………………………………………………………    29

XVII.    CERTIFICATION RE COMPLIANCE WITH GUIDELINES FOR               31
         COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS

TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:

This Application (the "Application") of Whiteford Taylor & Preston, LLP (hereinafter referred to as "WTP" or the "Applicant") respectfully represents the following:

Applicant is employed in this case as general bankruptcy counsel for the Official Committee of Unsecured Creditors (the "Committee"). This Court's Order authorizing and approving Applicant's employment in such capacity is attached hereto as **Exhibit A** and is incorporated herein by such reference. Applicant is a limited liability partnership. Bradford F. Englander, a partner of the Applicant, is duly licensed and admitted to practice before this Court.

As counsel to the Committee herein, WTP has performed legal services on the Committee's behalf as described in greater detail herein below. By this Application, WTP seeks interim approval of fees and expenses incurred in connection with Applicant's services as Committee counsel from October 1, 2013 through January 31, 2014. The amount of WTP's fees during the aforementioned period is $159,470.00 and the amount of expenses incurred during the aforementioned period is $1,606.34.

## NOTICE OF APPLICATION

Pursuant to this Court's Order Limiting Notice (clerk's docket no. 240), notice of this Application is being sent by the Trustee to the Debtor, Citibank, the members of the Committee, the holders of the 20 largest unsecured claims, and all parties requesting notice in this case. Full copies of the Application are being transmitted by mail to the United States Trustee. Applicant respectfully submits that no further notice is required in this matter.

-4-

## SUMMARY OF RELIEF REQUESTED

WTP seeks interim approval of fees and expenses incurred in connection with its representation of the Committee in the above- captioned Chapter 11 case, in the total sum of $161,076.34 consisting of $159,470.00 of fees and costs incurred of $1,606.34.

## BACKGROUND AND BASIS FOR REQUESTED RELIEF

1)      On April 11, 2011, an involuntary petition under chapter 7 was filed against Howrey LLP (the "Debtor").  On June 6, 2011, the Debtor filed its Conditional Consent to Entry of Order for Relief and Motion to Convert Debtor's Case to Chapter 11.

2)      On or about June 14, 2011, the Office of the United States Trustee appointed the following creditors of the Debtor to serve on the Committee:

        a.      Hines REIT 321 North Clark Street LLC;[1]

        b.      LexisNexis, Inc.;[1]

        c.      Dewey & LeBoeuf LLP[1];

        d.      Dun & Bradstreet;

        e.      EMC Corporation;

        f.      Matura Farrington Staffing Services, Inc.[1]; and

        g.      Stephanie Y. Langley.

3)      On July 14, 2011, the Committee filed its Application to Employ Felderstein Fitzgerald Willoughby & Pascuzzi LLP as Committee Counsel (the "Willoughby Application," Dkt No. 143).  The Willoughby Application was approved by order of the Court on July 15, 2011 [Dkt. No. 150].

---

[1] Hines REIT, LexisNexis, Dewey & LeBoeuf, LLP and Matura Farrington Staffing Services, Inc. have subsequently resigned from the Committee.

Case: 11-31376    Doc# 1659    Filed: 03/03/14    Entered: 03/03/14 11:47:25    Page 5 of 32

4) On July 21, 2011, this Court entered its Order Granting Motion to Authorize Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Fee Procedures Order," Dkt. No. 191). The Fee Procedures Order provides that professionals may receive compensation for 80% of all fees and 100% of all expenses on a monthly or bi-monthly basis upon the filing of a fee statement. Fee Procedures Order, ¶ 4.

5) On October 3, 2011, Felderstein Fitzgerald Willoughby & Pascuzzi LLP filed its Motion to Withdraw as Attorney for the Official Committee of Unsecured Creditors [Dkt No. 362]. The Court entered its Order Authorizing Felderstein Fitzgerald Willoughby & Pascuzzi LLP To Withdraw As Counsel For the Official Committee of Unsecured Creditors on October 11, 2011. [Dkt No. 374]

6) On October 7, 2011, the Office of the U.S. Trustee filed its Motion to Appoint Allan Diamond as Chapter 11 Trustee, which was granted on October 12, 2011. [Dkt No. 376].

7) On October 13, 2011, the Committee filed its Application to Employ Whiteford, Taylor and Preston, LLP as Counsel for the Official Committee of Unsecured Creditors. Dkt. No. 377.

8) On October 21, 2011, this Court entered an order approving the Committee's employment of WTP effective October 11, 2011. Dkt No. 387.

9) On November 30, 2011, WTP filed its first Fee Statement pursuant to the Fee Procedures Order for the period from October 11, 2011, to October 31, 2011. The Fee Statement sought payment of $23,526.40 (80% of fees) and $1,035.19 in expenses.

10) On December 30, 2011, WTP filed its second Fee Statement pursuant to the Fee Procedures Order for the period from November 1, 2011, to November 30, 2011. The Fee Statement sought payment of $27,718.00 (80% of fees) and $369.16 in expenses.

-6-

11)  On March 1, 2012, WTP filed its third and fourth fee statements pursuant to the Fee Procedures Order for the periods from December 1, 2011 to December 31, 2011 and from January 1, 2012 to January 31, 2012. The third Fee Statement sought payment of $61,972.80 (80% of fees) and $1,768.48 in expenses. The fourth Fee Statement sought payment of $11,712.80 (80% of fees) and $7,217.66 in expenses.

12)  On March 1, 2012, WTP filed its First Interim Application For Compensation And Reimbursement Of Expenses By Whiteford Taylor And Preston, LLP And Request For Reimbursement Of Expenses By Members Of Committee Of Unsecured Creditors For Period From October 11, 2011 To January 31, 2012 (the "First Interim Fee Application"), seeking $162,316.50 in fees and $11,933.64 in expense reimbursement.

13)  On April 30, 2012, WTP filed its fifth monthly fee statement pursuant to the Fee Procedures Order for the two-month period from February 1, 2012 to March 31, 2012. [Dkt. No. 690]. The fifth Fee Statement sought payment of $64,377.60 (80% of fees) and $6,446.53 in expenses for the two-month period.

14)  On May 15, 2012, the Court entered a consent order approving the First Interim Fee Application (the "First Interim Fee Order," Dkt. No. 700), allowing all the fees and expenses requested. The First Interim Fee Order further provided:

> … to the extent that WTP has submitted, or in the future submits, monthly fee statements pursuant to this Court's Order Granting Motion to Authorize Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on July 21, 2011 [clerk's docket no. 191] (the "Interim Fee Order") relating to periods subsequent to the Application Period, the Trustee is authorized to make payments from Citibank's collateral to WTP in amounts not to exceed $20,000 per month; provided, however, that if WTP requests payment of less than $20,000 for any given month (such difference, an "Under Budget Amount"), then, for any preceding or succeeding month in which WTP requests, or has requested, payment of an amount in excess of $20,000 (such excess amount, an "Over Budget Amount"), the Trustee shall be authorized to pay that portion of such Over Budget Amount that is equal to the sum of all unused Under

-7-

Budget Amounts; provided, further, however, that any portion of an Under Budget Amount may only be used once to cure an Over Budget Amount. To the extent that WTP seeks payment in any monthly fee statement in excess of the foregoing amounts, Citibank shall be deemed to have objected to such request without having to file any further pleading and the Trustee shall not pay any such amounts until further order of the Court…

See First Interim Fee Order, p. 3.

15) On June 29, 2012, WTP filed its sixth monthly fee statement pursuant to the Fee Procedures Order for the two-month period from April 1, 2012, to May 31, 2012. [Dkt. No. 737]. The sixth Fee Statement sought payment of $24,945.60 (80% of fees) and $799.39 in expenses for the two-month period.

16) Additionally, on June 29, 2012, WTP filed its Second Interim Application for Compensation and Reimbursement of Expenses by Whiteford Taylor and Preston, LLP and Request for Reimbursement of Expenses by Members of Committee of Unsecured Creditors for Period from February 1, 2012, through May 31, 2012 (the "Second Interim Fee Application"). [Dkt. No. 738]. The Second Interim Fee Application sought $111,654.00 in fees and $568.88 in expense reimbursement.

17) On August 29, 2012, the Court entered a consent order approving the Second Interim Fee Application (the "Second Interim Fee Order," Dkt. No. 782), and allowing all the fees and expenses requested. The Second Interim Fee Order provided for the same $20,000.00 monthly payments from Citibank's cash collateral as the First Interim Fee Order.

18) On August 30, 2012, WTP filed its seventh monthly fee statement pursuant to the Fee Procedures Order for the two-month period from June 1, 2012, to July 31, 2012. The seventh Fee Statement sought payment of $29,403.20 (80% of fees) and $141.25 in expenses for the two-month period.

Case: 11-31376    Doc# 1659    Filed: 03/03/14    Entered: 03/03/14 11:47:25    Page 8 of 32

19)     On October 31, 2012, WTP filed its eighth monthly fee statement pursuant to the Fee Procedures Order for the two-month period from August 1, 2012, to September 30, 2012.  The eighth Fee Statement sought payment of $24,334.00 (80% of fees) and $427.63 in expenses for the two-month period.

20)     Additionally, on October 31, 2012, WTP filed its Third Interim Application for Compensation and Reimbursement of Expenses by Whiteford Taylor and Preston, LLP and Request for Reimbursement of Expenses by Members of Committee of Unsecured Creditors for Period from June 1, 2012, to October 31, 2012 (the "Third Interim Fee Application").  [Dkt. No. 738].  The Third Interim Fee Application sought $67,172.00 in fees and $568.88 in expense reimbursement.

21)     On December 28, 2012, WTP filed its ninth monthly fee statement pursuant to the Fee Procedures Order for the two-month period from October 1, 2012, to November 30, 2012. The ninth Fee Statement sought payment of $64,732.52 (80% of fees) and $3,281.32 in expenses for the two-month period.

22)     On January 4, 2013, the Court entered a consent order approving the Third Interim Fee Application (the "Third Interim Fee Order," Dkt. No. 960), and allowing all the fees and expenses requested.  The Third Interim Fee Order provided for the same $20,000.00 monthly payments from Citibank's cash collateral as the First and Second Interim Fee Orders.

23)     On March 4, 2013, WTP has filed its tenth monthly fee statement pursuant to the Fee Procedures Order for the two-month period from December 1, 2012, to January 31, 2013.  The tenth Fee Statement sought payment of $75,191.20 (80% of fees) and $4,282.17 in expenses for the two-month period.

24)     On March 4, 2013, WTP filed its Fourth Interim Application for Compensation and Reimbursement of Expenses by Whiteford Taylor and Preston, LLP and Request for Reimbursement of Expenses by Members of Committee of Unsecured Creditors for Period from November 1, 2012, to March 31, 2013 (the "Fourth Interim Fee Application").  [Dkt. No. 1040]. The Fourth Interim Fee Application sought $170,803.00 in fees and $8,743.58 in expense reimbursement.

25)     On April 15, 2013, the Court entered a consent order approving the Fourth Interim Fee Application (the "Fourth Interim Fee Order," Dkt. No. 1128) and allowing all the fees and expenses requested.  The Fourth Interim Fee Order provided for the same $20,000.00 monthly payments from Citibank's cash collateral as the First, Second and Third Interim Fee Orders.

26)     On April 30, 2013, WTP has filed its eleventh monthly fee statement pursuant to the Fee Procedures Order for the two-month period from February 1, 2013, to March 31, 2013. The eleventh Fee Statement sought payment of $32,228.80 (80% of fees) and $532.00 in expenses for the two-month period.

27)     On July 19, 2013, WTP filed its Fifth Interim Application for Compensation and Reimbursement of Expenses by Whiteford Taylor and Preston, LLP and Request for Reimbursement of Expenses by Members of Committee of Unsecured Creditors for Period from November 1, 2012, to March 31, 2013 (the "Fifth Interim Fee Application").  [Dkt. No. 1384]. The Fifth Interim Fee Application sought $165,320.00 in fees and $3,138.57 in expense reimbursement.

28)     On August 30, 2013, WTP has filed its twelfth monthly fee statement pursuant to the Fee Procedures Order for the two-month period from June 1, 2013 to July 31, 2013.  The

Case: 11-31376   Doc# 1659   Filed: 03/03/14   Entered: 03/03/14 11:47:25   Page 10 of 32

twelfth Fee Statement sought payment of $84,505.60 (80% of fees) and $1,142.31 in expenses for the two-month period.

29) On August 21, 2013, the Court entered a consent order approving the Fifth Interim Fee Application (the "Fifth Interim Fee Order," Dkt. No. 1432) and allowing all the fees and expenses requested. The Fifth Interim Fee Order provided for the same $20,000.00 monthly payments from Citibank's cash collateral as the First, Second, Third and Fourth Interim Fee Orders.

30) On October 30, 2013, WTP has filed its thirteenth monthly fee statement pursuant to the Fee Procedures Order for the two-month period from August 1, 2013, to September 30, 2013. [Dkt. No. 1525]. The thirteenth Fee Statement sought payment of $84,917.60 (80% of fees) and $811.51 in expenses for the two-month period.

31) On October 30, 2013, WTP filed its Sixth Interim Application for Compensation and Reimbursement of Expenses by Whiteford Taylor and Preston, LLP and Request for Reimbursement of Expenses by Members of Committee of Unsecured Creditors for Period from June 1, 2013, to September 30, 2013 (the "Sixth Interim Fee Application"). [Dkt. No. 1526]. The Sixth Interim Fee Application sought $214,051.00 in fees and $3,082.82 in expense reimbursement.

32) On December 10, 2013, the Court entered an order approving the Sixth Interim Fee Application (the "Sixth Interim Fee Order," Dkt. No. 1598) and allowing all the fees and expenses requested. The Sixth Interim Fee Order does not provide for any restriction on payment of funds to WT&P.

-11-

33)     Pursuant to the Fees Procedures Order, and the First through Fifth Interim Fee Orders, WTP has received payments totaling $689,078.12 of which $659,057.53 has been applied to fees, and $30,020.59 has been applied to expenses.

## CASE STATUS

34)     The Trustee is administering the case. Among the tasks that require completion are the collection of accounts receivable, collection of the Debtor's interest in contingent fee litigation, prosecution of causes of action, claims reconciliation, sale of assets, completion of the disposition of client files, wind-down of the Debtor's information technology systems, and wind-down of European operations.

35)     On September 10, 2013, the Court entered orders approving settlements with Baker & Hostetler LLP and Citibank, N.A.  The settlements provided significant revenue to the estate and for payment of nearly all of Citibank's claim.

## AVAILABLE FUNDS AND ADMINISTRATIVE EXPENSES.

36)     WT&P has been paid $689,078.12 pursuant to its first thirteen monthly fee statements, of which $659,057.53 has been applied to fees, and $30,020.59 has been applied to expenses.  WT&P requests that the Trustee be authorized and directed to pay to it the remaining amounts sought in this Application.  WT&P notes that the payment of its fees previously were limited to $20,000.00 per month under the *Consent Order Approving First Interim Application for Compensation and Reimbursement of Expenses by Whiteford Taylor and Preston, LLP and Request for Reimbursement of Expenses by Members of Committee of Unsecured Creditors For Period From October 11, 2011 To January 31, 2012 Creditors For Period From October 11, 2011 To January 31, 2012* (the "Consent Order").  As a result of the Trustee's settlement with Citibank, which the Court approved pursuant to its Order Granting Chapter 11 Trustee's Motion

Case: 11-31376    Doc# 1659    Filed: 03/03/14    Entered: 03/03/14 11:47:25    Page 12 of 32

for Order Approving the Citibank Settlement (Docket No. 1461), WT&P believes that the limitation set forth in the Consent Order no longer applies.

## MASTER TIME SUMMARY

37)     A Master Time Summary of the time spent by Applicant in connection with this Chapter 11 engagement is attached hereto as **Exhibit B** and is incorporated herein by such reference.

## BILLING CATEGORIES

WTP generally includes numerous project billing categories, where applicable, in its representation in bankruptcy cases.  Those project billing categories applicable to WTP's representation of the Committee are set forth below.

**Matter 1. General Case Administration**

Hours: 0.7

Amount: $254.00

The professional services falling within this category are limited due to the specificity of the other billing categories.  Generally, services in this category include general review of pleadings on the docket, conference calls and status updates with members of the Committee, and drafting minutes and agendas of those conference calls.  Attorneys' fees related to this project billing category are set forth on **Exhibit C** hereto and incorporated herein by such reference. **Exhibit C** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Justin P. Fasano (2013) | JPF | 0.5 | $360.00 | $180.00 |

-13-

| | | | | |
|---|---|---|---|---|
| Justin P. Fasano (2014) | JPF | 0.2 | $370.00 | $74.00 |
| **TOTAL** | | 0.7 | | $254.00 |

**Matter 3. Unsecured Creditor Issues**

Hours: 12.1

Amount: $6,713.00

The professional services falling within this category include attention to important unsecured claims in the Howrey bankruptcy, such as WARN Act and landlord claims. Attorneys' fees related to this project billing category are set forth on **Exhibit D** hereto and incorporated herein by such reference. **Exhibit D** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Bradford F. Englander | BFE | 11.7 | $570.00 | $6,669.00 |
| Justin P. Fasano | JPF | 0.4 | $360.00 | $44.00 |
| **TOTAL** | | 12.1 | | $6,713.00 |

**Matter 6. Avoidance Actions and Affirmative Claims**

Hours: 15.0

Amount: $5,454.00

The professional services falling within this category include items relating to monitoring the Trustee's preparation of claims of the estate, including claims against former partners of Howrey, and the law firms at which those partners are now employed. Attorneys' fees related to this project

-14-

billing category are set forth on **Exhibit E** hereto and incorporated herein by such reference.

**Exhibit E** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Kenneth Oestreicher | KO | 0.6 | $630.00 | $378.00 |
| Justin P. Fasano | JPF | 13.2 | $360.00 | $4,752.00 |
| Jennifer L. Tittsworth | JLT | 1.2 | $270.00 | $324.00 |
| **TOTAL** | | 15.0 | | $5,454.00 |

**Matter 7. Employment Application**

Hours: 0.6

Amount: $342.00

The professional services falling within this category include preparing employment and pro hac vice applications. Attorneys' fees related to this project billing category are set forth on **Exhibit F** hereto and incorporated herein by such reference. **Exhibit F** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Bradford F. Englander | BFE | 0.6 | $570.00 | $342.00 |
| **TOTAL** | | **0.6** | | **$342.00** |

-15-

**Matter 16. Non-working travel**

Hours: 18.5

Amount: $10,545.00

The time entries falling within this category include non-working travel.  Attorneys' fees related to this project billing category are set forth on **Exhibit G** hereto and incorporated herein by such reference.  **Exhibit G** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Bradford F. Englander | BFE | 18.5 | $570.00 | $10,545.00 |
| **TOTAL** | | **18.5** | | **$10,545.00** |

**Matter 18. Fee Applications**

Hours: 10.0

Amount: $3,879.00

The professional services falling within this category include preparation and prosecution of WTP's fee applications.  Attorneys' fees and expenses related to this project billing category are set forth on **Exhibit H** hereto and incorporated herein by such reference.  **Exhibit H** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Bradford F. Englander | BFE | 1.5 | $570.00 | $855.00 |

-16-

| | | | | | |
|---|---|---|---|---|---|
| Justin P. Fasano | JPF | 7.6 | $360.00 | | $2,736.00 |
| David W. Gaffey | DWG | 0.9 | $320.00 | | $288.00 |
| **TOTAL** | | 10.0 | | | $3,879.00 |

**Matter 19. Fee Statements**

Hours: 2.4

Amount: $864.00

The professional services falling within this category include preparation of WTP's fee statements. Attorneys' fees related to this project billing category are set forth on **Exhibit I** hereto and incorporated herein by such reference. **Exhibit I** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Justin P. Fasano | JPF | 2.4 | $360.00 | $864.00 |
| **TOTAL** | | **2.4** | | **$864.00** |

**Matter 24. Dissolution Committee**

Hours: 32.8

Amount: $18,723.00

The professional services falling within this category include the investigation and preservation of claims against the Debtor's dissolution committee. Attorneys' fees related to this project billing category are set forth on **Exhibit J** hereto and incorporated herein by such reference. **Exhibit J**

-17-

identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | 2013 Hourly Rate | Total |
|---|---|---|---|---|
| Kenneth Oestreicher | KO | 2.2 | $630.00 | $1,386.00 |
| Bradford F. Englander | BFE | 30.1 | $570.00 | $17,157.00 |
| John F. Carlton | JFC | 0.5 | $360.00 | $180.00 |
| **TOTAL** | | **32.8** | | **$18,723.00** |

**Matter 27. Howrey Claims, LLC**

Hours: 1.6

Amount: $577.00

The professional services falling within this category include responding to Howrey Claims, LLC's class action complaint, attention to the Howrey Claims, LLC appeal, and pursuing the Committee's motion to disqualify McGrane, LLP.    Attorneys' fees related to this project billing category are set forth on **Exhibit K** hereto and incorporated herein by such reference.  **Exhibit K** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Justin P. Fasano (2014) | JPF | 0.1 | $370.00 | $37.00 |
| Justin P. Fasano (2013) | JPF | 1.5 | $360.00 | $540.00 |

-18-

| TOTAL | | 1.6 | | $577.00 |
|-------|--|-----|--|---------|

**Matter 28. Derivative Authority Actions**

Hours: 118.3

Amount: $60,863.00

The professional services falling within this category include seeking derivative authority to file complaints when necessary, the preliminary investigation of claims of the estate which the Committee has been granted derivative authority to pursue, and the drafting of tolling agreements and complaints. Attorneys' fees related to this project billing category are set forth on **Exhibit L** hereto and incorporated herein by such reference. **Exhibit L** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Professional | Initials | Hours | Hourly Rate | Total |
|--------------|----------|-------|-------------|-------|
| Kenneth Oestreicher (2014) | KO | 0.5 | $650.00 | $325.00 |
| Kenneth Oestreicher (2013) | KO | 9.9 | $630.00 | $6,237.00 |
| John F. Carlton (2014) | JFC | 5.0 | $580.00 | $2,900.00 |
| John F. Carlton (2013) | JFC | 32.4 | $560.00 | $18,144.00 |
| Bradford F. Englander (2014) | BFE | 1.9 | $590.00 | $1,121.00 |
| Bradford F. Englander (2013) | BFE | 37.2 | $570.00 | $21,204.00 |
| Todd Michael Brooks (2014) | TMB | 3.1 | $420.00 | $1,302.00 |

-19-

| | | | | |
|---|---|---|---|---|
| Justin P. Fasano | JPF | 20.6 | $360.00 | $7,416.00 |
| David W. Gaffey | DWG | 2.1 | $320.00 | $672.00 |
| Kathy G. McCruden | KGM | 5.0 | $270.00 | $1,350.00 |
| **TOTAL** | | **118.3** | | **$60,863.00** |

**Matter 29. Arent Fox**

Hours: 29.4

Amount: $15,726.00

The professional services falling within this category include the preliminary investigation of claims of the estate against Arent Fox LLP. Attorneys' fees related to this project billing category are set forth on **Exhibit M** hereto and incorporated herein by such reference. **Exhibit M** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| | | | | |
|---|---|---|---|---|
| Kenneth Oestreicher | KO | 17.9 | $630.00 | $11,277.00 |
| John F. Carlton | JFC | 0.6 | $560.00 | $336.00 |
| Bradford F. Englander | BFE | 0.9 | $570.00 | $513.00 |
| Justin P. Fasano | JPF | 10.0 | $360.00 | $3,600.00 |
| **TOTAL** | | **29.4** | | **$15,726.00** |

-20-

**Matter 31. Arnold & Porter**

Hours: 22.6

Amount: $11,679.00

The professional services falling within this category include the preliminary investigation of claims of the estate which the Committee has been granted derivative authority to pursue against Arnold & Porter LLP. Attorneys' fees related to this project billing category are set forth on **Exhibit N** hereto and incorporated herein by such reference. **Exhibit N** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| | | | | |
|---|---|---|---|---|
| Bradford F. Englander (2014) | BFE | 0.1 | $590.00 | $59.00 |
| Bradford F. Englander (2013) | BFE | 0.3 | $570.00 | $171.00 |
| John F. Carlton | JFC | 1.6 | $580.00 | $928.00 |
| John F. Carlton | JFC | 14.2 | $560.00 | $7,952.00 |
| Todd M. Brooks (2013) | TMB | 1.4 | $420.00 | $588.00 |
| Todd M. Brooks (2013) | TMB | 3.4 | $410.00 | $1,394.00 |
| Justin P. Fasano | JPF | 1.1 | $370.00 | $407.00 |
| Justin P. Fasano | JPF | 0.5 | $360.00 | $180.00 |
| **TOTAL** | | **22.6** | | **$11,679.00** |

**Matter 32. Snell & Wilmer**

Hours: **2.7**

Amount: **$1,302.00**

The professional services falling within this category include the preliminary investigation of claims of the estate which the Committee has been granted derivative authority to pursue against Snell & Wilmer LLP.  Attorneys' fees related to this project billing category are set forth on **Exhibit O** hereto and incorporated herein by such reference.  **Exhibit O** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Kenneth Oestreicher | KO | 1.3 | $630.00 | $819.00 |
|---|---|---|---|---|
| John F. Carlton | JFC | 0.3 | $560.00 | $168.00 |
| Justin P. Fasano | JPF | 0.2 | $360.00 | $72.00 |
| Jennifer L. Tittsworth | JLT | 0.9 | $320.00 | $243.00 |
| **TOTAL** | | **2.7** | | **$1,302.00** |

**Matter 33. Bunsow De Mory**

Hours: 20.4

Amount: $10,505.00

The professional services falling within this category include the preliminary investigation of claims of the estate which the Committee has been granted derivative authority to pursue against Bunsow De Mory Smith & Allison LLP.  Attorneys' fees related to this project billing category are set forth on **Exhibit P** hereto and incorporated herein by such reference.  **Exhibit P** identifies

the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| Kenneth Oestreicher | KO | 0.2 | $650.00 | $130.00 |
|---|---|---|---|---|
| Kenneth Oestreicher | KO | 4.2 | $630.00 | $2,646.00 |
| John F. Carlton (2014) | JFC | 2.1 | $580.00 | $1,218.00 |
| John F. Carlton (2013) | JFC | 5.1 | $560.00 | $2,856.00 |
| Bradford F. Englander (2014) | BFE | 3.3 | $590.00 | $1,947.00 |
| Bradford F. Englander (2013) | BFE | 0.3 | $570.00 | $171.00 |
| Todd Michael Brooks (2014) | TMB | 0.5 | $420.00 | $210.00 |
| Justin P. Fasano (2014) | JPF | 0.4 | $370.00 | $148.00 |
| Justin P. Fasano (2013) | JPF | 0.2 | $360.00 | $72.00 |
| Kathy G. McCruden | KGM | 4.1 | $270.00 | $1,107.00 |
| **TOTAL** | | **20.4** | | **$10,505.00** |

**Matter 34. Paul Hastings**

Hours: 10.8

Amount: $5,280.00

The professional services falling within this category include the preliminary investigation of claims of the estate which the Committee has been granted derivative authority to pursue against **Paul Hastings** LLP.  Attorneys' fees related to this project billing category are set forth on **Exhibit Q** hereto and incorporated herein by such reference.  **Exhibit Q** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| | | | | |
|---|---|---|---|---|
| Kenneth Oestreicher | KO | 2.3 | $630.00 | $1,449.00 |
| Bradford F. Englander | BFE | 1.5 | $570.00 | $855.00 |
| John F. Carlton | JFC | 2.8 | $560.00 | $1,568.00 |
| Justin P. Fasano | JPF | 1.6 | $360.00 | $576.00 |
| David W. Gaffey | DWG | 2.6 | $320.00 | $832.00 |
| **TOTAL** | | **10.8** | | **$5,280.00** |

-24-

**Matter 35. Morrison & Foerster**

Hours: 4.2

Amount: $1,606.00

The professional services falling within this category include the preliminary investigation of claims of the estate which the Committee has been granted derivative authority to pursue against Morrison & Foerster LLP. Attorneys' fees related to this project billing category are set forth on **Exhibit R** hereto and incorporated herein by such reference. **Exhibit R** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| | | | | |
|---|---|---|---|---|
| Kenneth Oestreicher | KO | 0.2 | $630.00 | $126.00 |
| John F. Carlton | JFC | 0.2 | $560.00 | $112.00 |
| Justin P. Fasano | JPF | 3.8 | $360.00 | $1,368.00 |
| **TOTAL** | | **4.2** | | **$1,606** |

**Matter 36. Cooley**

Hours: 2.9

Amount: $1,698.00

The professional services falling within this category include the preliminary investigation of claims of the estate which the Committee has been granted derivative authority to pursue against Cooley LLP. Attorneys' fees and expenses related to this project billing category are set forth on **Exhibit S** hereto and incorporated herein by such reference. **Exhibit S** identifies the individual

professionals who performed specific services by the initials indicated below and can be summarized as follows:

| | | | | |
|---|---|---|---|---|
| Kenneth Oestreicher | KO | 1.9 | $630.00 | $1,197.00 |
| Bradford F. Englander | BFE | 0.1 | $570.00 | $57.00 |
| John F. Carlton | JFC | 0.6 | $560.00 | $336.00 |
| Justin P. Fasano | JPF | 0.3 | $360.00 | $108.00 |
| **TOTAL** | | **2.9** | | **$1,698.00** |

**Matter 37. Individual Partners**

Hours:

Amount: $

The professional services falling within this category include the preliminary investigation of claims of the estate which the Committee has been granted derivative authority to pursue against individual partners not affiliated with any firm. Attorneys' fees related to this project billing category are set forth on **Exhibit T** hereto and incorporated herein by such reference. **Exhibit T** identifies the individual professionals who performed specific services by the initials indicated below and can be summarized as follows:

| | | | | |
|---|---|---|---|---|
| Kenneth Oestreicher | KO | 4.8 | $630.00 | $3,024.00 |
| John F. Carlton | JFC | 0.6 | $560.00 | $336.00 |
| **TOTAL** | | **5.4** | | **$3,360.00** |

-26-

**INTEROFFICE CONFERENCES**

Some of the attorneys' fees expended by Applicant in its representation of the Committee in this case include conferences between and among the attorneys of WTP.

Applicant believes such meetings are necessary to the efficient and economical administration of the case (i) to ensure that all professionals involved in the case understand and appreciate the overall case strategy and the ultimate goals of the case, (ii) to effectively delegate those matters which can be most economically handled by junior professionals with a lower hourly billing rate while providing the necessary guidance and support to such junior professionals regarding their assignments, and (iii) to ensure that the efforts of all professionals working on the case compliment each other without waste or duplication. Applicant does not believe that there has been an extraordinary or unwarranted use of interoffice conferences in this case.

**MULTIPLE PROFESSIONALS**

At various times in the course of its representation of the Committee in this case, more than one professional from WTP may have attended a particularly significant meeting. Applicant believes that its use of multiple professionals in these instances was reasonable and was beneficial to the efficient representation of the Committee.

**BILLING SUMMARY**

In the course of its representation of the Committee in this matter from October 1, 2013, through January 31, 2014, Applicant has devoted 310.4 hours of professional time in the performance of such services, including those set forth hereinabove, as indicated on Applicant's Master Time Summary, a copy of which is attached hereto as **Exhibit B**, and by this reference incorporated herein. The Master Time Summary identifies the individual professionals who performed specific services in this Chapter 11 case.

-27-

As part of Applicant's compliance with the Court's Guidelines For Compensation and Expense Reimbursement of Professionals, Applicant has attached as Exhibits D through U billing summaries by grouping task.

In view of the time expended, the responsibilities assumed, and the reputation and skill of Applicant in the field of bankruptcy and commercial law, Applicant respectfully submits that the reasonable value of the services hereinabove exceeds the $159,470.00 Applicant seeks to have allowed on an interim basis. Applicant believes that the services rendered were necessary, that the Committee requested such services, and that the fees requested constitute reasonable and necessary fees expended on behalf of the estate.

## EXPENSES OF WTP

Applicant has also incurred expenses in the sum of $1,606.34 from October 1, 2013, through January 31, 2014 as itemized on the Master Time Summary, **Exhibit V** hereto. The amounts set forth for costs set forth in **Exhibit V** conform with Applicant's application to be approved herein as Committee counsel. All pass-through expenses incurred have been billed at actual cost. The following is a summary of expenses.

| Category | Amount |
|---|---|
| PACER/Westlaw/ Lexis/ Other Online Research | $106.13 |
| Federal Express | $56.74 |
| Photocopies | $531.62 |
| Courier | $35.40 |
| Client Travel Reimbursement | $464.00 |
| Postage | $67.58 |
| CourtCall/ Conference Calls | $276.00 |
| Conference Calls | $68.87 |
| **Total** | $1,606.34 |

Case: 11-31376    Doc# 1659    Filed: 03/03/14    Entered: 03/03/14 11:47:25    Page 28 of 32

## CLIENT REVIEW OF BILLING STATEMENTS AND APPLICATION

This Application is being sent to the Committee, pursuant to Northern District Guidelines. A cover letter to the Committee - inviting discussion regarding any objections, concerns, or questions the Committee may have - is attached hereto as **Exhibit U.**

## REQUEST FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE

By this Application, Applicant seeks interim allowance of all attorneys' fees and expenses incurred by Applicant in its representation of the Committee from October 1, 2013, through January 31, 2014, and authority and direction for present payment from the Trustee. Pursuant to 11 U.S.C. § 330, the Court may award WTP reasonable compensation for actual and necessary services performed in these cases. For the reasons articulated above, WTP believes that the services performed on the Committee's behalf were necessary to the administration of this case, were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the issues involved, and were undertaken by professionals whose rates are reasonable based on the customary compensation charged by comparably skilled practitioners.

## CONCLUSION

WHEREFORE, WTP prays that this Court enter its Order (i) approving all attorneys fees incurred by WTP in its representation of the Committee from October 1, 2013, through January 31, 2014, in the amount of $159,470.00 (ii) approving all expenses incurred by WTP in its representation of the Debtor from October 1, 2013, through January 31, 2014, in the amount of $1,606.34; (iii) authorizing and directing the Trustee to pay WTP for services rendered during the Application period from existing funds; and (iv) granting such other and further relief as the Court deems just and proper.

Case: 11-31376    Doc# 1659    Filed: 03/03/14    Entered: 03/03/14 11:47:25    Page 29 of 32

Dated: March 3, 2014        Respectfully submitted,

WHITEFORD TAYLOR AND PRESTON, LLP

By:  */s/ Bradford F. Englander*
Bradford F. Englander (Ca. Bar # 122108)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-9081
(703) 280-3370 (facsimile)
E-mail: benglander@wtplaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

-30-

## CERTIFICATION RE COMPLIANCE WITH GUIDELINES FOR COMPENSATION AND EXPENSE REIMBURSEMENT OF PROFESSIONALS

I, Bradford F. Englander, am the professional designated by Whiteford, Taylor & Preston LLP ("WTP") with the responsibility in this case for compliance with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees (the "Guidelines") promulgated by this Court on July 8, 2004, and I hereby certify that:

(1) I have read the foregoing Application and am competent to testify to the matters discussed therein;

(2) To the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought herein is in conformity with the Guidelines, except as follows:

a. The Application includes certain project billing categories that exceed $20,000. WTP has created additional project billing categories where possible. However, given the nature of some of the services, it was not feasible in every instance to create a project billing category of less than $20,000. WTP believes that the Application includes project billing categories that are appropriate to the size and complexity of this case and WTP role as counsel for the Committee; and

b. WTP has included all of its expenses on one exhibit to the Application (Exhibit "C") rather than specifying expenses for each project billing category as it is not practical to separate the expenses by project billing category, as set forth in the Application.

(3) The compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by WTP and generally accepted by WTP's clients;

(4) All of the time records attached to this Application are accurate and were recorded in

-31-

the regular and ordinary course of business contemporaneously with the services provided; and

(5) This Application was transmitted to the chair of the Committee with the cover letter required by the Guidelines, a copy of which is attached hereto as **Exhibit "U"** and by this reference incorporated herein.

I hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief formed after reasonable inquiry.

/s/ Bradford F. Englander
Bradford F. Englander

77069