1  Jason M. Rudd, Esq. *(pro hac vice)*
   **DIAMOND MCCARTHY LLP**
2  909 Fannin, 15th Floor
   Houston, TX 77010
3  Telephone: 713-333-5100
   Facsimile: 713-333-5199
4
5  *Counsel for Allan B. Diamond, Chapter 11 Trustee*
6  Eric A. Nyberg, Esq. (Bar No. 131105)
   Chris D. Kuhner, Esq. (Bar No. 173291)
7  **KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
   1970 Broadway, Suite 225
8  Oakland, CA 94612
   Telephone: 510-763-1000
9  Facsimile: 510-273-8669

10
11 *Local Counsel for Allan B. Diamond, Chapter 11 Trustee*
12
13
14                    UNITED STATES BANKRUPTCY COURT
15               FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
17 | In re | Case No. 11-31376 DM |
18 | HOWREY LLP, | Chapter 11 |
19 | Debtor. | **THIRTY-FIRST MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY DEVELOPMENT SPECIALISTS, INC., FINANCIAL ADVISOR FOR ALLAN B. DIAMOND, CHAPTER 11 TRUSTEE AND THE OFFICIAL CREDITORS' COMMITTEE FOR THE PERIOD OF MARCH 1, 2014 THROUGH MARCH 31, 2014** |
20
21
22
23
24
25
26
27
28

Thirty-First Statement of Services                    -1-

TO:     THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:

In accordance with the *Order Granting Motion to Authorize Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* ("Fee Procedures Order"), entered by the Court on July 26, 2011, Development Specialists, Inc. ("DSI"), financial advisor for the Chapter 11 Trustee and the Creditors' Committee, submits this Thirty-First Monthly Statement of Services Rendered and Expenses Incurred ("Statement") for the time period March 1, 2014 through March 31, 2014 ("Statement Period").

## I.      SUMMARY

| | |
|---|---|
| Name of Applicant: | Development Specialists, Inc. |
| Authorized to Provide Professional Services to: | Chapter 11 Trustee, Allan B. Diamond & Creditors' Committee |
| Period Covered: | March 1, 2014 through March 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $23,217.50 |
| Amount of Expenses Reimbursement sought as actual, reasonable and necessary | $98.03 |
| Amount Payable after Twenty Percent (20%) Holdback on Fees: | $18,672.03 |
| This is a: | Thirty-First Monthly Statement |

## II.     ITEMIZATION OF SERVICES RENDERED BY DEVELOPMENT SPECIALISTS, INC.

1.      The hours spend during the Statement Period for which DSI seeks compensation, the hourly rate for each consultant, and the resulting fees are as follows:

| Name | Position | Hours | Hourly Rate | Fees |
|------|----------|-------|-------------|------|
| Kyle Everett | Consultant | 16.80 | $550.00 | $9,240.00 |
| Edward Dean | Consultant | 49.30 | $275.00 | $13,557.50 |
| Tyler Julian | Consultant | 2.00 | $210.00 | $420.00 |
| **Amount:** | | 68.10 | | $23,217.50 |

2.     DSI's billing records submitted herewith and incorporated as Exhibit "A" consists of a daily breakdown of the time spent by each person on each day during the Statement Period.

**III.     ITEMIZATION OF SERVICES RENDERED AND DISBURSEMENTS MADE**

3.     The following itemization breaks down the services rendered by DSI by the service categories indicated.

**A.  Services Rendered**

4.     The following services were rendered in the following service categories:

| Service Category | Hours | Value |
|------------------|-------|-------|
| Client Billing | 0.50 | $137.50 |
| Monthly Bankruptcy Reports | 1.00 | $357.50 |
| AR Review and Collection | 1.50 | $412.50 |
| Preference Analysis | 4.50 | $1,520.00 |
| Tax Issues | 13.70 | $7,535.00 |
| Sale of Assets | 0.10 | $27.50 |
| Third Party Claims | 46.80 | $13,227.50 |
| **Total:** | 68.10 | $23,217.50 |

A detailed itemization of the services rendered in each of the above Service Categories is set forth in Exhibit "A."

**B.  Total Services Rendered and Disbursements**

5.  The total services rendered and disbursements made are as follows:

| Expense Category | Amount |
|---|---|
| Delivery Charges | $75.14 |
| Copying In-House | $10.05 |
| Long Distance Telephone | $1.98 |
| Other Miscellaneous Charges | $10.86 |
| **Total:** | $98.03 |

**C.** **Total Services Rendered and Disbursements**

6.   The total services rendered and disbursements made are as follows:

| Total Services (100%) | $23,217.50 |
|---|---|
| Total Disbursements | $98.03 |
| **Total (100%):** | **$23,315.53** |

**D.** **Amount Payable After Holdback**

7.   The amount payable for this Statement Period, after adjusting for the twenty percent (20%) holdback on fees, is $18,672.03.  DSI respectfully requests that this amount plus any prior months' unpaid amounts not objected to pursuant to the Court's Fee Procedures Order, up to the approved professional fees budget be paid.

1

2  Dated:    May 1, 2014                              Jason M. Rudd, Esq. *(pro hac vice)*
                                                     **DIAMOND MCCARTHY LLP**
3                                                    909 Fannin, 15th Floor
                                                     Houston, TX 77010
4                                                    Telephone:  (713) 333-5100
                                                     Facsimile:   (713) 333-5199
5
6                                                    *Counsel for Allan B. Diamond, Chapter 11 Trustee*
                                                     *for Howrey LLP*
7

8

9

10

11

12  Dated:    May 1, 2014                    By:_____ /s/ Kyle Everett_____
                                                     Kyle Everett
13                                                   **DEVELOPMENT SPECIALISTS, INC.**
                                                     235 Pine Street, Suite 1150
14                                                   San Francisco, CA 94104
                                                     Telephone:  (415) 981-2717
15                                                   Facsimile:  (415) 981-2718
16
                                                     *Financial Advisor for Allan B. Diamond, Chapter*
17                                                   *11 Trustee for Howrey LLP and the Official*
                                                     *Committee of Unsecured Creditors*
18

19

20

21

22

23

24

25

26

27

28

Thirty-First Statement of Services                           -5-

# LIMITED NOTICE SERVICE LIST

   X   (CM/ECF) The document was electronically served on the parties to this action via the mandatory United States Bankruptcy Court of California CM/ECF system upon filing of above described document on this date:

## SEE ATTACHED SERVICE LIST

   X (ELECTRONIC MAIL SERVICE) By electronic mail (e-mail) the above listed document(s) without error to the email address(es) set forth below on this date:

## SEE ATTACHED SERVICE LIST

   X   (UNITED STATES MAIL) By depositing a copy of the above-referenced documents for mailing in the United States Mail, first class postage prepaid, at Houston, Texas, to the parties listed at their last known mailing addresses, on this date:

## SEE ATTACHED SERVICE LIST

_____ (OVERNIGHT COURIER) By depositing a true and correct copy of the above referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

_____ (COURIER SERVICE) By providing true and correct copies of the above referenced documents via courier delivery, to the following on or about _____:

_____(FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those people listed on the attached service list, on the date above written.

*/s/ Jason M. Rudd*_____
Jason M. Rudd

# LIMITED NOTICE SERVICE LIST

**1**    *VIA CM/ECF:*

**2**    __United States Trustee__                  Minnie Loo, Esq.

**3**    Donna S. Tamanaha, Esq.
Office of the U.S. Trustee
235 Pine Street. 7th Floor

**4**    San Francisco, CA 94104-3484
*Email: Minnie.Loo@usdoj.gov*

**5**    *Email: Donna.S.Tamanaha@usdoj.gov*
*Email: USTPRegion17.SF.ECF@usdoj.gov*

**6**    *Email: ltroxas@hotmail.com*

**7**    __Chapter 11 Trustee__                  Allan B. Diamond

**8**    **Diamond McCarthy, LLP**
Two Houston Center

**9**    909 Fannin Street, Suite 1500
Houston, Texas 77010

**10**    *Email: adiamond@diamondmccarthy.com*

**11**    __Counsel for the Chapter 11 Trustee__      **Diamond McCarthy, LLP**
Howard D. Ressler, Esq.

**12**    *Email: hressler@diamondmccarthy.com*
Stephen T. Loden, Esq.

**13**    *Email: sloden@diamondmccarthy.com*
Jason M. Rudd, Esq.

**14**    *Email: jrudd@diamondmccarthy.com*
Andrew B. Ryan, Esq.

**15**    *Email: aryan@diamondmccarthy.com*

**16**    **Kornfield Nyberg Bender & Kuhner P.C.**
Eric Nyberg

**17**    *Email: e.nyberg@kornfieldlaw.com*
Chris D. Kuhner

**18**    *Email: c.kuhner@kornfieldlaw.com*

**19**    __Debtor's Counsel__                   **Wiley Rein LLP**

**20**    H. Jason Gold
Valerie P. Morison

**21**    Dylan G. Trache
*Email: jgold@wileyrein.com*

**22**    *Email: vmorrison@wileyrein.com*
*Email: dtrache@wileyrein.com*

**23**    **Murray & Murray**

**24**    Robert A. Franklin
Craig M. Prim

**25**    Jenny Lynn Fountain
*Email: rfranklin@murraylaw.com*

**26**    *Email: cprim@murraylaw.com*

# LIMITED NOTICE SERVICE LIST

| | |
|---|---|
| 1 | ***Email****: jfountain@murraylaw.com* |
| 2 | **Joel D. Adler** |
| | ***Email:*** *jadler@adlerlaw.net* |
| 3 | |
| | **Duane Morris LLP** |
| 4 | Geoffrey A. Heaton, Esq. |
| | ***Email:*** *gheaton@duanemorris.com* |
| 5 | Aron M. Oiner, Esq. |
| | ***Email:*** *roliner@duanemorris.com* |
| 6 | |
| | **Law Offices of Latham & Watkins** |
| 7 | Kimberly A. Posin, Esq. |
| | ***Email:*** *kim.posin@lw.com* |
| 8 | ***Email:*** *colleen.greenwood@lw.com* |

**Murray & Murray**
Craig M. Prim, Esq.
***Email:*** *cprim@murraylaw.com*
Robert A. Franklin, Esq.
***Email:*** *rfranklin@murraylaw.com*
Jenny L. Fountain, Esq.
***Email:*** *jlfountain@murraylaw.com*

**Official Committee of Unsecured Creditors**
**Whiteford, Taylor & Preston LLP**
Bradford F. Englander, Esq.
***Email:*** *benglander@wtplaw.com*
John F. Carlton, Esq.
***Email:*** *jcarlton@wtplaw.com*
Justin P. Fasano, Esq.
***Email:*** *jfasano@wtplaw.com*

**Counsel for The Irvine Company, LLC**
**Allen Matkins, et al.**
***Email:*** *mgreger@allenmatkins.com*
***Email:*** *krodriguez@allenmatkins.com*

**Counsel for Creditor Citibank, N.A.**
**Paul, Weiss, Rifkind, Wharton & Garrison**
Kelley A. Cornish, Esq.
***Email:*** *kcornish@paulweiss.com*

**McNutt Law Group, LLP**
Scott H. McNutt, Esq.
***Email:*** *smcnutt@ml-sf.com*

**Counsel for Creditor Protiviti, Inc.**
**Pachulski, Stang, Ziehl & Jones**
John D. Fiero, Esq.
***Email:*** *jfiero@pszjlaw.com*
***Email:*** *ksuk@pszjlaw.com*
***Email:*** *ocarpio@pszjlaw.com*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Counsel for Creditor Oracle America, Inc.**    **Buchalter Nemer**
Shawn M. Christianson, Esq.
*Email:* schristianson@buchalter.com

**Counsel for Creditor U.S. Bank, N.A.,**    **Perkins Coie LLP**
**as Trustee**    David J. Gold, Esq.
*Email:* dgold@perkinscoie.com
Gabriel Liao, Esq.
*Email:* gliao@perkinscoie.com

**Counsel for Attorneys' Liability Assurance**    **Perkins Coie LLP**
**Society, Inc.,** *A Risk Retention Group*    Alan D. Smith, Esq.
*Email:* adsmith@perkinscoie.com

**Counsel for Creditors Advanced Discovery**    **Trepel McGrane Greenfield LLP**
**LLc, Give Something Back, Inc., Jan Brown**    Maureen A. Harrington, Esq.
**& Associates, Kent Daniels & Associates, Inc.,**    *Email:* mharrington@tmcglaw.com
**L.A. Best Photocopies, Inc., Western**    Christopher D. Sullivan, Esq.
**Messenger Service, Inc.**    *Email:* csullivan@tgsdlaw.com
A. Morgan Jones, Esq.
*Email:* amorganjones@msn.com
*Email:* truckeepam@yahoo.com

**Counsel for BP/CGCENTER I, LLC**    **Allen, Matkins, Leck, Gamble and Mallory**
William W. Huckins
*Email:* whuckins@allenmatkins.com

**Counsel for Creditor Warner Investment, L.P.**    **McKenna Long and Aldridge LLP**
Gregg S. Kleiner, Esq.
*Email:* gkleiner@mckennalong.com
Michael A. Isaacs, Esq.
*Email:* misaacs@mckennalong.com
*Email:* aworthing@mckennalong.com

**Counsel for Creditor Dewey & LeBoeuf LLP**    **Dewey and LeBoeuf**
Paul S. Jasper, Esq.
*Email:* pjasper@dl.com

**Counsel for Creditor Iron Mountain**    **Bartlett, Hackett and Feinberg**
**Information Management Inc.**    Frank F. McGinn, Esq.
*Email:* ffm@bostonbusinesslaw.com

**Counsel for Creditor Hines REIT 321**    **DLA Piper LLP**
**North Clark Street, LLC**    Frank T. Pepler, Esq.
*Email:* frank.pepler@dlapiper.com

**Counsel for Creditor Stephanie Langley**    **Outten and Golden LLP**
Rene S. Roupinian, Esq.

# LIMITED NOTICE SERVICE LIST

|  |  |
|---|---|
|  | **Email:** rst@outtengolden.com<br>**Email:** jxh@outtengolden.com |
| **Counsel for Creditor Stephanie Langley** | **Law Offices of James D. Wood**<br>James D. Wood, Esq.<br>**Email**: jdw@jdwoodlaw.com |
| **Counsel for Creditor Pension Benefit Guaranty Corp.** | **Office of the Chief Counsel**<br>John Holland Ginsberg, Esq.<br>**Email:** ginsberg.john@pbgc.gov |
| **Counsel for Interested Party Connecticut General Life Insurance Company** | **Schnader Harrison Segal and Lewis**<br>Melissa Lor, Esq.<br>**Email:** MLor@Schnader.com |
| **Counsel for Howrey Claims LLC** | **McGrane LLP**<br>William McGrane, Esq.<br>**Email:** william.mcgrane@mcgranellp.com |
|  | **Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP**<br>Christian D. Jinkerson, Esq.<br>ijinkerson@kleinlaw.com |
| **Counsel for Interested Party Connecticut General Life Insurance Co.** | Melissa Lor<br>**Email**: mlor@schnader.com |
| **Counsel for Creditor Knickerbocker Properties, Inc. XXXIII** | **Seyfarth Shaw LLP**<br>Scott Olson, Esq.<br>**Email:** solson@seyfarth.com |
| **Counsel for Creditor Texas Comptroller of Public Accounts** | **Bankruptcy & Collections Division**<br>Kimberly Walsh, Esq.<br>**Email:** bk-kwalsh@oag.state.tx.us |
| **Counsel for Creditor 200 S. Main Street Investors, LLC** | **Ballard Spahr Andrews and Ingersoll**<br>Rebecca J. Winthrop, Esq.<br>**Email:** WinthropR@ballardspahr.com<br>Penny M. Costa, Esq.<br>**Email**: costap@ballardspahr.com |
| **Counsel for Creditor Citibank, N.A.** | **Peitzman Weg LLP**<br>Larry Peitzman, Esq.<br>**Email:** lpeitzman@peitzmanweg.com |
| **Counsel for Amy J. Fink** | **Jones Day**<br>Robert A. Trodella<br>**Email**: rtrodella@jonesday.com |

# LIMITED NOTICE SERVICE LIST

| | |
|---|---|
| **Counsel for Harris County** | **Linebarger Goggan Blair & Sampson LLP**<br>John P. Dillman<br>***Email***: *houston_bankruptcy@lgbs.com* |
| **Counsel for Informal Group of Certain Former Howrey Attorneys and Defendant Unum Life Insurance Company of America** | **Dumas & Clark LLP**<br>Cecily A. Dumas<br>***Email:*** *Cecily.dumas@dumasclark.com*<br>Robert E. Clark<br>***Email:*** *Robert.clark@dumasclark.com* |
| **Counsel for SAP America, Inc.** | **Cooper White & Cooper LLP**<br>Peter C. Califano<br>***Email***: *pcalifano@cwclaw.com* |
| **Counsel for SAP America, Inc.** | **Brown & Connery LLP**<br>Donald K. Ludman, Esq.<br>***Email:*** *dludman@brownconnery.com* |
| **Counsel for McKenna Long and Aldridge** | Michael A. Isaacs, Esq.<br>***Email***: *misaacs@mckennalong.com*<br>*aworthing@mckennalong.com* |
| **Counsel for Jeffrey M. Judd** | **Judd Law Group**<br>Jeffrey M. Judd, Esq.<br>***Email***: *jeff@juddlawgroup.com*<br>*melanie@juddlawgroup.com* |
| **Counsel for McGrane LLP** | William Joseph Walraven, Esq.<br>***Email:*** *anna.song@mcgranellp.com* |
| **Counsel for Cooper US, Inc.** | **Cooper Industries, Inc.**<br>Paula Beck Whitten, Esq.<br>***Email:*** *paula.whitten@cooperindustries.com* |
| **Counsel for Neal Gerber & Eisenberg LLP** | **Hanson Bridgett LLP**<br>Nancy J. Newman<br>*Email:* *nnewman@hansonbridgett.com* |
| **Counsel for Defendant Kelly Services, Inc.** | Ruth Elin Auerbach, Esq.<br>***Email:*** *attorneyruth@sbcglobaln.net* |
| **Counsel for Creditor Rami Dalal** | Teresa A. Blasberg, Esq.<br>***Email:*** *tablasberg@earthlink.net* |
| **Counsel for Defendant Sheppard Mullin Richter & Hampton LLP** | Richard W. Brunette, Esq. |

# LIMITED NOTICE SERVICE LIST

|   |   |
|---|---|
| | **Email:** *rbrunette@sheppardmullin.com* |
| | **Email:** *rryland@sheppardmullin.com* |
| **Counsel for Defendant Barbara G. Werther** | Louis J. Cisz, III, Esq. |
| | **Email:** *lcisz@nixonpeabody.com* |
| **Counsel for Defendant Davidson Law Group, Ralls & Niece LLP, Ropes & Gray LLP, Ben Davidson, Geert Goeteyn, John W. Ralls, Stephen Mavroghenis, Informal Group of Certain Former Howrey Attorneys, and Teresa Corbin** | Robert E. Clark, Esq. |
| | **Email:** *robert.clark@dumasclark.com* |
| **Counsel for Defendant Recommind, Inc.** | Patrick M. Costello, Esq. |
| | **Email:** *pcostello@vectislawgroup.com* |
| | **Email:** *clee@vectislawgroup.com* |
| **Counsel for Defendant Hogan Lovells US LLP** | Diana D. DiGennaro, Esq. |
| | **Email:** *diana.digennaro@aporter.com* |
| | **Email:** *jhoskins@howardrice.com* |
| | Jonathan Hughes, Esq. |
| | **Email:** *jonathan.hughes@aporter.com* |
| | **Email:** *joanne.caruso@aporter.com* |
| | Pamela Phillips, Esq. |
| | **Email:** *pamela.phillips@aporter.com* |
| | **Email:** *sfcalendar@aporter.com* |
| **Counsel for Defendant James R Batchelder, And Interested Party Certain Former Partners Partners of Day Casebeer Madrid & Batchelder LLP** | G. Larry Engel, Esq. |
| | **Email:** *lengel@mofo.com* |
| | Vincent J. Novak |
| | **Email:** *vnovak@mofo.com* |
| | **Email:** *jkline@mofo.com* |
| **Counsel for Defendant Baker Hughes Incorporated** | Gregg M. Ficks, Esq. |
| | **Email:** *gficks@coblentzlaw.com* |
| **Counsel for Interested Party Informal Group of Former Level II Howrey Partners** | Matthew Heyn, Esq. |
| | **Email:** *mheyn@ktbslaw.com* |
| **Counsel for Defendant Medco Health Solutions, Inc.** | Michael B. Ijams, Esq. |
| | **Email:** *mijams@curtislegalgroup.com* |
| | **Email:** *achristensen@curtislegalgroup.com* |
| **Counsel for Defendant Legal Placements, Inc. And Lexolution, LLC** | Bruce H. Jackson, Esq. |
| | **Email:** *bruce.jackson@bakermckenzie.com* |
| | **Email:** *christine.vonseeburg@bakermckenzie.com* |

# LIMITED NOTICE SERVICE LIST

| | |
|---|---|
| **Counsel for Defendant Ceridian Benefit Services, Inc.** | Ori Katz, Esq<br>*Email:* okatz@sheppardmullins.com |
| **Counsel for Defendant Kilpatrick Townsend & Stockton LLP** | Louise E. Ma, Esq.<br>*Email:* lma@kilpatricktownsend.com<br>*Email:* sbaker-lehne@kilpatricktownsend.com |
| **Counsel for Interested Party Ad Hoc Committee Of Certain Former Howrey Partners** | John H. MacConaghy, Esq.<br>*Email:* macclaw@macbarlaw.com<br>*Email:* smansour@macbarlaw.com<br>*Email:* kmuller@macbarlaw.com |
| **Counsel for Defendant Hunton & Williams LLP** | Matthew A. Mannering, Esq.<br>*Email:* mmannering@hunton.com<br>*Email:* lgodfrey@hunton.com |
| **Counsel for Defendant Bunsow De Mory Smith & Allison LLP** | Randy Michelson, Esq.<br>*Email:*<br>randy.michelson@michelsonlawgroup.com |
| **Counsel for Defendant Venable LLP** | Jennifer L. Nassiri, Esq.<br>*Email:* jnassiri@venable.com |
| **Counsel for Defendant TSG Reporting, Inc. & Stockton LLP** | Howard S. Nevins, Esq.<br>*Email:* hnevins@hsmlaw.com<br>*Email:* lsamosa@hsmlaw.com |
| **Counsel for Defendant Intelligent Management Solutions, I** | Valerie Banter Peo, Esq.<br>*Email:* vpeo@schnader.com<br>*Email:* mpadilla@schnader.com |
| **Counsel for Defendant Cornerstone Research, Inc.** | Steven G. Polard, Esq.<br>*Email:* stevenpolard@dwt.com<br>*Email:* melissawells@dwt.com |
| **Counsel for Defendants Joseph Albanese & Associates, Inc., Stemcell Technologies, Inc., and Leigh Kirmsse** | Scott A. Schiff, Esq.<br>*Email:* sas@soukup-schiff.com |
| **Counsel for Defendant SJ Berwin LLP, and Defendant Michael Knospe,** | Charles M. Tatelbaum, Esq.<br>*Email:* ctatelbaum@hinshawlaw.com<br>*Email:* csmith@hinshawlaw.com |
| **Counsel for Defendant Haynes and Boone, LLP** | Alan R. Wechsler, Esq.<br>*Email:* alan.wechsler@haynesboone.com |

# LIMITED NOTICE SERVICE LIST

**Counsel for Defendant Kasowitz Benson**        Margaret Ziemianek, Esq.
**Torres & Friedman LLP**                         *Email: mziemianek@kasowitz.com*
                                                  *Email: courtnotices@kasowitz.com*


**Counsel for SJ Berwin LLP**                     Charles M. Tatelbaum, Esq.
                                                  *Email: ctatelbaum@hinshawlaw.com*
                                                  *Email: csmith@hinshawlaw.com*

*VIA EMAIL:*

**Counsel for Creditor Citibank, N.A.**           **Paul, Weiss, Rifkind, Wharton & Garrison**
                                                  Kelley A. Cornish, Esq.
                                                  *Email: kcornish@paulweiss.com*
                                                  Diane Meyers, Esq.
                                                  *Email:dmeyers@paulweiss.com*
                                                  Jacob J. Adlerstein, Esq.
                                                  *Email: jadlerstein@paulweiss.com*
                                                  *ayoung@paulweiss.com*

                                                  **Ballard Spahr LLP**
                                                  Matthew Moncur, Esq.
                                                  *Email: moncurm@ballardspahr.com*

                                                  **E**MC Corporation
                                                  c/o Receivable Management Services
                                                  Steven Sass, Esq.
                                                  *Email: steven.sass@rmsna.com*
                                                  Ronald Rowland, Esq.
                                                  *Email: Ronald.rowland@rmsna.com*

                                                  **Olin Corporation**
                                                  S. Christian Mullgardt
                                                  *Email: scmullgardt@olin.com*


*VIA U.S. MAIL:*

Richard Burdge, Esq.
The Burdge Law Firm PC
500 S Grand Ave Ste 1500
Los Angeles, CA 90071

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899
*Attorneys for Interested Party Connecticut General Life Insurance Company*

# LIMITED NOTICE SERVICE LIST

1
2
3

IKON Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

4
5
6

EMC Corporation
c/o RMS Bankruptcy Recovery Services
Attn: President or General/Managing Agent
P.O. Box 5126
Timonium, MD 21094-5126

7
8

Salter & Company LLC
4600 East-West Highway, Suite 300
Bethesda, MD 20814

9
10
11

County of Loudoun Virginia
Belkys Escobar
1 Harrison St., S.E. 5th Fl.
Leesburg, VA 20175-3102

12
13

Matura Farrington Staffing Services, Inc.
700 So. Flower Street, Suite 2505
Los Angeles, CA 90017

14
15
16

Guy Davis
Protiviti Inc.
1051 East Cary Street, Suite 602
Richmond, VA 23219

17
18

George E. Shoup, III
Development Specialists, inc.
6375 Riverside Drive, Suite 200
Dublin, OH 43017-5373

19
20
21

Kyle Everett
Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104

22
23

James W. Martin
DHR International
5425 Wisconsin Ave., 4th Floor
Chevy Chase, MD 20815

24
25
26

# EXHIBIT A



# No. 10541



REMIT TO:
Three First National Plaza    70 West Madison Street, Suite 2300, Chicago, IL 60602-4250
Telephone: 312.263.4141    Telecopier: 312.263.1180

Date:              04/28/14

Howrey, LLP

F.E.I.N. 36-2967476

| Description of Services and Disbursements | Fees | Disbursements | Credits | Balance |
|---|---|---|---|---|
| For professional services rendered from March  01, 2014 through March 31, 2014: | | | | |
| Fees per attached category summary: | $23,217.50 | | | |
| Expenses: | | | | |
| Messenger/Overnight Services | | $70.09 | | |
| Photocopies | | 10.05 | | |
| Postage | | 5.05 | | |
| Long Distance Calls | | 1.98 | | |
| Miscellaneous Charges (data storage) | | 10.86 | | |
| | | $98.03 | | |
| | | | | $23,315.53 |
| TIMELY PAYMENT OF INVOICES IS ALWAYS APPRECIATED | | | | PAY LAST AMOUNT IN THIS COLUMN |

|            |     |                                                                                      | HOURS |        |
|------------|-----|--------------------------------------------------------------------------------------|-------|--------|
| 03/28/2014 | ECD | Draft the fee statement.                                                             | 0.50  |        |
|            |     | Fee Application/Client Billing                                                       | 0.50  | 137.50 |
| 03/17/2014 | ECD | Draft the monthly operating report.                                                  | 0.50  |        |
| 03/20/2014 | ECD | Finalize the monthly operating report.                                               | 0.20  |        |
|            | AKE | Review the monthly operating report.                                                 | 0.30  |        |
|            |     | Monthly Bktcy/Semi-Annual Rpts                                                       | 1.00  | 357.50 |
| 03/12/2014 | ECD | Review the 2014 receipts and bank account activity.                                  | 0.50  |        |
|            | ECD | E-mail correspondence with Sharon Hughes regarding receipts.                         | 0.10  |        |
|            | ECD | E-mail correspondence with George Abodeely regarding receipts.                       | 0.10  |        |
| 03/13/2014 | ECD | Review the trust accounts and an agreement with a client releasing funds Howrey held in trust. | 0.40  |        |
|            | ECD | E-mail correspondence with George Abodeely regarding an agreement with a client releasing funds Howrey held in trust. | 0.10  |        |
|            | ECD | E-mail correspondence with Michael Starkey regarding an agreement with a client releasing funds Howrey held in trust. | 0.10  |        |
| 03/14/2014 | ECD | E-mail correspondence with Sharon Hughes regarding the trust account.                | 0.10  |        |
| 03/20/2014 | ECD | E-mail correspondence with Joel Adler regarding collections.                         | 0.10  |        |
|            |     | A/R Review/Collection                                                                | 1.50  | 412.50 |
| 03/06/2014 | ECD | E-mail correspondence with Chris Kuhner regarding disbursements.                     | 0.10  |        |
|            | ECD | Format and send documents responsive to the document request to Chris Kuhner.        | 0.40  |        |
| 03/07/2014 | ECD | E-mail correspondence with Chris Kuhner regarding document requests.                 | 0.10  |        |
|            | ECD | E-mail correspondence with Tyler Julian regarding document requests.                 | 0.10  |        |
|            | RTJ | Transfer e-mail files from Howrey servers and prepare for delivery to C. Kuhner's office. | 1.00  |        |
| 03/14/2014 | RTJ | Transfer e-mail files from Howrey servers and prepare for delivery to C. Kuhner's office. | 0.50  |        |
|            | RTJ | Review PST file and troubleshoot problems viewing e-mails.                           | 0.50  |        |
|            | AKE | Discuss the Baker document production with T. Julian.                                | 0.40  |        |
|            | AKE | Telephone call with J. Magnacat regarding Baker document production.                 | 0.10  |        |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/28/2014 | AKE | Review correspondence regarding discovery for preference payments. | 0.30 | |
| | AKE | Review and respond to e-mail regarding preference discovery. | 0.10 | |
| 03/31/2014 | AKE | Telephone conference with C. Kuhner and E. Dean regarding preference discovery issues. | 0.30 | |
| | AKE | Telephone discussion with E. Dean regarding preference discovery issues. | 0.30 | |
| | ECD | Telephone call with Chris Kuhner and Kyle Everett regarding a preference payment. | 0.20 | |
| | ECD | Telephone call with Kyle Everett regarding a preference payment. | 0.10 | |
| | | Preference Analysis | 4.50 | 1,520.00 |
| 03/03/2014 | AKE | Telephone discussion with J. Lervold regarding tax issues. | 0.30 | |
| 03/04/2014 | AKE | Review and respond to e-mail regarding tax issue. | 0.10 | |
| 03/07/2014 | AKE | Conference call with J. Lervold, B. Dethrow and R. Kerridge regarding tax issues. | 1.50 | |
| 03/19/2014 | AKE | Review tax analysis for 2013. | 0.90 | |
| 03/20/2014 | AKE | Conference call regarding tax issues with J. Lervold, B. Dethrow and R. Kerridge. | 1.30 | |
| | AKE | Review the analysis of tax allocation changes prepared by J. Lervold. | 0.60 | |
| 03/21/2014 | AKE | Telephone discussion with J. Rudd regarding the ECI tax issue. | 0.30 | |
| 03/24/2014 | AKE | Telephone discussion with E. Dean regarding additional analysis needed regarding partner return of capital and 2013 taxes. | 0.30 | |
| | AKE | Send settlement agreement to E. Dean. | 0.10 | |
| 03/25/2014 | AKE | Conference call with J. Rudd regarding the ECI tax issue. | 0.80 | |
| | AKE | Review and analysis of Howrey ECI and capital account issues. | 0.60 | |
| 03/26/2014 | AKE | Review analysis of partner return of capital analysis for 2013. | 0.60 | |
| | AKE | Review and respond to e-mail regarding ECI. | 0.10 | |
| 03/27/2014 | AKE | Review tax analysis. | 0.40 | |
| | AKE | Attend conference call with A. Diamond, J. Rudd and A. Ryan regarding ECI issue. | 0.80 | |
| 03/28/2014 | AKE | Telephone discussion with A. Ryan regarding contingent case costs. | 0.40 | |
| | AKE | Conference call with A. Diamond, B. Englander, J. Rudd and A. Ryan regarding ECI issues and strategy. | 1.40 | |
| | AKE | Conference call with J. Rudd and K. Bercik regarding the ECI issue. | 0.50 | |
| | AKE | Review tax analysis regarding the Day Casebeer partner changes. | 0.50 | |
| 03/29/2014 | AKE | Review return of the capital analysis. | 0.80 | |
| | AKE | E-mail J. Lervold regarding return of the capital | | |

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | analysis. | 0.10 |  |
|  | AKE | Analysis of contingent case expense. | 0.80 |  |
|  | AKE | Review and respond to e-mails regarding contingent case analysis. | 0.20 |  |
| 03/31/2014 | AKE | Telephone discussion with J. Lervold regarding tax issues. | 0.30 |  |
|  |  | Tax Issues | 13.70 | 7,535.00 |
| 03/18/2014 | ECD | Telephone call with Jared Borriello regarding sale of the art. | 0.10 |  |
|  |  | Sale of Assets | 0.10 | 27.50 |
| 03/04/2014 | AKE | Telephone discussion with E. Dean regarding analysis requested. | 0.10 |  |
| 03/06/2014 | ECD | Review documents for records responsive to document request. | 2.00 |  |
|  | ECD | Create analyses of time on matters in which requested partners were the responsible attorney. | 0.50 |  |
|  | ECD | Review file transfers and e-mails for files transferred to certain partners. | 0.50 |  |
|  | ECD | Review partner e-mails for correspondence related to agreements and payments to clients. | 0.80 |  |
| 03/07/2014 | ECD | Telephone call with Kyle Everett regarding document requests. | 0.10 |  |
|  | ECD | Telephone call with Tyler Julian regarding document requests. | 0.10 |  |
| 03/13/2014 | ECD | E-mail correspondence with Sharon Hughes regarding transferring money to the operating account pursuant to the client settlement. | 0.10 |  |
| 03/17/2014 | ECD | Review accounts receivable and work-in-process balances as of the beginning of 2012 for each responsible partner and begin the report showing balances attributed to each partner. | 6.50 |  |
| 03/18/2014 | ECD | Review accounts receivable and work-in-process balances as of the beginning of 2012 for each responsible partner and begin the report showing balances attributed to each partner. | 3.50 |  |
|  | ECD | Telephone call with Mike Starkey regarding collections related to specific attorneys. | 0.20 |  |
| 03/19/2014 | ECD | Telephone call with Kyle Everett regarding analysis of accounts receivable associated with attorneys. | 0.30 |  |
|  | ECD | Finalize the analysis of the accounts receivable associated with attorneys. | 4.50 |  |
|  | AKE | Telephone discussion with E. Dean regarding Diamond McCarthy's requested analyses. | 0.60 |  |
|  | AKE | Review analyses prepared by E. Dean regarding Jewel damages. | 0.60 |  |
| 03/20/2014 | ECD | Review assignments of partners to matters and clients. | 0.50 |  |
| 03/21/2014 | ECD | Telephone call with Kyle Everett regarding partner clawbacks. | 0.20 |  |
|  | ECD | Review data for partner clawbacks and calculations |  |  |

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | of partner demands. | 0.60 |  |
|  | ECD | Review of partner clawback payments. | 0.40 |  |
| 03/24/2014 | ECD | Create analysis of partner clawbacks. | 4.50 |  |
| 03/25/2014 | ECD | Analysis of partner clawbacks. | 5.00 |  |
| 03/26/2014 | ECD | Review of partner pay and clawbacks. | 3.50 |  |
|  | ECD | Review and analyze accounts receivable collections attributed to billing partners. | 3.00 |  |
|  | ECD | Telephone call with James Sheppard regarding partner clawbacks. | 0.30 |  |
|  | ECD | Create an analysis of file transfers. | 0.70 |  |
| 03/27/2014 | ECD | Create an analysis of file transfers. | 1.00 |  |
| 03/28/2014 | ECD | Review the agreements and payments for third party claims from firms and individuals. | 1.00 |  |
| 03/30/2014 | ECD | Telephone call with Kyle Everett regarding clawback payments. | 0.30 |  |
| 03/31/2014 | ECD | Update partner clawback analysis. | 0.90 |  |
|  | ECD | Create analysis of accounts receivable and work-in-process balances by partner. | 4.50 |  |
|  |  | Third Party Claims | 46.80 | 13,227.50 |
|  |  | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: | 68.10 | 23,217.50 |

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| R. T. Julian | 2.00 | $210.00 | $420.00 |
| E. C. Dean | 49.30 | 275.00 | 13,557.50 |
| A. K. Everett | 16.80 | 550.00 | 9,240.00 |

| | |
|---|---|
| Delivery Charges | 70.09 |
| Photocopy Charges | 10.05 |
| Postage | 5.05 |
| Long Distance Telephone | 1.98 |
| Other miscellaneous charges | 10.86 |
| TOTAL DISBURSEMENTS: THRU 03/31/2014 | 98.03 |
| TOTAL CURRENT WORK | 23,315.53 |
| BALANCE DUE | $23,315.53 |