# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**In Re:** HOWREY, LLP                    **BAP No.:** NC-14-1524

**Bk. Ct. No.:** 11-31376

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Susan M Spraul, BAP Clerk

By: Freddie Brown, Deputy Clerk
Date: November 14, 2014

> Please acknowledge receipt of
> the case file listed above.
> Dated:_____
>
> Signed:_____
>           District Court Deputy
>
> Assigned District Court No.
> _____

cc: Bankruptcy Court
    All Parties