**DIAMOND MCCARTHY LLP**
Stephen T. Loden, Esq. (*Pro Hac Vice)*
2200 Post Oak Boulevard, Suite 1000
Houston, Texas 77056
Phone: (713) 333-5100
*sloden@diamondmccarthy.com*

*Counsel to Allan B. Diamond,*
*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re**<br><br>**HOWREY LLP,**<br><br>**Debtor.** | **Case No. 11-31376 (DM)**<br><br>**Chapter 7**<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON CHAPTER 7 TRUSTEE'S AMENDED MOTION FOR AUTHORITY TO SELL CERTAIN ASSETS OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND RELATED RELIEF** |

**NOTICE IS HEREBY GIVEN** that on September 10, 2026, Allan B. Diamond, in his capacity as chapter 7 trustee (the "Trustee") for the estate of Howrey LLP filed his *Motion for Authority to Sell Certain Assets of the Debtor's Estate Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief* (the "Motion") [ECF No. 2943].

**NOTICE IS FURTHER GIVEN** that Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed for the filing of any objection to the relief requested in the Motion, or request for hearing. Pursuant to those procedures, any objection or request for hearing must be filed and served upon counsel

for the Trustee and all other parties and persons in interest entitled to receive notice thereof, no later than October 1, 2026, which is the date that is 21 days following the date of service of this Notice.

**NOTICE IS FURTHER GIVEN** that any objection or request for hearing must be accompanied by any declarations or memoranda of law that the party wishes to present in support of its position.

Dated: September 10, 2026

**DIAMOND MCCARTHY LLP**

By: */s/ Stephen T. Loden*

Stephen T. Loden, Esq. (*pro hac vice*)
2200 Post Oak Boulevard, Suite 1000
Houston, Texas 77056
Telephone: (713) 333-5100
*sloden@diamondmccarthy.com*

*Counsel to Allan B. Diamond,*
*in his capacity as Chapter 7 Trustee*



Case: 11-31376 Doc# 2946 Filed: 09/10/26 Entered: 09/10/26 14:53:17 Page 2 of 10

**NOTICE OF SERVICE IN COMPLIANCE WITH**
**<u>ORDER LIMITING NOTICE (DOC. NO. 240)</u>**

__X__ (CM/ECF) The document was electronically served on the parties to this action via the mandatory United States Bankruptcy Court of California CM/ECF system upon filing of above described document on this date:

**SEE ATTACHED SERVICE LIST**

____ (ELECTRONIC MAIL SERVICE) By electronic mail (e-mail) the above listed document(s) without error to the email address(es) set forth below on this date:

____ (UNITED STATES MAIL) By causing a copy of the above-referenced documents to be deposited for mailing in the United States Mail, first class postage prepaid, to the parties listed at their last known mailing addresses, on this date:

____ (OVERNIGHT COURIER) By depositing a true and correct copy of the above referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

____ (COURIER SERVICE) By providing true and correct copies of the above referenced documents via courier delivery, to the following on or about ________________:

____(FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those people listed on the attached service list, on the date above written.

*/s/ Stephen T. Loden*

***VIA CM/ECF:***

| | |
|---|---|
| **United States Trustee** | Minnie Loo, Esq.<br>Donna S. Tamanaha, Esq.<br>Office of the U.S. Trustee<br>235 Pine Street. 7th Floor<br>San Francisco, CA 94104-3484<br>***Email:*** *Minnie.Loo@usdoj.gov*<br>***Email:*** *Donna.S.Tamanaha@usdoj.gov*<br>***Email:*** *USTPRegion17.SF.ECF@usdoj.gov*<br>***Email:*** *ltroxas@hotmail.com* |
| **Chapter 7 Trustee** | Allan B. Diamond<br>**Diamond McCarthy, LLP**<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, Texas 77010<br>***Email***: *adiamond@diamondmccarthy.com* |
| **Counsel for the Chapter 7 Trustee** | **Diamond McCarthy, LLP**<br>Stephen T. Loden, Esq.<br>***Email:*** *sloden@diamondmccarthy.com* |
| **Debtor's Counsel** | **Murray & Murray**<br>Robert A. Franklin<br>Craig M. Prim<br>Jenny Lynn Fountain<br>***Email***: *rfranklin@murraylaw.com*<br>***Email***: *cprim@murraylaw.com*<br>***Email***: *jfountain@murraylaw.com*<br><br>**Joel D. Adler**<br>***Email:*** *jadler@adlerlaw.net* |
| **Duane Morris LLP** | Geoffrey A. Heaton, Esq.<br>***Email:*** *gheaton@duanemorris.com*<br>Aron M. Oiner, Esq.<br>***Email:*** *roliner@duanemorris.com* |
| **Law Offices of Latham & Watkins** | Kimberly A. Posin, Esq.<br>***Email:*** *kim.posin@lw.com*<br>***Email:*** *colleen.greenwood@lw.com* |
| **Counsel for The Irvine Company, LLC** | **Allen Matkins, et al.**<br>***Email:*** *mgreger@allenmatkins.com*<br>***Email:*** *krodriguez@allenmatkins.com* |
| **Counsel for Creditor Citibank, N.A.** | **Paul, Weiss, Rifkind, Wharton & Garrison**<br>Kelley A. Cornish, Esq. |



Case: 11-31376 Doc# 2946 Filed: 09/10/26 Entered: 09/10/26 14:53:17 Page 4 of 10

***Email:*** *kcornish@paulweiss.com*

| | |
|---|---|
| | **McNutt Law Group, LLP**<br>Scott H. McNutt, Esq.<br>*Email: smcnutt@ml-sf.com* |
| **Counsel for Creditor Protiviti, Inc.** | **Pachulski, Stang, Ziehl & Jones**<br>John D. Fiero, Esq.<br>***Email:*** *jfiero@pszjlaw.com*<br>***Email:*** *ksuk@pszjlaw.com*<br>***Email:*** *ocarpio@pszjlaw.com* |
| **Counsel for Creditor Oracle America, Inc.** | **Buchalter Nemer**<br>Shawn M. Christianson, Esq.<br>***Email:*** *schristianson@buchalter.com* |
| **Counsel for Creditor U.S. Bank, N.A., as Trustee** | **Perkins Coie LLP**<br>David J. Gold, Esq.<br>***Email:*** *dgold@perkinscoie.com*<br>Gabriel Liao, Esq.<br>***Email:*** *gliao@perkinscoie.com* |
| **Counsel for Attorneys' Liability Assurance Society, Inc., *A Risk Retention Group*** | **Perkins Coie LLP**<br>Alan D. Smith, Esq.<br>***Email:*** *adsmith@perkinscoie.com* |
| **Counsel for BP/CGCENTER I, LLC** | **Allen, Matkins, Leck, Gamble and Mallory**<br>William W. Huckins<br>***Email:*** *whuckins@allenmatkins.com* |
| **Counsel for Creditor Warner Investment, L.P.** | **McKenna Long and Aldridge LLP**<br>Gregg S. Kleiner, Esq.<br>***Email:*** *gkleiner@mckennalong.com*<br>Michael A. Isaacs, Esq.<br>***Email:*** *misaacs@mckennalong.com*<br>***Email:*** *aworthing@mckennalong.com* |
| **Counsel for Creditor Iron Mountain Information Management Inc.** | **Bartlett, Hackett and Feinberg**<br>Frank F. McGinn, Esq.<br>***Email:*** *ffm@bostonbusinesslaw.com* |
| **Counsel for Creditor Hines REIT 321 North Clark Street, LLC** | **DLA Piper LLP**<br>Frank T. Pepler, Esq.<br>***Email:*** *frank.pepler@dlapiper.com* |
| **Counsel for Creditor Stephanie Langley** | **Outten and Golden LLP**<br>Rene S. Roupinian, Esq.<br>***Email:*** *rst@outtengolden.com*<br>***Email:*** *jxh@outtengolden.com* |

| | |
|---|---|
| | **Law Offices of James D. Wood**<br>James D. Wood, Esq.<br>***Email***: *jdw@jdwoodlaw.com* |
| **Counsel for Creditor Pension Benefit Guaranty Corp.** | **Office of the Chief Counsel**<br>John Holland Ginsberg, Esq.<br>***Email:*** *ginsberg.john@pbgc.gov* |
| **Counsel for Interested Party Connecticut General Life Insurance Company** | **Schnader Harrison Segal and Lewis**<br>Melissa Lor, Esq.<br>***Email:*** *MLor@Schnader.com* |
| **Counsel for Creditor Knickerbocker Properties, Inc. XXXIII** | **Seyfarth Shaw LLP**<br>Scott Olson, Esq.<br>***Email***: *solson@seyfarth.com* |
| **Counsel for Creditor Texas Comptroller of Public Accounts** | **Bankruptcy & Collections Division**<br>Kimberly Walsh, Esq.<br>***Email:*** *bk-kwalsh@oag.state.tx.us* |
| **Counsel for Creditor 200 S. Main Street Investors, LLC** | **Ballard Spahr Andrews and Ingersoll**<br>Rebecca J. Winthrop, Esq.<br>***Email:*** *WinthropR@ballardspahr.com*<br>Penny M. Costa, Esq.<br>***Email***: *costap@ballardspahr.com* |
| **Counsel for Creditor Citibank, N.A.** | **Peitzman Weg LLP**<br>Larry Peitzman, Esq.<br>***Email:*** *lpeitzman@peitzmanweg.com* |
| **Counsel for Jones Day And Jones Day Former Partners** | **Jones Day**<br>Robert A. Trodella<br>***Email***: *rtrodella@jonesday.com*<br>Brian D. McDonald<br>*Email*: *bdmcdonald@jonesday.com* |
| **Counsel for Harris County** | **Linebarger Goggan Blair & Sampson LLP**<br>John P. Dillman<br>***Email***: *houston_bankruptcy@lgbs.com* |
| **Counsel for Informal Group of Certain Former Howrey Attorneys and Defendant Unum Life Insurance Company of America** | **Dumas & Clark LLP**<br>Robert E. Clark<br>***Email***: *robert.clark@dumasclark.com* |
| **Counsel for SAP America, Inc.** | **Cooper White & Cooper LLP**<br>Peter C. Califano<br>***Email***: *pcalifano@cwclaw.com* |
| **Counsel for SAP America, Inc.** | **Brown & Connery LLP**<br>Donald K. Ludman, Esq.<br>***Email:*** *dludman@brownconnery.com* |

| | |
|---|---|
| **Counsel for McKenna Long and Aldridge** | Michael A. Isaacs, Esq.<br>***Email***: *misaacs@mckennalong.com*<br>*aworthing@mckennalong.com* |
| **Counsel for Jeffrey M. Judd** | **Judd Law Group**<br>Jeffrey M. Judd, Esq.<br>***Email***: *jeff@juddlawgroup.com*<br>*melanie@juddlawgroup.com* |
| **Counsel for Cooper US, Inc.** | **Cooper Industries, Inc.**<br>Paula Beck Whitten, Esq.<br>***Email:*** *paula.whitten@cooperindustries.com* |
| **Counsel for Neal Gerber & Eisenberg LLP** | **Hanson Bridgett LLP**<br>Nancy J. Newman<br>*Email: nnewman@hansonbridgett.com* |
| **Counsel for Defendant Kelly Services, Inc.** | Ruth Elin Auerbach, Esq.<br>***Email:*** *attorneyruth@sbcglobaln.net* |
| **Counsel for Creditor Rami Dalal** | Teresa A. Blasberg, Esq.<br>***Email:*** *tablasberg@earthlink.net* |
| **Counsel for Defendant Sheppard Mullin Richter & Hampton LLP** | Richard W. Brunette, Esq.<br>***Email:*** *rbrunette@sheppardmullin.com*<br>***Email:*** *rryland@sheppardmullin.com* |
| **Counsel for Defendant Barbara G. Werther** | Louis J. Cisz, III, Esq.<br>***Email:*** *lcisz@nixonpeabody.com* |
| **Counsel for Defendant Davidson Law Group, Ralls & Niece LLP, Ropes & Gray LLP, Ben Davidson, Geert Goeteyn, John W. Ralls, Stephen Mavroghenis, Informal Group of Certain Former Howrey Attorneys, and Teresa Corbin** | Robert E. Clark, Esq.<br>***Email:*** *robert.clark@dumasclark.com* |
| **Counsel for Defendant Recommind, Inc.** | Patrick M. Costello, Esq.<br>***Email:*** *pcostello@vectislawgroup.com*<br>***Email:*** *clee@vectislawgroup.com* |
| **Counsel for Defendant Hogan Lovells US LLP Reed Smith LLP** | Diana D. DiGennaro, Esq.<br>***Email:*** *diana.digennaro@aporter.com*<br>***Email:*** *jhoskins@howardrice.com*<br>Jonathan Hughes, Esq.<br>***Email:*** *jonathan.hughes@aporter.com*<br>***Email:*** *joanne.caruso@aporter.com*<br>Pamela Phillips, Esq.<br>***Email:*** *pamela.phillips@aporter.com* |



Case: 11-31376 Doc# 2946 Filed: 09/10/26 Entered: 09/10/26 14:53:17 Page 7 of 10

*Email:* [sfcalendar@aporter.com](mailto:sfcalendar@aporter.com)

| | |
|---|---|
| **Counsel for Defendant James R Batchelder, And Interested Party Certain Former Partners Partners of Day Casebeer Madrid & Batchelder LLP** | G. Larry Engel, Esq.<br>*Email:* lengel@mofo.com<br>Vincent J. Novak<br>*Email:* vnovak@mofo.com<br>*Email:* jkline@mofo.com |
| **Counsel for Defendant Baker Hughes Incorporated** | Gregg M. Ficks, Esq.<br>*Email:* gficks@coblentzlaw.com |
| **Counsel for Defendant Medco Health Solutions, Inc.** | Michael B. Ijams, Esq.<br>*Email:* mijams@curtislegalgroup.com<br>*Email:* achristensen@curtislegalgroup.com |
| **Counsel for Defendant Legal Placements, Inc. And Lexolution, LLC** | Bruce H. Jackson, Esq.<br>*Email:* bruce.jackson@bakermckenzie.com<br>*Email:* christine.vonseeburg@bakermckenzie.com |
| **Counsel for Defendant Ceridian Benefit Services, Inc.** | Ori Katz, Esq<br>*Email:* okatz@sheppardmullins.com |
| **Counsel for Defendant Kilpatrick Townsend & Stockton LLP** | Louise E. Ma, Esq.<br>*Email:* lma@kilpatricktownsend.com<br>*Email:* sbaker-lehne@kilpatricktownsend.com |
| **Counsel for Interested Party Ad Hoc Committee Of Certain Former Howrey Partners** | John H. MacConaghy, Esq.<br>*Email:* macclaw@macbarlaw.com<br>*Email:* smansour@macbarlaw.com<br>*Email:* kmuller@macbarlaw.com |
| **Counsel for Defendant Hunton & Williams LLP** | Matthew A. Mannering, Esq.<br>*Email:* mmannering@hunton.com<br>*Email:* lgodfrey@hunton.com |
| **Counsel for Defendant Bunsow De Mory Smith & Allison LLP** | Randy Michelson, Esq.<br>*Email:* randy.michelson@michelsonlawgroup.com |
| **Counsel for Defendant Venable LLP** | Jennifer L. Nassiri, Esq.<br>*Email:* jnassiri@venable.com |
| **Counsel for Defendant TSG Reporting, Inc. & Stockton LLP** | Howard S. Nevins, Esq.<br>*Email:* hnevins@hsmlaw.com<br>*Email:* lsamosa@hsmlaw.com |
| **Counsel for Defendant Intelligent Management Solutions, I** | Valerie Banter Peo, Esq.<br>*Email:* vpeo@schnader.com |

***Email:*** *mpadilla@schnader.com*

**Counsel for Defendant Cornerstone Research, Inc.**
Steven G. Polard, Esq.
***Email:*** *stevenpolard@dwt.com*
***Email:*** *melissawells@dwt.com*

**Counsel for Defendants Joseph Albanese & Associates, Inc., Stemcell Technologies, Inc., and Leigh Kirmsse**
Scott A. Schiff, Esq.
***Email:*** *sas@soukup-schiff.com*

**Counsel for Defendant SJ Berwin LLP, and Defendant Michael Knospe,**
Charles M. Tatelbaum, Esq.
***Email:*** *ctatelbaum@hinshawlaw.com*
***Email:*** *csmith@hinshawlaw.com*

**Counsel for Defendant Haynes and Boone, LLP**
Alan R. Wechsler, Esq.
***Email:*** *alan.wechsler@haynesboone.com*
Christopher Maciel, Esq.
*Email: chris.maciel@haynesboone.com*

**Counsel for Defendant Kasowitz Benson Torres & Friedman LLP**
Margaret Ziemianek, Esq.
***Email:*** *mziemianek@kasowitz.com*
***Email:*** *courtnotices@kasowitz.com*

**Counsel for SJ Berwin LLP**
Bradley M. Zamczyk, Esq.
*Email: bzamczyk@hinshawlaw.com*
*Email: crossi@hinshawlaw.com*

**Counsel for Watt Companies**
Dustin P. Branch, Esq.
*Email: dustin.branch@kattenlaw.com*

**Counsel for Pillsbury Winthrop Shaw Pittman LLP**
George Allen Brandt, Esq.
*Email: allen.brandt@pillsburylaw.com*
Ana N. Damonte, Esq.
*Email: ana.damonte@lehighhanson.com*

**Counsel for Creditor Verizon Communications**
Dennis D. Davis, Esq.
*Email: jrose@gsdllaw.com*

**Counsel for Davis & Hosfield Consulting**
Michael Delaney, Esq.
*Email: mdelaney@bakerlaw.com*
Clinton J. McCord, Esq.
*Email: cmccord@edwardswildman.com*

**Counsel for Seyfarth Shaw LLP**
Marianne M. Dickson, Esq.
*Email: mdickson@seyfarth.com*
M. Ryan Pinkston, Esq.
*Email: rpinkston@seyfarth.com*

**Counsel for Perkins Coie LLP**
Judith B. Gitterman, Esq.
*Email: jgitterman@perkinscoie.com*



Case: 11-31376 Doc# 2946 Filed: 09/10/26 Entered: 09/10/26 14:53:17 Page 9 of 10

Jeffrey S. Goodfried, Esq.
*Email:* jgoodfried@perkinscoie.com

| | |
|---|---|
| **Counsel for Vestigant, LLC** | Walter W. Gouldsbury, III, Esq.<br>*Email:* wwg@jmbm.com |
| **Counsel for Andrew Reidy** | Miriam E. Hiser, Esq.<br>*Email:* mhiser@hiserlaw.com |
| **Counsel for Salter & Company PLLC** | Ivo Keller, Esq.<br>*Email:* ikeller@buchalter.com |
| **Counsel for Stemcell Technologies, Inc.** | Richard A. Lapping, Esq.<br>*Email:* Richard@lappinglegal.com |
| **Counsel for Katherine M. Basile** | Monika P. Lee, Esq.<br>*Email:* monikalee@leelawllp.com |
| **Counsel for Thomson Reuters, Inc.** | Issa K. Moe, Esq.<br>*Email:* issa.moe@lawmoss.com |
| **Counsel for IKON Office Solutions, Inc.** | Christopher O. Rivas, Esq.<br>*Email:* crivas@reedsmith.com |
| **Counsel for Shearman & Sterling LLP** | Steven E. Sherman, Esq.<br>*Email:* sesherman@shearman.com |
| **Counsel for Baker Hughes Inc.** | Ross Spence, Esq.<br>*Email:* rossspence@snowfogel.com |
| **Counsel for William McGrane and McGrane LLP** | Howard Garfield, Esq.<br>*Email:* howard.garfield@mcgranellp.com<br>Jonathan Bass, Esq.<br>*Email:* jbass@coblentzlaw.com |



Case: 11-31376 Doc# 2946 Filed: 09/10/26 Entered: 09/10/26 14:53:17 Page 10 of 10